AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05-891-__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

__12/27/05__
(Date forms issued)

__John M. LaRosa__
(Signature of Party or their Representative)

__John M. LaRosa__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action