UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>                              Plaintiff,<br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>                              Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SHERRI A. AFFRUNTI

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Sherri A. Affrunti, Esq. to represent Defendants Mellon Trust of Delaware, Mellon Bank and Mellon Financial Corporation (collectively, "Defendants") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the Bars of the State of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New Jersey, and the United States Court of Appeals for the Third Circuit.

-2-

| | |
|---|---|
| Dated: February 9, 2006 | Respectfully submitted,<br><br>REED SMITH LLP<br><br>/s/ John G. Harris<br>John G. Harris (DE Bar I.D. 4017)<br>1201 Market Street - Suite 1500<br>Wilmington, DE 19801<br>Attorneys for Defendants Mellon Trust of Delaware, Mellon Bank and Mellon Financial Corporation<br><br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>E-mail: jgharris@reedsmith.com |