UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>                      Plaintiff,<br>    v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>                      Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## CERTIFICATION FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 of the District Court of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the Bars of the State of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit, and, pursuant to Local Rule 83.6, hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court and am generally familiar with those Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

By: 

Sherri A. Affrunti, Esq.
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540

Telephone: (609) 987-0050
Facsimile: (609) 951-0824

E-mail: saffrunti@reedsmith.com

Dated: February 8, 2006

WILLIB-46951.2-JGHARRIS 2/7/06 2:41 PM