UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>                    Plaintiff,<br>    v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>                    Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

**PROPOSED ORDER**

      IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Sherri A. Affrunti, Esq. is granted.

      **IT IS SO ORDERED**.

                                                                               BY THE COURT:

Dated: _____                        _____
                                                                            Hon. Sue L. Robinson
                                                                            Chief Judge
                                                                            United States District Court