UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>                    Plaintiff,<br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>                    Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Admission *Pro Hac Vice* of Sherri A. Affrunti, Esq. has been served *via* overnight mail, on this 9th day of February, 2006, upon Plaintiff Linda J. Blozis, *via* her counsel of record, at the following addresses:

> Thomas S. Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
>
> John M. LaRosa, Esq.
> Law Office of John M. LaRosa
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707

/s/ John G. Harris
John G. Harris, Esq. (DE Bar I.D. 4017)