UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>               Plaintiff,<br><br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>               Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN C. UNKOVIC

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of John C. Unkovic, Esq. to represent Defendants Mellon Trust of Delaware, Mellon Bank and Mellon Financial Corporation (collectively, "Defendants") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the Commonwealth of Pennsylvania, as well as the United States Court of Appeals for the Third Circuit, several other federal Courts of Appeal, and the Supreme Court of the United States.

Dated: February 9, 2006

Respectfully submitted,

REED SMITH LLP

/s/ John G. Harris
John G. Harris (De Bar I.D. 4017)
1201 Market Street - Suite 1500
Wilmington, DE 19801
Attorneys for Defendants Mellon Trust of Delaware, Mellon Bank and Mellon Financial Corporation

Telephone: (302) 778-7500
Facsimile: (302) 778-7575

E-mail: jgharris@reedsmith.com