UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>      Plaintiff,<br><br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>      Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## PROPOSED ORDER

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of John C. Unkovic, Esq. is granted.

**IT IS SO ORDERED.**

                       BY THE COURT:

Dated: _____    _____
                       Hon. Sue L. Robinson
                       Chief Judge
                       United States District Court