UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>      Plaintiff,<br><br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>      Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Admission *Pro Hac Vice* of John C. Unkovic, Esq. has been served *via* overnight mail, on this 9th day of February, 2006, upon Plaintiff Linda J. Blozis, *via* her counsel of record, at the following addresses:

    Thomas S. Neuberger, Esq.
    Stephen J. Neuberger, Esq.
    The Neuberger Firm, P.A.
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801

    John M. LaRosa, Esq.
    Law Office of John M. LaRosa
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801-3707

    /s/ John G. Harris
    John G. Harris, Esq. (DE Bar I.D. 4017)