## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA BLOZIS,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 05-891 (SLR)** |
| **v.** | |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,** | |
| **Defendants.** | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHANIE WILSON

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Stephanie Wilson, Esq. to represent Defendants Mellon Trust of Delaware, Mellon Bank and Mellon Financial Corporation (collectively, "Defendants") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the State of New Jersey and the State Court bar (First Department) of New York.

Dated:  February 9, 2006                    Respectfully submitted,

                                            REED SMITH LLP


                                            /s/ John G. Harris
                                            John G. Harris (DE Bar I.D. 4017)
                                            1201 Market Street - Suite 1500
                                            Wilmington, DE 19801
                                            Attorneys for Defendants Mellon Trust of
                                            Delaware, Mellon Bank and Mellon
                                            Financial Corporation

                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575

                                            E-mail:  jgharris@reedsmith.com