UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>       Plaintiff,<br><br> v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>       Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## PROPOSED ORDER

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Stephanie Wilson, Esq. is granted.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____

_____
Hon. Sue L. Robinson
Chief Judge
United States District Court