## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA BLOZIS,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 05-891 (SLR)** |
| **v.** | |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Admission *Pro Hac Vice* of Stephanie Wilson, Esq. has been served *via* overnight mail, on this 9th day of February, 2006, upon Plaintiff Linda J. Blozis, *via* her counsel of record, at the following addresses:

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

John M. LaRosa, Esq.
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

/s/ John G. Harris
John G. Harris, Esq. (DE Bar I.D. 4017)