### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : |
| Plaintiff, | :   **CIVIL ACTION NO. 05-891** |
| | : |
| vs. | : |
| | : |
| MELLON TRUST OF DELAWARE, | : |
| NATIONAL ASSOCIATION; MELLON | : |
| BANK, NATIONAL ASSOCIATION; | : |
| MELLON FINANCIAL CORPORATION | : |
| | : |
| | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint* has been served on this 24th day of February, 2006, upon Plaintiff Linda J. Blozis, *via* her counsel of record, at the following addresses in the manner indicated:

| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| Thomas S. Neuberger, Esq. | John M. LaRosa, Esq. |
| Stephen J. Neuberger, Esq. | Law Office of John M. LaRosa |
| The Neuberger Firm, P.A. | Two East Seventh Street, |
| Two East Seventh Street, | Suite 302 |
| Suite 302 | Wilmington, DE 19801-3707 |
| Wilmington, DE 19801 | |

/s/ John G. Harris
John G. Harris, Esq. (I.D. 4017)