IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LINDA J. BLOZIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.** 05-891-SLR |
| | : | |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION**, a Pennsylvania corporation; **MELLON BANK, NATIONAL ASSOCIATION,** (formerly MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania corporation; and **MELLON FINANCIAL CORPORATION,** a Pennsylvania corporation, | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on May 11, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF SELF-EXECUTING DISCLOSURES** to be sent via U.S. mail and two (2) copies of this **NOTICE OF SERVICE** to be sent via U.S. mail and CM/ECF to the following:

>John G. Harris, Esquire
>Reed Smith LLP
>1201 Market Street-Suite 1500
>Wilmington, DE 19801
>
>Sherri Affrunti, Esquire
>Stephanie Wilson, Esquire
>Reed Smith LLP
>136 Main Street
>Princeton, NJ 08540

John C. Unkovic, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQ. (#4275)**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorney for Plaintiff

Dated: May 11, 2006

cc:    Thomas S. Neuberger, Esquire (via CM/ECF)
       Ms. Linda J. Blozis (via U.S. mail)

Attorney Files/John's Files/Client Files/Blozis/Pleadings/Not Serv Disclosures