# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

**John G. Harris**
Direct Phone: 302.778.7524
Email: jharris@reedsmith.com

May 15, 2006

**VIA ECF AND HAND DELIVERY**

Hon. Sue L. Robinson, Chief U.S.D.J.
United States District Court for the District of Delaware
6124 J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    Linda J. Blozis v. Mellon Trust of Delaware, National Association, *et. al*
             United States District Court (D.Del.) Civil Action No. 05-891 (SLR)

Dear Judge Robinson:

    In accordance with Your Honor's instructions during the May 10, 2006 Scheduling Conference in the above-named matter, we enclose a proposed Scheduling Order reflecting the deadlines that were discussed.

    Kindly be advised that Plaintiff's counsel has consented to the form Order enclosed.

    Should the Court have any questions or concerns, please do not hesitate to contact me. Thank you.

Respectfully,

John G. Harris

JGH:lal

Encl.
cc:    John M. LaRosa, Esq. (*via* regular mail and telefax, w/encl.)