UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA BLOZIS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania Corporation; MELLON BANK, NATIONAL ASSOCIATION (formerly, MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania Corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania Corporation,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 05-891 (SLR)<br><br>DOCUMENT ELECTRONICALLY FILED<br><br>CERTIFICATE OF SERVICE FOR DEFENDANTS' RULE 26 INITIAL DISCLOSURE STATEMENT |

　　　　I hereby certify that I caused Defendants' Rule 26 Initial Disclosure Statement to be served *via* hand delivery, on this 15th day of May, 2006, upon Plaintiff Linda J. Blozis, *via* her counsel of record, at the following addresses:

　　　　　　Thomas S. Neuberger, Esq.
　　　　　　Stephen J. Neuberger, Esq.
　　　　　　The Neuberger Firm, P.A.
　　　　　　Two East Seventh Street, Suite 302
　　　　　　Wilmington, DE 19801

　　　　　　John M. LaRosa, Esq.
　　　　　　Law Office of John M. LaRosa
　　　　　　Two East Seventh Street, Suite 302
　　　　　　Wilmington, DE 19801-3707

　　　　　　　　　　　　　　　　By:　/s/ John G. Harris
　　　　　　　　　　　　　　　　　　　John G. Harris, Esq. (DE Bar ID No. 4017)
　　　　　　　　　　　　　　　　　　　1201 Market Street - Suite 1500
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575
　　　　　　　　　　　　　　　　　　　E-mail: jgharris@reedsmith.com