UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing First Set of Interrogatories to Plaintiff Linda J. Blozis to be served upon her counsel of record on this 24th day of May, 2006, *via* hand delivery, addressed as follows:

| | |
|---|---|
| John M. LaRosa, Esq.<br>Law Office of John M. LaRosa<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707 | Thomas S. Neuberger, Esq.<br>Stephen J. Neuberger, Esq.<br>The Neuberger Firm, P.A.<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801 |

**REED SMITH LLP**

By:  /s/ John G. Harris
John G. Harris, Esq. (DE Bar ID No. 4017)
1201 Market Street - Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: jgharris@reedsmith.com