UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF LINDA J. BLOZIS |
| Defendants. | : |

TO: John M. LaRosa, Esq.
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

**DEPONENT:** Plaintiff Linda J. Blozis

**PLEASE TAKE NOTICE** that on **Wednesday, July 26, 2006 at 10:00 a.m.** the undersigned counsel for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants", the "Company" or "Mellon") shall proceed at the Law Offices of John M. LaRosa, Two East Seventh Street, Suite 302, Wilmington, DE 19801-3707, before an officer duly authorized to administer oaths in the State of Delaware, to take the testimony of Plaintiff Linda J. Blozis ("Plaintiff") upon oral examination with respect to all matters relevant to the above-captioned matter. Plaintiff is, accordingly, notified to appear for this deposition pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place on the designated date at the designated time and will continue from day to day until completed.

        **REED SMITH LLP**

By:   /s/ John G. Harris
       John G. Harris, Esq. (DE Bar ID No. 4017)
       1201 Market Street - Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       E-mail: jgharris@reedsmith.com

John C. Unkovic, Esq. (Admitted PHV)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: junkovic@reedsmith.com

Stephanie Wilson, Esq. (Admitted PHV)
Sherri A. Affrunti, Esq. (Admitted PHV)
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08401-7839
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
E-mail: swilson@reedsmith.com
       saffrunti@reedsmith.com

Attorneys for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation

Dated: May 24, 2006