IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA J. BLOZIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO.** 05-891-SLR |
| : | |
| **MELLON TRUST OF DELAWARE, NATIONAL** : | |
| **ASSOCIATION**, a Pennsylvania corporation; : | |
| **MELLON BANK, NATIONAL ASSOCIATION,** : | |
| (formerly MELLON BANK (DE) NATIONAL : | |
| ASSOCIATION), a Pennsylvania corporation; and : | |
| **MELLON FINANCIAL CORPORATION,** a : | |
| Pennsylvania corporation, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on June 23, 2006, I caused two (2) copies of **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**, **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, PLAINTIFF'S LOG OF PRIVILEGED DOCUMENTS**, and this **NOTICE OF SERVICE** to be sent to the following:

**Via E-Mail and Hand Delivery with Documents**
John G. Harris, Esquire
Reed Smith LLP
1201 Market Street-Suite 1500
Wilmington, DE 19801

**Via E-Mail and U.S. Mail**
Sherri Affrunti, Esquire
Stephanie Wilson, Esquire
Reed Smith LLP
136 Main Street
Princeton, NJ 08540

**Via E-Mail Only**
John C. Unkovic, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQ. (#4275)**

cc:   Thomas S. Neuberger, Esquire (via hand delivery)
      Ms. Linda J. Blozis (via U.S. mail)