From: "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
To: "Affrunti, Sherri A." <saffrunti@reedsmith.com>
Cc: "Wilson, Stephanie Esq." <swilson@reedsmith.com>; "Neuberger, Esq. Thomas S." <TSN@NeubergerLaw.com>; "Neuberger, Esq., Stephen" <SJN@NeubergerLaw.com>
Subject: Fw: Linda Blozis v. Mellon: Conidentiality Agreement Defense Draft 2
Date: Thursday, July 20, 2006 8:54 AM

Linda Blozis v. MellonSherri:

I am faxing back a revised copy of the draft confidentiality agreement with revisions to para. 2.b, 2.c, and the signature block.

The main issue is para. 2.b. We insist on deleting its sentence 2 for the reason noted by my co-counsel below.

Very truly yours,

John M. LaRosa

*******************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the Law Office of John M. LaRosa which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately.  Thank you.

----- Original Message -----
From: Stephen J. Neuberger
To: John M. LaRosa, Esquire
Cc: Neuberger, Esq. Thomas S.
Sent: Wednesday, July 19, 2006 8:16 PM
Subject: Re: Linda Blozis v. Mellon: Conidentiality Agreement Defense Draft 2

John,

I've reviewed the draft.

Only one issue. Everything works except the language they refuse to take out of paragraph 2.b. We won't agree to them only stamping confidential to the first page of a thousand page stack of documents, wrapping a rubber band around them and then saying they are all confidential.

We've gotten burned on this in the past. Each page has to be stamped confidential or we simply won't sign.

-Steve