UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS<br><br>    Plaintiff,<br><br>vs.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION<br><br>    Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that John G. Harris, Esquire (DE Bar No. 4017) is no longer with the firm of Reed Smith LLP, counsel for Defendants, Mellon Trust of Delaware, National Association, Mellon Bank, National Association and Mellon Financial Corporation, and should hereby be removed as counsel.

PLEASE ENTER the appearance of Thad J. Bracegirdle, Esquire, of Reed Smith LLP, as counsel for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association and Mellon Financial Corporation in the above-captioned matter.

- 2 -

Dated: November 17, 2006          Respectfully submitted,

                                    REED SMITH LLP

By: /s/ Thad J. Bracegirdle
     Thad J. Bracegirdle, Esq. (ID No. 3691)
     1201 Market Street - Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: tbracegirdle@reedsmith.com

Attorneys for Defendants
Mellon Trust of Delaware, National
Association, Mellon Bank, National
Association and Mellon Financial Corporation

OF COUNSEL:

John C. Unkovic, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephanie Wilson, Esq.
Sherri A. Affrunti, Esq.
Reed Smith LLP
136 Main Street
Princeton, NJ 08540

WILLIB-51083.1-TJBRACEG