UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS<br><br>      Plaintiff,<br><br>vs.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION<br><br>      Defendants. | CIVIL ACTION NO. 05-891 (SLR) |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, Esquire, hereby certify that on this 17th day of November 2006, I caused a true and correct copy of the foregoing Notice of Withdrawal and Substitution of Counsel to be served upon the addressee listed below in the manner indicated:

| **VIA HAND DELIVERY**<br>Thomas S. Neuberger, Esq.<br>Stephen J. Neuberger, Esq.<br>The Neuberger Firm, P.A.<br>Two East Seventh Street,<br>Suite 302<br>Wilmington, DE 19801 | **VIA HAND DELIVERY**<br>John M. LaRosa, Esq.<br>Law Office of John M. LaRosa<br>Two East Seventh Street,<br>Suite 302<br>Wilmington, DE 19801-3707 |
|---|---|

REED SMITH LLP

By: /s/ Thad J. Bracegirdle
Thad J. Bracegirdle, Esq. (ID No. 3691)
1201 Market Street - Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: tbracegirdle@reedsmith.com

Counsel for Defendants.