| Blozis | v. | Mellon Trust of Delaware, et al. |
|---|---|---|
| Linda J. Blozis, Volume 1 | C.A. # 05-891 (SLR) | July 26, 2006 |

Page 214

1  MR. LaROSA: It's now 6:00 o'clock. Are
2  we anywhere close to being on damages and mitigation?
3  MS. WILSON: You know, we're very close
4  because this is the '03 performance, so I wanted to go
5  over that. And then there's the final written warning
6  that came a couple of months later and then there's
7  the termination that came months after that and then
8  we're onto mitigation.
9  MR. LaROSA: Okay. So how much longer do
10  you think you have on liability?
11  MS. WILSON: If we're closing up in an
12  hour, I'm not going to finish liability.
13  MR. LaROSA: You're saying you have more
14  than an hour on liability?
15  MS. WILSON: Yes.
16  MR. LaROSA: Well, I don't think this
17  deposition has been conducted in a very efficient
18  manner. The documents were not premarked and sent to
19  us for our review, so we have taken up a lot of time
20  with that.
21  We have taken an hour and 12 minutes in
22  breaks from the eight-hour day, so we have almost gone
23  the seven hours now and only got into twelve exhibits
24  and you're telling me there's still over an hour on

Page 215

1  liability, plus damages, plus mitigation, plus the
2  documents that have not been produced at this point.
3  I think what we should do is take a short
4  break here because you have gone for over an hour and
5  a half now and see what we can get through till 7:00
6  o'clock and then we will adjourn for the day.
7  MS. WILSON: All right. I just want to
8  put something on the record as well.
9  Obviously, I disagree with Mr. LaRosa's
10  characterization that the deposition hasn't been
11  conducted efficiently and we will leave it to the
12  judge to read the transcript and make that
13  determination.
14  As far as having premarked exhibits to
15  show to you in advance, there's no obligation in the
16  rules or elsewhere for that to occur. I have had the
17  exhibits ready with copies to give to you, Ms. Blozis
18  and copies have already been made and handed out. So
19  I feel that that's been done very efficiently. In
20  terms of marking the exhibits, it's probably been less
21  than a minute with respect to getting those marked and
22  turned over for review and testimony on it. So I
23  would object to that characterization and leave it to
24  the judge to read the transcript and make her own

Page 216

1  determination.
2  MR. LaROSA: Okay. You're correct,
3  there's no obligation to premark the exhibits. The
4  obligation is to conduct the deposition in seven hours
5  and no further than seven hours without court
6  approval.
7  MS. WILSON: And we have had that
8  conversation, I believe it was yesterday, with the
9  judge and she made a ruling on that. And as I
10  understand it, if we can't work out our differences
11  with respect to it, then she has told us to go back to
12  her and make our arguments to her and she will make a
13  decision on it.
14  MR. LaROSA: Right. And she hasn't made a
15  ruling authorizing a longer-than-seven-hour
16  deposition. So we're agreeing for the purpose of the
17  day to go to 7:00 after we take a short break here,
18  but I think then we may have to be going back to the
19  judge.
20  MS. WILSON: Right. Whether we do it —
21  hopefully we can work it out. If we don't, we will go
22  back to where she left it open in terms of let's see
23  how it goes on the first day and then she will make a
24  determination subsequently if we can't agree. It

Page 217

1  sounds like we're not going to be able to agree, so I
2  will be happy to go back to the judge.
3  I would be happy for her to read this
4  transcript because I feel like I've been flying
5  actually.
6  MR. LaROSA: Okay.
7  (A brief recess was taken.)
8  MS. WILSON: Mark this please.
9  (Blozis Deposition Exhibit No. 13 was
10  marked for identification.)
11  THE WITNESS: I've looked over these
12  pages.
13  BY MS. WILSON:
14  Q. Before we talk about Blozis 13, going back to
15  your testimony concerning Gilmore, Becker, Landis in
16  which you gave examples of why you felt their conduct
17  or comments were indicative of age discrimination and
18  gender discrimination, with the exception of Gilmore,
19  because I remember there's an incident that you went
20  to Rosemary about on May 1st of '03, did you go to HR
21  about any of the instances where you felt that Becker
22  or Landis was acting discriminatory?
23  A. Not that I recall.
24  Q. Let's look at Blozis 13.

55 (Pages 214 to 217)

Case 1:05-cv-00891-SLR    Document 28-7    Filed 11/21/2006    Page 2 of 13

Blozis                              v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1    C.A. # 05-891 (SLR)                    July 26, 2006

Page 218

1  A. Yes.
2  Q. And have you seen Blozis 13 before today?
3  A. Yes.
4  Q. And Blozis 13 also includes the typewritten
5  response by you which is at the end that's a two-page
6  document?
7  A. I see that and I see my signature on the page,
8  the second page.
9  Q. And did you type that up?
10 A. My recollection is that I did that, yes.
11 Q. And it's entitled Response to Manager Review
12 dated 1/27/03 which is looking at the first page of
13 Blozis 13 where it says Date of Final Assessment
14 1/27/03?
15 A. Yes.
16 Q. That's what you were responding to?
17 A. Yes.
18 Q. Before, Ms. Blozis, you had gone through in
19 general terms how these performance management forms
20 are completed.
21     Do you recall that testimony early today?
22 A. Yes.
23 Q. And to your recollection was Blozis 13 done in
24 the same manner?

Page 219

1  A. To my recollection, yes.
2  Q. And in terms of the person giving you the
3  review, it was Becker, Bill Becker?
4  A. It indicates that -- I'm looking for Bill's
5  signature on it.
6  Q. It's the third page from the end.
7  A. Yes. I see Bill's signature.
8  Q. Bill's signature with the 1-31-03 date and your
9  signature above it with the 2-11-03 date?
10 A. Yes.
11 Q. Would you have sat down on 2-11-03 to discuss
12 it with --
13 A. Sat down to discuss it?
14 Q. Yes.
15 A. I don't recall at this time because Bill, as I
16 said, was in transition and to my recollection I don't
17 know if we did this via phone or in person. I don't
18 recall at this time.
19 Q. All right. Whether it was by phone or in
20 person, do you think you had Blozis 13 in front of you
21 when you were having your phone or in-person
22 discussion?
23 A. I'm not sure at this time.
24 Q. Now, with respect to looking at the third page

Page 220

1  in under section IV, Summary and Final Performance
2  Rating.
3  A. Yes.
4  Q. There you received a needs improvement? The
5  third page from the back.
6  A. You seem to be looking at something -- are you
7  looking at a page that has Bill's and my signature on
8  it?
9  Q. Yes. And up at the top there's a box, section
10 IV.
11 A. I see that it says needs improvement.
12 Q. And that's checked off and then action needed
13 checked off? It's right underneath.
14 A. Yes. I see that.
15 Q. Did you have discussions with Mr. Becker about
16 your needs improvement rating?
17 A. I listened to Bill criticize my work.
18 Q. What do you recall him saying?
19 A. I don't recall specifically at this time.
20 Looking at the review, it probably was what's
21 paraphrased in the paragraph at the middle of the page
22 where he and I signed.
23 Q. Okay. Now, looking at the middle box where
24 there's information on it says, "Manager's Comments

Page 221

1  for Assessment Period - required if 'Action Needed'
2  was selected on final performance rating" and then in
3  that box there's typewritten information.
4  A. That I see.
5  Q. Do you see that, where I am?
6  A. Yes.
7  Q. If you would take a moment to review that
8  typewritten information, please.
9  A. (Reviewing document) This information contains
10 a name of a client that you previously --
11 Q. I see that.
12     MS. WILSON: Mr. LaRosa, if you don't mind
13 for purposes of that review, if we could black out
14 Naomi's name.
15     MR. LaROSA: Okay.
16     MS. WILSON: Thank you.
17     THE WITNESS: I have read this item in the
18 box.
19 BY MS. WILSON:
20 Q. And with respect to the information in the box,
21 did you and Mr. Becker go over that information?
22 A. I don't recall specifically if he read that out
23 loud to me. I recollect that we discussed these
24 items.

Blozis                                                v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1                 C.A. # 05-891 (SLR)                          July 26, 2006

Page 222

1  Q. And during your discussion with him, be it on
2  the phone or in person, did you express disagreement
3  with his assessment of the information that's
4  contained in the manager's comments?
5  **A. I recollect that I did. And it seems to be**
6  **substantiated by my two-page response attached**
7  **thereto.**
8  Q. So with respect to your two-page response, just
9  looking at the back, the second page of your two-page
10 response, it's dated February 11, '03. Is that when
11 you submitted it you believe?
12 A. I recollect, yes.
13 Q. And did you submit it to Becker?
14 **A. I can't specifically say at this time. He was**
15 **in a state of flux. I don't know if those notes were**
16 **passed to Greg Landis or they were Fed Ex'd to Bill**
17 **Becker. I'm not sure at this time.**
18 Q. I'm just looking at your two-page response and,
19 again, there's the reference to the customer name on
20 it looks like the last paragraph of your first page,
21 if we could black that out as well.
22      Do you remember having any conversations
23 with Mr. Becker or Mr. Landis about your response?
24 A. Not specifically, other than producing it,

Page 223

1  signing it and securing it hopefully to my review.
2  Q. Now, looking back at the manager's comments
3  that's in that box, it appears that there's some
4  action items that are identified there towards the
5  bottom; five lines up from the bottom, "Linda should
6  identify all outstanding projects."
7  A. I see what you're referring to.
8  Q. Did you do that?
9  **A. I don't recall what he's saying, what he means**
10 **by the outstanding projects specifically.**
11 Q. Do you remember putting together any
12 information about things that needed to be done or
13 assignments that are to be done and then saying when
14 they were expected or when you expected to get it
15 done?
16 A. I recollect that I could have. I'm not sure at
17 this time.
18 Q. You're not sure whether you did that at this
19 time?
20 **A. I have a vague recollection that there might**
21 **have been a list of some things and I do recall Greg**
22 **saying we're moving along with them.**
23 Q. You think that was in relationship --
24 A. No. With the completion of some things. I do

Page 224

1  have a recollection of Greg saying after Bill was
2  finally gone from our team that as work was being
3  piled on and I was trying to complete things that I
4  recollect Greg saying we were getting things done.
5  Q. Do you know whether you had submitted the
6  outstanding projects list, for lack of a better way to
7  describe it, to Greg?
8  **A. I don't know if I would say I submitted it. I**
9  **don't exactly recollect, but to the best of my memory**
10 **I think there might have been a list that he and I**
11 **compiled together. I'm not sure at this time.**
12 Q. You and Greg?
13 A. Yes, Greg Landis.
14 Q. Do you remember compiling a list with Becker?
15 A. No, I don't recall that.
16 Q. Did you have any discussions with him, "him"
17 being Becker, that if a deadline was missed that
18 further corrective action will follow?
19 **A. It's stated in here, but I don't recall Bill**
20 **verbalizing that to me.**
21 Q. Do you remember Bill verbalizing to you that
22 there would be a zero tolerance standard for lack of
23 timely completion?
24 A. Not verbalizing, no.

Page 225

1  Q. But as you were reviewing your review, you saw
2  that in there?
3  **A. I would have had read, I would have had to have**
4  **read the review in order to sign off on it.**
5  Q. Did you ever object to having a zero tolerance
6  standard for lack of timely completion of projects?
7  A. Object to whom?
8  Q. Object to HR, to Becker, to Landis, Gilmore.
9  **A. I don't recall a specific objection being made**
10 **other than my response.**
11 Q. Your objection is it fair to say was in your
12 response?
13 **A. I think it's specifically stated at my last**
14 **sentence, "I therefore disagree with these review**
15 **criticisms both in tone and substance."**
16 Q. Do you think your January 27th, '03 review,
17 that was for '02 performance?
18 **A. I'm not sure. I'm looking at the front of it**
19 **and it says date of prior assessment was February '02,**
20 **so I'm not sure exactly what time frame this**
21 **encompasses.**
22 Q. You're not sure sitting here today?
23 A. I'm not sure sitting here today.
24 Q. Now, with respect to Blozis 13 which is the

57 (Pages 222 to 225)

Case 1:05-cv-00891-SLR   Document 28-7   Filed 11/21/2006   Page 4 of 13

Blozis                                v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1      C.A. # 05-891 (SLR)                      July 26, 2006

Page 226

1  January 27, '03 assessment, did you feel that this was
2  an example of age or sex discrimination?
3    A.  I'd have to say in a roundabout way, yes. I
4  think it was part of the greater plan to force me out
5  of the company.
6    Q.  And the greater plan going back to what you had
7  testified before in terms of getting the older workers
8  out?
9    A.  Yes.
10   Q.  What about gender?
11   A.  I would have to say that I believe that it
12 applied to gender too.
13   Q.  Do you think there was a plan of getting women
14 out?
15   A.  I think there was a plan to get me out.
16   Q.  Now, based on your testimony, Mrs. Blozis, it
17 appears that shortly after this January 27, '03 review
18 that Becker transitioned onto Philadelphia and then
19 you were reporting to Landis?
20   A.  Yes.
21   Q.  Did you have any other, after Becker
22 transitioned to Philadelphia did you have any other
23 reporting responsibilities to him?
24   A.  Not that I recollect at this time.

Page 227

1    Q.  So it was Landis from then on?
2    A.  (The witness nodded.)
3    Q.  Is that right?
4    A.  As I recollect, it was Landis. But I remember
5  a specific time where I wasn't sure who was going to
6  do my next review.
7    Q.  In terms of whether it would be Becker or
8  Landis?
9    A.  In terms of whether it was left up to Greg at
10 that point in time.
11   Q.  When you say your next review, when was that
12 coming around?
13   A.  I have no specific recollection of when that
14 was scheduled.
15   Q.  Was it done on a yearly basis?
16   A.  In Mellon it was typically to be done, but that
17 was not always the case as I recall.
18   Q.  Sometimes it wouldn't be done on an annual
19 basis?
20   A.  It might stretch longer than twelve months.
21   Q.  And did you ask anybody who would be doing your
22 next review?
23   A.  I recall an incident of being in Greg's office
24 asking him if it were to be he to do the next review

Page 228

1  and I don't recollect if he was sure at that time
2  himself.
3    Q.  Now, around I guess say the February '03 time
4  frame would it be fair to say that's when you started
5  reporting to Greg?
6    A.  As I recall, yes.
7    Q.  Now, did Greg have -- let me just change this
8  so I can give you some dates here.
9        I believe you received your final written
10 warning for performance that's dated May 19, 2003?
11   A.  I'm not sure of the exact date, but...
12   Q.  Let's get it.
13       (Blozis Deposition Exhibit No. 14 was
14 marked for identification.)
15       THE WITNESS: I have Blozis 14 in hand.
16 BY MS. WILSON:
17   Q.  If you would take a look at it, please.
18   A.  (Reviewing document) I've read it.
19   Q.  Now, it has a May 19, '03 date on it up at the
20 upper left-hand side?
21   A.  Yes.
22   Q.  And then down at the bottom under copy
23 received, is that your signature?
24   A.  Yes.

Page 229

1    Q.  And that's your signature?
2    A.  It looks like my signature.
3    Q.  And then May 19, '03 written down, I mean by
4  your signature?
5    A.  Yes.
6    Q.  Do you think that's your handwriting as well?
7    A.  Yes, I do. I would have to say I do.
8    Q.  Between, say, February of '03 and May 19th of
9  '03, did Mr. Landis ever express to you any concerns
10 or dissatisfaction that he had with your work?
11   A.  I don't remember specifically at this time.
12   Q.  When you say you don't remember specifically at
13 this time, are you saying that he could have and you
14 don't remember or he didn't do it?
15   A.  I'm only recollecting the sheet that I
16 previously stated of projects to be completed and my
17 recollection is that we were checking those off as
18 completed to prompt Greg to say we're getting things
19 done.
20   Q.  Do you remember the date of that sheet?
21   A.  No, I don't remember the date that it was
22 produced.
23   Q.  Did he ever say that there were things that
24 weren't checked off that he wanted to have completed?

| Blozis | v. | Mellon Trust of Delaware, et al. |
|---|---|---|
| Linda J. Blozis, Volume 1 | C.A. # 05-891 (SLR) | July 26, 2006 |

Page 230

1   A. I don't recall at this time.
2   Q. What about Gilmore, did Gilmore during the
3 period between February of '03 and May 19th of '03
4 express any dissatisfaction with your work?
5   A. Between -- I'm sorry. The dates?
6   Q. February of '03 and May 19th of '03.
7   A. That would have included the infamous April
8 date.
9   Q. That's right.
10   A. And that's the only time I recollect that
11 Brendan Gilmore was critical to the extent of
12 unprofessionalism and ungentlemanly conduct.
13   Q. Did you have any conversations prior to receipt
14 of Blozis 14 with anyone that it was coming?
15   A. I don't understand.
16   Q. Well, did someone say, you know, prior to you
17 actually receiving Blozis 14 did anyone say, for
18 example, Linda, we're not seeing improvement; we're
19 going to be issuing you a final written warning for
20 performance?
21   A. I don't believe anybody said anything. There
22 was a reference to it in the review.
23   Q. Other than the reference in the review?
24   A. I don't recall anybody specifically saying that

Page 231

1 a final written warning was coming.
2   Q. Did Mr. Landis ever express any concern to you
3 that the Fox booklets hadn't been done?
4   A. I don't recollect at this time that he did.
5   Q. Do you recollect whether prior to May 19, '03
6 whether the Fox booklets had been done?
7   A. My only recollection is -- and you're referring
8 to a client also.
9   Q. Yes. I'm not using the full name.
10   A. My only recollection is that the Gilmore
11 episode in April was referring to a client booklet
12 that I believe pertained, that I recollect pertained
13 to the Fox account and being done all I can determine
14 is that short of binding the information together.
15   Q. Between the February '03 time frame and May
16 19th, '03 time frame, did Landis or Gilmore ever
17 complain to you about your work having to do with the
18 Lickle account?
19   A. I don't recall that at this time.
20     (Blozis Deposition Exhibit No. 15 was
21 marked for identification.)
22 BY MS. WILSON:
23   Q. Look at what's been marked as Blozis 15,
24 please.

Page 232

1   A. Yes, I have.
2   Q. And have you seen Blozis 15 before today?
3   A. This specific sheet? I recognize the
4 similarity of a combined equity diversification for
5 individual accounts. The numbers of these accounts I
6 can't specifically say I recall. My only hint is what
7 appears to be Greg's notation on the side and when
8 that was written I'm not sure, even though it's dated.
9 These names sound familiar.
10   Q. Now, with respect to the handwritten notation
11 on the side, do you recall seeing Blozis 15 with the
12 handwritten notation on the side?
13   A. No, I do not recall that.
14   Q. With respect to the combined equity
15 diversification for individuals, is that a form that
16 you would put together as a portfolio administrator?
17   A. It would have been a part of a portfolio
18 booklet presentation to the clients.
19   Q. Would that be something that you would put
20 together?
21   A. It would be part of some of the work that I was
22 responsible for.
23   Q. And with respect to the information on the form
24 such as looking down on the left-hand side producer

Page 233

1 goods and I guess that's services?
2   A. Yes.
3   Q. And there's a number 25.03?
4   A. Yes.
5   Q. What does that refer to?
6   A. To the best of my recollection, it was a
7 breakout of the performance of the account against,
8 measured against, if I recollect correctly, the
9 Standard & Poor's. It's the portfolios in the dark
10 and the Standard and Poor's indices is the unshaded
11 part.
12   Q. And with respect to the information, I see that
13 the dark represents portfolio and then the light
14 Standard & Poor's and so the information would relate
15 to whatever that bar coding is?
16   A. It would be the percentage.
17   Q. And do you recall having any discussions with
18 Landis about incorrect information on the
19 diversification form?
20   A. No. And I don't understand this handwriting
21 because it says, "25.03 but appears to be 6 percent"
22 and I don't know if Greg wrote this what he exactly
23 refers to. It seems inconsistent.
24   Q. When you're saying the reference to the 6

Blozis v. Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1    C.A. # 05-891 (SLR)    July 26, 2006

Page 234

1  percent, you're not sure where that's coming from?
2  A. No, I'm not sure where that's coming from.
3  Q. You don't recall having any specific
4  conversation with him concerning this particular form?
5  A. I don't recall that. The form does not look
6  incorrect to me at this time.
7  Q. Do you recall having any conversations with
8  Landis about incorrect information contained on the
9  combined equity diversification for individual forms
10  that you prepared?
11  A. No, I do not.
12       (Blozis Deposition Exhibit No. 16 was
13  marked for identification.)
14       THE WITNESS: I see Exhibit 16.
15  BY MS. WILSON:
16  Q. Have you seen Exhibit 16 before today?
17  A. I can't say at this time.
18  Q. It's the top says Investment Review?
19  A. Yes.
20  Q. Is that a document that you would run in your
21  capacity as portfolio administrator?
22  A. It would have been a type of document, yes.
23  Q. Do you remember having any discussions with
24  Greg Landis concerning this Blozis 16?

Page 235

1  A. No, I do not recollect.
2  Q. Do you remember having any discussions in
3  general with Greg Landis about inaccurate or
4  incomplete information being placed on the investment
5  review forms in general?
6  A. Inaccurate or?
7  Q. Incomplete.
8  A. Incomplete? No. My recollection is that these
9  were produced with the data that was supplied.
10  Oftentimes the officers would say that they in a
11  particular instance in a client presentation would
12  want additional or less information provided than
13  maybe a previous presentation done.
14  Q. Did Landis ever tell you that he preferred to
15  have more information provided in his presentations?
16  A. I don't recollect specifically. He could have.
17  Q. Now, going to Blozis 14, which is your final
18  written warning.
19  A. Yes.
20  Q. Did someone give it to you?
21  A. To the best of my recollection, I think it was
22  handed to me by Greg Landis even though it was signed
23  by Brendan Gilmore.
24  Q. Right. Did you have any discussions with Greg

Page 236

1  Landis about Blozis 14?
2  A. I don't recall talking to Greg about it after
3  it was handed to me.
4  Q. When he handed it to you did you read it at
5  that point?
6  A. I recollect that I read it.
7  Q. Did he call you into his office?
8  A. I don't remember him -- I don't remember being
9  called into his office.
10  Q. So you remember him handing it to you and then
11  you read what he had handed to you?
12  A. To the best of my memory, I was sitting at my
13  cubicle and he handed it to me and I read it and he
14  walked away.
15  Q. When you read it, did you have any follow-up
16  discussions with Greg Landis about it?
17  A. Not that I recall.
18  Q. And did you have any discussions with Brendan
19  Gilmore about it?
20  A. Not that I recall.
21  Q. Now, looking at the substance of Blozis 14 in
22  which there's a couple of bullet points that are
23  highlighted?
24  A. Yes.

Page 237

1  Q. Did you feel that those items were accurate?
2  A. I don't recollect that I felt that they were.
3  I felt that it was already predetermined that they
4  were going to get rid of me.
5  Q. And when you say that it was already
6  predetermined that they were going to get rid of you,
7  that was Gilmore and Becker and Landis?
8  A. Bill Becker was no longer a direct supervisor.
9  I thought it remained the responsibility or it was
10  under Gilmore and Landis.
11  Q. And is it fair to say that when you read Blozis
12  14 that I asked you about the three bulleted point
13  items but in general you disagreed with the assessment
14  of your performance?
15  A. Yes, I did.
16  Q. Did you write a rebuttal to it?
17  A. I don't recall.
18  Q. Did you have any conversations with HR,
19  Rosemary Thomas or anyone in HR about Blozis 14?
20  A. I don't recall at this time other than the
21  conversation of my complaint against Brendan Gilmore.
22  Q. Now, I think that in your complaint you allege
23  that you received Blozis 14 because you complained
24  about Brendan Gilmore. Is that your belief?

Blozis                                    v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1        C.A. # 05-891 (SLR)                       July 26, 2006

Page 238

1  A. I recollect that's the time frame.
2  Q. And the basis for your belief that Blozis 14
3  was given to you because you complained is what?
4  A. I'm sorry. I didn't hear the end of your
5  sentence, your question.
6  Q. Let me change it and make it a better question,
7  if I can.
8     Why do you think that, why do you think
9  that you were given Blozis 14 because you complained
10 about Gilmore?
11 A. I don't know why Gilmore would have pushed it
12 to that limit.
13 Q. With respect to giving you the final written
14 warning?
15 A. Yes.
16 Q. My question still was unclear.
17    As I recall your complaint, you alleged
18 that you were placed on final written warning for
19 performance out of retaliation for having complained
20 about Brendan Gilmore to Rosemary. Is that accurate?
21 A. Yes.
22 Q. And my question is: Why do you feel it was
23 retaliatory conduct?
24 A. I'm not sure at this time other than I believe

Page 239

1  Brendan Gilmore may have been grossly offended by my
2  complaint to HR and expedited his dismissal of me for
3  that reason.
4  Q. Why do you feel he was grossly offended by it?
5  A. Because of his arrogant, unprofessional
6  demeanor that was displayed in the past and at that
7  meeting.
8     MS. WILSON: It's 7:00.
9     MR. LaROSA: Are we finished with this
10 exhibit?
11    MS. WILSON: We are.
12    MR. LaROSA: So why don't we adjourn for
13 the day?
14    (Deposition adjourned at 7:00 p.m.)

Page 240

1        I N D E X
2  DEPONENT: LINDA J. BLOZIS              PAGE
3    Examination by Ms. Wilson              2
4        E X H I B I T S
5  BLOZIS DEPOSITION EXHIBITS           MARKED
6  1 Complaint                             5
7  2 Document Bates stamp numbered P003    54
8  3 Multipage document captioned "Performance
     Management Exempt Form"               67
9
   4 Document Bates stamp numbered P030   107
10
   5 Document Bates stamp numbered P856-857  153
11
   6 E-mail to Walter G. Peters from Linda J.
12   Blozis dated November 19, 2002       168
13 7 Document captioned "Automated Investment
     Review System"                       173
14
   8 Document captioned "Automated Investment
15   Review System"                       177
16 9 Document captioned "Security List Of
     Holders"                             182
17
   10 Document captioned "Asset Allocation
18    Risk Profile Questionnaire"         185
19 11 Document captioned "Single Bond Buy"  195
20 12 E-mail to William S. Becker from Linda J.
      Blozis dated December 9, 2002       199
21
22 13 Multipage document captioned "Performance
      Management Form"                    217
23 14 Document Bates stamp numbered P042   228
24

Page 241

1  BLOZIS DEPOSITION EXHIBITS           MARKED
2  15 Document captioned "Combined Equity
      Diversification For Indivi"         231
3
   16 Document captioned "Investment Review
4     May 14, 2003"                       234
5
   ERRATA SHEET/DEPONENT'S SIGNATURE   PAGE 242
6
   CERTIFICATE OF REPORTER             PAGE 243

61 (Pages 238 to 241)

| Blozis | v. | Mellon Trust of Delaware, et al. |
|---|---|---|
| Linda J. Blozis, Volume 1 | C.A. # 05-891 (SLR) | July 26, 2006 |

Page 242

```
 1
 2
 3      REPLACE THIS PAGE
 4      WITH THE ERRATA SHEET
 5      AFTER IT HAS BEEN
 6      COMPLETED AND SIGNED
 7      BY THE DEPONENT.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 243

```
 1   State of Delaware  )
                        )
 2   New Castle County  )
 3
 4           CERTIFICATE OF REPORTER
 5
         I, Kurt A. Fetzer, Registered Diplomate
 6   Reporter and Notary Public, do hereby certify that
     there came before me on Wednesday, July 26, 2006, the
 7   deponent herein, LINDA J. BLOZIS, who was duly sworn
     by me and thereafter examined by counsel for the
 8   respective parties; that the questions asked of said
     deponent and the answers given were taken down by me
 9   in Stenotype notes and thereafter transcribed by use
     of computer-aided transcription and computer printer
10   under my direction.
11       I further certify that the foregoing is a true
     and correct transcript of the testimony given at said
12   examination of said witness.
13       I further certify that I am not counsel,
     attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17       Kurt A. Fetzer, RDR, CRR
         Certification No. 100-RPR
18       (Expires January 31, 2008)
19
     DATED:
20
21
22
23
24
```

62 (Pages 242 to 243)

Case 1:05-cv-00891-SLR    Document 28-7    Filed 11/21/2006    Page 9 of 13

Blozis                              v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1      C.A. # 05-891 (SLR)                   July 26, 2006

Page 244

**A**

**Abbreviated** 37:18
**ability** 107:14
**able** 95:17 136:22
    154:12 165:4
    217:1
**about** 2:16 4:21 5:1
    5:4,7 6:23 7:1
    12:1 15:10,19,20
    15:20,22,22,24
    19:13 20:15 24:1
    27:11 29:3 32:22
    33:21 34:13 37:24
    38:19,20 39:10,17
    39:21 40:12,16
    42:13 43:14 44:1
    45:3,6,12,14 47:2
    49:7,11,18 51:12
    51:12 52:24 56:5
    61:24 70:17 76:5
    76:15 78:24 79:20
    80:2 86:9,10 92:4
    93:1,6 98:19 99:9
    107:19 108:17,23
    110:10,14 111:5
    112:15 115:9
    118:3,20,23,24
    120:6 122:12
    125:11 129:7,9,11
    129:15 131:10
    137:10 138:6
    139:24 140:21
    142:10 145:1
    146:10 147:8
    149:2 151:12
    153:23 154:9
    156:8 160:6,12,14
    161:18,21,23
    163:19 164:4,6
    171:13 172:8
    173:16 176:16
    177:13 178:23
    180:18,23 184:11
    189:15 192:12,14
    192:17,19 193:3,5
    197:3,9,9,15
    199:18 200:3,15
    202:3,6,11 203:18
    204:6,11 207:3,23
    209:8,12,19
    210:14,22 211:5
    212:2,7,11,13
    217:14,20,21
    220:15 222:23
    223:12 226:10
    230:2 231:17

233:18 234:8
235:3 236:1,2,16
236:19 237:12,19
237:24 238:10,20
**above** 74:11 91:24
    125:18 155:13
    156:1 158:3
    167:19 219:9
**abrupt** 131:1
**absolute** 194:2
**absolutely** 115:18
    187:14 189:23
**acceptable** 98:12,15
    98:17 101:7
**accomplishing**
    101:18 127:8
**accomplishments**
    66:16
**accordance** 77:17
**according** 11:20
    102:12 161:16
    174:21
**accordingly** 3:8
**account** 27:4,14,14
    27:16,16 133:20
    155:6 156:18
    157:2 159:21
    160:17,21 166:20
    167:4,10,12,21
    170:10,21,22
    171:2,13 174:15
    174:23 175:16
    176:11 178:18
    182:8,10 186:10
    186:23 187:10,10
    187:13,15,24
    196:1 199:15,19
    200:6,8,15 204:12
    205:11,17 207:2,5
    231:13,18 233:7
**accounts** 105:5
    106:14 145:22
    150:7 167:20
    176:8 179:8,8
    181:14 184:1
    187:2 205:4 206:4
    206:14 232:5,5
**accurate** 6:21 12:18
    50:3,7,10 76:9
    237:1 238:20
**accurately** 75:23
    76:6
**accusation** 151:20
**acquire** 70:13
**acronym** 175:21
**acted** 207:13,21
    208:3 211:9

**acting** 208:10
    211:12,16 217:22
**action** 1:8 4:3
    220:12 221:1
    223:4 224:18
**actual** 213:20
**actually** 51:17
    191:15 197:23
    217:5 230:17
**added** 196:11
**addition** 14:17 73:4
    103:11
**additional** 93:23
    104:2 235:12
**address** 7:13 9:1
    156:14,18
**adjourn** 215:6
    239:12
**adjourned** 239:14
**administrating** 40:5
    42:11 180:6
    189:11,13
**administrative**
    193:16 194:12
**administrator**
    10:10 13:24 14:9
    14:12,17,21 15:3
    15:11,15 16:15
    17:14,16,23 18:8
    22:8,9,12,13,19
    22:23 23:1,14
    54:14 55:7 63:14
    63:16 66:12 71:4
    71:17 73:17 78:6
    104:5,12 122:20
    133:23 134:15,18
    136:3 140:2,13,24
    143:19 157:21
    158:1 171:12
    175:5 180:7 189:1
    189:3,9 232:16
    234:21
**administrators**
    23:18 73:3 75:16
    101:16 102:1,4,6
    102:12,15 103:3
    103:10 124:22
    135:14 143:21
    144:1 155:20
    159:4 180:4
    193:14
**administrator/inv...**
    140:17
**admit** 195:12
**admitting** 98:16
**adopting** 124:8
**advance** 215:15

**advanced** 132:7,9
**advancement**
    191:22
**advantage** 26:1
**advertisements**
    139:5,8 141:19
**advice** 145:21 146:1
**after** 8:14 9:22
    19:19 30:13 45:5
    46:6 97:5 98:7
    100:19 104:11
    106:4 109:9 115:3
    115:8 116:7,11
    117:22 118:20
    123:19 129:21
    149:8,10,11,12
    152:4 154:20
    172:16,17 207:17
    208:16 214:7
    216:17 224:1
    226:17,21 236:2
    242:5
**AFTERNOON**
    96:16
**afterwards** 207:11
**again** 4:23 102:3
    154:14 222:19
**against** 2:10 94:14
    109:6 111:3
    133:17 208:10
    209:2 212:18
    233:7,8 237:21
**age** 35:15,20 36:1,7
    36:19 43:17 51:2
    51:4,8,10 53:5
    102:18,24 111:19
    112:2 113:2,3,5,5
    113:7,15,17,22
    116:1,5,16 120:7
    124:4,5,9 125:3
    126:21 129:2,6,14
    129:23 130:4
    132:18 151:10
    207:14,22 208:4,8
    208:11 209:3
    210:4 211:10,18
    212:14,17 217:17
    226:2
**agenda** 186:2
**ages** 113:8
**age-related** 112:20
**Agne** 13:6 16:10
    21:23 22:7,12
    23:3 103:24 113:6
    113:6,21 119:21
    120:15 134:5
    141:5

**Agne's** 208:16
**ago** 202:24 203:14
**agree** 158:12 172:8
    189:17 192:23,24
    216:24 217:1
**agreed** 70:10
**agreeing** 216:16
**agreement** 193:9
**ahead** 3:6 6:5
    173:17,17 185:1
**alerting** 76:1 77:6
**allegation** 133:3
    143:8
**allegations** 2:16
    6:20,24
**allege** 237:22
**alleged** 238:17
**allocation** 184:16
    184:19 185:14,18
    187:20 191:3
    194:1 198:15,21
    240:17
**allow** 75:24 76:16
    76:17,20 77:3
**alluded** 102:10,11
    116:4,9
**alluding** 81:4
    113:16 164:13
**almost** 214:22
**along** 47:10 94:24
    100:6 125:5,8
    164:18 223:22
**alongside** 101:19
    133:19
**aloof** 130:21
**already** 116:11
    126:24 149:23
    215:18 237:3,5
**although** 2:18 30:14
**altogether** 127:6
**always** 18:2 29:18
    47:9,23 50:5,6,6
    50:10 131:16
    158:24 181:2,11
    187:19,20 205:3
    206:8,12,15
    227:17
**amiss** 136:5
**amount** 27:12 38:8
    42:13 63:22,23
    187:13,17 196:13
**Amy** 156:3
**analysis** 159:17
    181:17 194:5
**analyst** 169:9 194:9
    194:9 200:5
**analysts** 162:12

Case 1:05-cv-00891-SLR   Document 28-7   Filed 11/21/2006   Page 10 of 13

Blozis                                           v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1              C.A. # 05-891 (SLR)                          July 26, 2006

Page 245

| | | | | |
|---|---|---|---|---|
| 163:3 | apparent 43:15 | 228:3 | assistant 7:21 8:7 | available 97:5 |
| analyze 180:14 | 123:3 130:21 | arrogant 47:4 50:12 | 8:14 9:20,24 13:6 | 177:12 |
| and/or 115:19 | appear 82:3 206:3 | 239:5 | 13:6 14:18 17:12 | aware 93:3,8,18 |
| 129:23 | APPEARANCES | asked 15:16 57:12 | 21:17 61:7 71:2 | 145:7 210:4 |
| annual 227:18 | 1:17 | 73:12 77:19 | 105:18 131:20 | away 52:3 106:22 |
| annually 66:5 | appeared 41:12 | 100:17 106:6 | 134:13,17 140:10 | 236:14 |
| another 9:18,22 | appearing 130:18 | 107:5 128:8 131:1 | 140:17,20 180:11 | a.m 1:15 |
| 24:23 27:1 44:3,6 | appears 12:15 58:3 | 136:14 137:10 | 180:11,12 181:11 | |
| 120:23 121:7,11 | 199:24 223:3 | 144:20 169:12,14 | 187:6,7 188:17,18 | **B** |
| 135:16 160:4 | 226:17 232:7 | 170:17 184:3,5 | 188:24 189:4,11 | b 103:9 132:3 |
| 161:7 167:14 | 233:21 | 191:16 194:7,10 | 196:5 | 139:23 240:4 |
| 179:14 183:20,21 | applicants 142:6 | 202:19 212:13 | assistants 71:15 | back 6:11 10:21 |
| 190:3 191:6,8 | applied 139:10,17 | 237:12 243:8 | 72:5,8,11,13,17 | 23:17 29:1,4 31:9 |
| 202:12 | 140:16 141:8 | asking 2:16,23 3:1,2 | 73:12 75:13,15,16 | 45:18 63:2 74:3 |
| answer 2:15 3:6,13 | 226:12 | 3:12 6:23 15:24 | 125:16 131:18 | 75:21 111:4 |
| 29:5,9 34:22 | apply 15:13 | 24:1,2 42:21 43:2 | 179:17,24 180:5,5 | 116:13 118:7 |
| 59:22 61:14 77:10 | applying 169:10 | 72:13 73:1,2,9,21 | 180:6 181:2 | 119:4 133:10 |
| 79:13,19 118:6 | appreciated 101:8 | 74:2 77:4 106:1 | 193:16 194:13 | 136:15,16 149:1 |
| 128:9 131:4 | appreciative 208:17 | 146:12 157:1 | assistant's 175:6 | 151:6 153:14,15 |
| 135:23 136:7,10 | apprised 57:9 | 170:7,9,13 192:11 | 190:11 | 154:15,17 159:23 |
| 136:11,12 137:4,4 | approach 131:7 | 193:22 227:24 | assisted 7:20 14:18 | 160:20 166:23 |
| 144:15 154:12 | 144:9 203:9 | asks 15:20 | ASSOCIATION | 167:12 171:15,17 |
| 191:15,16 199:16 | approached 93:19 | aspect 105:14 | 1:10,10 | 172:2,7 179:9 |
| answered 117:6 | 128:21 | 191:24 | assume 3:6 24:17 | 189:10 191:14 |
| 206:20 | appropriate 167:11 | aspiration 193:10 | 118:11 | 198:14,16 199:4 |
| answering 3:8 29:2 | approval 216:6 | aspirations 191:23 | assumed 123:21 | 216:11,18,22 |
| answers 2:18 131:2 | approving 196:10 | assemblage 205:10 | assuming 180:9 | 217:2,14 220:5 |
| 135:17 136:22 | approximately 8:17 | 205:20 | assumption 31:3,11 | 222:9 223:2 226:6 |
| 243:8 | 17:16 21:5,7 | assemble 194:17 | 31:13 34:20 189:7 | backing 105:21 |
| Anthony 92:18 93:1 | 27:18 63:18,20 | 205:7 | assured 93:20 | bad 47:15 48:14,16 |
| 94:4,9 | 121:20 | assembled 82:10 | attached 195:13 | Balance 178:12 |
| Anthony's 93:8 | April 80:17,18 84:5 | 84:8 205:7 | 196:24 222:6 | balanced 178:18 |
| anti-age 211:23 | 97:13 98:8,9 99:3 | assessed 115:21 | attachment 197:1 | balances 181:12 |
| anti-older-worker | 100:4 102:16 | assessment 68:5 | attempt 159:6 | ball 160:23 |
| 209:6 | 103:21 108:20 | 69:17 75:22 | attempted 99:2 | ballpark 43:10,11 |
| anti-woman 209:8 | 111:5 112:15 | 158:12 159:20 | attempts 155:22 | 74:24 75:1 |
| anti-women 210:15 | 126:13 146:8,16 | 160:1 218:13 | 159:13 | bank 1:10 7:8 9:16 |
| 212:2 | 147:6 151:7 | 221:1 222:3 | attend 132:8 | banking 9:14,15 |
| anybody 5:8,11,12 | 159:23 230:7 | 225:19 226:1 | attention 18:7 | 12:7 |
| 22:13 88:2 91:12 | 231:11 | 237:13 | 61:18 78:5 | Bannister 110:19 |
| 91:13 93:6 99:9 | area 21:22 24:7 | asset 12:12 16:9 | attentive 197:9,16 | 127:3,11 |
| 124:15 131:9 | 70:18 105:20 | 175:21 176:12 | attest 189:22 | bar 233:15 |
| 141:3 144:7 | areas 69:21 | 184:16,19 185:14 | attitude 192:8 | base 36:23 |
| 227:21 230:21,24 | argument 143:24 | 185:18 191:3 | 208:20 | based 12:15 63:7 |
| anymore 123:20 | arguments 216:12 | 193:24 198:15,21 | attorney 4:20 5:1 | 113:14 125:23,24 |
| anyone 4:21,22,23 | arisen 123:18 | 240:17 | 5:12 243:13 | 186:9 187:8 |
| 5:7 109:23 209:10 | around 4:6 7:3 9:21 | assets 186:22 | attorneys 2:11 | 190:14,15 198:7 |
| 230:14,17 237:19 | 11:22 12:16 13:12 | assigned 42:16 | authorizing 216:15 | 205:9 226:16 |
| anyplace 185:13 | 14:8,9,10 16:16 | 43:23 187:2 | automated 173:13 | basic 70:14 |
| anything 80:2 88:1 | 17:4,9 21:5,11 | assignment 81:6 | 174:10 175:1 | basically 10:13 |
| 94:3 102:24 | 22:2,16 25:4,9 | assignments 11:14 | 176:24 177:7 | 174:17 |
| 117:24 124:23 | 26:3,24 78:6 | 19:15,21 20:1,2 | 178:4 180:15 | basing 114:4 118:19 |
| 126:6,24 171:21 | 79:23 80:3 102:16 | 27:24 39:18 40:1 | 181:15 201:2 | 157:14 159:3,11 |
| 174:24 196:3 | 103:21 126:13 | 60:20 223:13 | 240:13,14 | 159:14 |
| 230:21 | 130:7 139:18 | assist 11:3 164:22 | automatically 186:4 | basis 60:22 71:23 |
| anywhere 214:2 | 149:24 152:19 | 165:4,10 | 186:6 | 132:17 133:17 |
| apologize 158:19 | 189:8 227:12 | assistance 206:9 | avail 206:8 | 157:14 159:17 |

Case 1:05-cv-00891-SLR   Document 28-7   Filed 11/21/2006   Page 11 of 13

Blozis                                  v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1        C.A. # 05-891 (SLR)                    July 26, 2006

Page 246

166:21 167:6
185:20 227:15,19
238:2
Bates 54:6,13 56:5
57:15 240:7,9,10
240:23
BB 59:9 172:1
BB/LB 59:5
became 10:15 14:8
15:3,11 16:15
22:1 24:23 78:6
123:3 127:11
151:17,17 208:23
Becker 18:11 19:3
19:12,22 20:6,9
20:11,14,17,22
21:2,9,17 24:11
24:23 28:17,21,22
29:3,5 35:5 57:6
57:12 59:5 60:11
60:15 70:3,5 72:3
72:6 76:8 78:9
90:17 91:6,8,11
114:2,11 115:19
122:1,3 123:12,22
123:23 125:11
137:8,16,16
138:15,17 139:1
148:8 149:2,8,14
149:17 150:24
151:1 153:20
154:9 155:4
156:19 157:1,20
158:8 161:14
163:18 166:8,10
167:3 168:24
169:16 170:16,20
171:2,17 173:12
175:15 176:10,22
176:23 177:5
180:13,21 181:16
182:12 184:11,15
185:23 187:12,16
190:10,17 191:1
194:20,24 196:17
197:9,13,15 198:3
198:16 199:18,21
200:14 201:9,22
202:2,14,20,24
203:19 204:4,8
207:1 208:1,3,10
209:4 210:17,21
212:6,13,20
217:15,21 219:3,3
220:15 221:21
222:13,17,23
224:14,17 225:8

226:18,21 227:7
237:7,8 240:20
Becker's 18:13 59:9
59:12 68:19
159:20 166:15
172:1 178:16
190:7 200:1
become 15:14
172:14 191:8
becoming 32:3,11
75:5 202:16
205:20
before 1:15 3:21 4:1
6:4,15,24 35:10
44:1 45:1,3 61:9
67:20 68:21 84:11
85:5,8,13 90:11
96:1,3,20,22 97:8
98:18,24 99:13
107:17 112:14
119:17 120:5
125:15 142:13
144:8 148:22
160:6,7 163:19
168:13,19 169:3
172:10,19 174:2
175:9 178:3
183:23 184:8
185:8 186:18
190:11 195:10
199:12 200:10
207:11,17 217:14
218:2,18 226:7
232:2 234:16
243:6
beg 127:10 153:1
began 19:11 206:9
206:22
beginning 1:15 84:2
119:11 148:24
behalf 211:12
behind 52:5 80:7
90:16 212:9,10
being 4:23 14:18
22:3 25:9 35:15
35:19,24 39:11
40:13,16 50:24
51:8 64:8 70:18
71:13 72:4,23
99:5 100:23
112:15 114:16,24
116:23 117:1,15
119:9 123:13,16
130:10 132:17
135:9,11 136:22
141:12 150:9
155:19,22 158:6

161:9 165:20
168:2 175:16
197:4,9,15 204:11
214:2 224:2,17
225:9 227:23
231:13 235:4
236:8
belief 125:23,24
237:24 238:2
believe 4:6 8:16
11:5,20 14:4,9,23
22:6 23:20 32:9
36:3,4 49:12
51:10 56:4 67:6
68:3 73:11 89:16
90:3 94:20 95:6
95:17 97:22 106:5
107:9 111:4,17,17
113:5 114:1
119:10 120:13
121:16,24 125:21
136:9 139:20
140:7 145:23
155:15 156:2
161:11 167:2,10
167:12 168:21
170:5 173:15
179:3 189:13,18
193:4 200:3
205:18,22 210:2
216:8 222:11
226:11 228:9
230:21 231:12
238:24
believed 112:23
127:16
Bell 13:4 16:10,19
27:20 28:20,21,23
29:10,12,19,22
30:2,7,16,17,19
31:1,5,16,17,21
31:23 32:2,5,11
32:13,18,22,22
33:6,12,21 34:1
35:14,21,24 37:5
37:6,9,21 38:1,5,6
38:7,20,23 39:4,7
39:10,17 40:2,4,7
40:8,13,15,19
41:5,12 42:9,16
42:18,21 43:14,16
44:2 45:4,16,18
46:1,3,5,14,16,18
46:22 48:13,19
49:5 112:24 113:1
116:21 119:21
120:17 124:19

138:20 139:1
148:7
Bell's 33:17,18
36:18 38:11,16
39:21 41:23 42:14
45:6,13,20,23
48:16
below 170:2
beneficial 172:22
bequest 114:2
besides 75:18 91:24
119:16
best 8:6,16 9:6,12
10:7,17,20 11:10
11:23 12:1,11
14:2,23 15:9 16:3
17:6 18:12 19:2,5
19:6,8,9,13 20:10
20:14 21:10,17
22:18,21 23:7,9
24:22 25:1 26:9
26:18 27:17 28:1
30:2,4,10,20,23
31:23 32:2,15
33:17 34:2,4 35:5
36:2,8,11 37:19
39:19 42:10 43:13
44:18 45:1,11,15
45:21 46:20 48:19
49:19 51:11 54:19
55:11 66:20 67:5
69:6 72:6,18 74:5
78:16 80:19 83:14
83:18,19 88:24
90:7 93:13 97:17
100:21 103:9,23
107:14 110:11,24
114:1 118:2
122:17 133:18,24
139:11,20 140:14
147:7 149:19
151:16 155:9
159:12 164:16
165:2 166:5 167:1
167:14 171:7
173:15 178:15
179:1,18 186:21
186:23 189:3
192:7 194:6,15
195:21 196:12
198:1 201:6 204:1
224:9 233:6
235:21 236:12
better 48:3 73:18
73:21 93:9 113:2
117:7 177:19
206:7 224:6 238:6

between 20:16
26:19 36:12 62:20
66:24 93:21
110:12 139:1
141:6 149:23
167:3,20 179:7,9
186:24 199:13
206:3 212:5 229:8
230:3,5 231:15
beyond 126:16
Bill 57:6 59:11,16
59:19,22 60:11,15
60:18 68:19 70:24
71:9 74:7,10,14
75:2,2 77:1 78:13
78:22 90:17 114:2
114:11 122:1
123:22,23 125:10
137:16,19 138:15
138:16,17,21
139:1,2,14,20
148:12,15,18,20
149:2,8,14,17,22
150:6,17,19,21,24
151:1 153:20
154:9,24 155:4,6
156:19,20 157:1
157:20 158:8,9,11
158:16 159:6,16
159:19 160:19,23
161:4,5,14 163:18
166:6,8,15,20
167:3,4,12,13,17
167:24 168:24
169:16,22 170:16
170:20 171:2,17
171:19 172:1
173:12 177:2,5
178:16 179:11
182:11,15 191:5
192:16 193:2,22
198:6 199:21
200:1 201:18
202:6,14,20 204:3
204:13,20,21
205:2,19 206:17
206:24 207:7
208:3,10,14
209:14 211:15,16
219:3,15 220:17
222:16 224:1,19
224:21 237:8
Bill's 114:6 150:12
155:5,23 156:18
157:2 159:21
160:3 208:20
219:4,7,8 220:7

Case 1:05-cv-00891-SLR   Document 28-7   Filed 11/21/2006   Page 12 of 13

Blozis                                  v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1         C.A. # 05-891 (SLR)                July 26, 2006

Page 247

bind 84:14 88:9 98:14 110:19
binding 83:9,15,16 84:12,12 86:2,9 98:3,11 231:14
birth 3:18
bit 7:1
black 221:13 222:21
blame 202:17
blamed 158:6 161:11
blank 86:5 187:7
blatantly 155:24
blind-sided 94:23
block 75:22
blood 152:9
Blozis 1:6,13 2:1,7 3:18,20 4:20 5:22 5:23 6:2,3,20 11:5 13:23 24:9 25:8 27:20 29:2 33:20 36:13 38:18 40:21 53:14,23 54:1,5 54:12,13 58:4 61:15 67:12,15,16 67:19,20 68:6,21 69:5 75:21 76:22 76:24 80:11 90:3 95:22 96:19 99:13 101:24 107:24 108:3,4,7 109:9 120:5 142:9 151:6 153:7,10,11 156:12 168:5,8,9 168:12,16 171:24 172:1 173:20 174:1,2 177:20 178:3 179:3 180:1 181:21 182:24 183:13,23 185:4 185:10 188:23 189:18,19 193:2 195:6 196:2 197:13 198:14 199:8 200:10,16 201:4 205:9 212:24 213:17 215:17 217:9,14 217:24 218:2,4,13 218:18,23 219:20 225:24 226:16 228:13,15 230:14 230:17 231:20,23 232:2,11 234:12 234:24 235:17 236:1,21 237:11

237:19,23 238:2,9 240:2,5,12,20 241:1 243:7
Blozis's 56:17
BMG 109:6
board 55:22 142:13 148:22
Bob 13:4 38:11 156:2
bond 174:19 195:2 195:4,15,24 196:8 196:17 197:10 240:19
bonds 161:16,17,23
bonus 61:24 62:3 63:14,17,21
bonuses 62:6,23 63:7 64:7
booklet 80:22,24 81:3,7,8,10,18,20 81:23,24 82:17,24 83:3 84:7,12,16 85:5 86:6 88:9 96:20,22 97:7,24 98:19 99:6,9 100:8,13,24 110:15,22 205:7,8 231:11 232:18
booklets 83:8 84:19 85:12 86:11 98:5 108:18 205:21 231:3,6
books 97:20 204:4,9 204:24 205:11,16
borderline 130:22 130:23
bosses 93:9
both 49:19 57:18 60:3 89:11 203:16 225:15
bottom 58:8,24 156:24 168:23 169:4 213:18,20 223:5,5 228:22
bound 83:5,8,8 84:10 96:22 97:8 97:15,20 98:22
box 68:11 69:7,11 70:1,12 220:9,23 221:3,18,20 223:3
break 3:10,10 53:16 53:18,20 96:12,20 99:13 120:5 153:2 207:11,18 215:4 216:17
breakout 174:17 233:7

breaks 214:22
Brendan 11:19 12:3 13:7,10,11,17 17:12 18:2 21:16 24:10 30:23,24 31:2,4,16 36:4,7 36:11,14 37:3,20 43:22 44:10,12 45:22 46:21 47:3 48:17 49:22 50:12 50:14,17 52:9,20 71:10 72:7,12 74:11 78:24 87:3 88:5 90:18 93:13 97:2 98:10 100:9 108:13,17,22 109:7 110:13 111:6 112:3,9 114:2 117:18 118:3,4,8,12,15 118:20,24 119:8 119:16,24 120:6 125:24 127:4 128:15,17 132:2 135:7 137:8,15,19 138:6 141:17 142:21 144:8,14 144:20 145:1,5,19 146:14 150:2,5,10 150:13,14 165:23 166:5 205:5 208:23 211:13 230:11 235:23 236:18 237:21,24 238:20 239:1
Brendan's 53:4 93:14 134:13,17 143:1,4
brief 53:22 151:4 217:7
bring 23:17 213:10
bringing 4:2 94:14 95:5 131:5
broad 17:24 75:1 177:9,17 190:22 201:16
broadly 201:14
brought 2:10 74:14 74:17 91:23 122:12 127:7 144:2,15 146:8 203:19
Bruce 21:21 24:12 35:8 105:18
brusque 47:4 50:12 51:1,21
brusquely 49:22

51:18 52:21
building 7:11 13:21 13:21 103:19 114:11
bullet 236:22
bulleted 237:12
bullying 87:14 88:3
burden 150:12 191:24
business 46:23 47:1
busy 133:21 134:2 134:21
buy 195:2,4,15,24 196:13,17 197:10 240:19
bypass 127:6

C
C 132:3
calendar 213:21
call 12:12 105:15 107:1 110:2 135:17 136:6,15 136:16 198:2 201:15 236:7
called 86:15 87:2,3 99:20 106:22 110:4 113:11 114:5 119:8 173:13 174:10 189:6,12 236:9
calls 103:16 199:23
came 11:24 15:10 15:24 23:1 24:18 24:21 49:18 61:8 84:4 86:10 87:20 87:23 114:11 134:11 140:24 142:13 147:12 148:18,22 165:2 165:14 186:14 187:2 214:6,7 243:6
cap 174:20,20
capability 181:10
capable 102:13 136:21
capacity 28:1 234:21
captioned 240:8,13 240:14,16,17,19 240:21 241:2,3
care 103:15,16,16 103:18 104:5 105:1,3 106:18 145:12 159:1
career 121:14 161:7

193:10
carefully 187:24
caring 103:11,13 104:16,20 105:6 105:13 106:7,8,20 107:7 150:6
carol 86:16,16,21 86:22
carried 14:12
carrying 150:12
case 3:22 43:23 49:24 82:22 84:10 95:3 119:12 156:21 192:22 227:17
cash 27:4
Castle 243:2
categories 174:18
category 69:11 70:8
caveats 4:23
Caviness 156:4
certain 71:18 83:1 90:9 95:23 124:9 154:5 165:17,18 176:6,8 192:12
certainly 125:17
CERTIFICATE 241:6 243:4
Certification 243:17
certify 243:6,11,13
Chambliss 17:1,11 21:16 24:11 134:14 164:21
chance 108:5
change 9:4 10:6,9 14:5 24:20 174:22 178:17 180:10 188:19 190:14 191:6 208:20 228:7 238:6
changed 8:3,6,11 10:5 11:21 13:24 14:2,5 16:3,5 17:18 24:14,15,19 179:2
changing 179:14 189:2
Chappelear 156:3
characterization 172:3 215:10,23
characterized 97:12 119:10 202:22
charge 117:19 135:5 143:9
charts 82:9,11
check 136:14 187:5

| Blozis | v. | Mellon Trust of Delaware, et al. |
|---|---|---|
| Linda J. Blozis, Volume 1 | C.A. # 05-891 (SLR) | July 26, 2006 |

Page 248

checked 69:12
    220:12,13 229:24
checking 190:12
    229:17
checks 181:12
cheeks 152:11
chose 123:7
Cindy 16:24 17:11
    21:16,16 24:11
    134:13,15 135:1
    135:18 136:16
    137:14 164:21
    165:2,17,17 166:2
circle 196:22
cite 117:16
Civil 1:8
claim 133:13
claiming 160:19
    211:9 212:17
clean 153:12
clear 2:24 126:12
    163:5 205:3 206:8
    206:12,16
client 72:20,20
    80:22,24 81:7,7
    81:10,17,17,19
    82:24 83:3 84:7
    85:4,12 86:6,7
    88:9 96:19 110:16
    122:12 147:13
    155:23 156:20
    157:2 158:16
    159:20 165:11
    167:12,13 169:23
    170:22 171:2,5,8
    171:11,14,17,21
    172:5,6,11,18,22
    174:9,15 176:20
    176:22 177:3
    178:8 194:14
    195:13,20 196:1
    196:19 197:5
    198:12 204:4,7
    205:21 213:8,11
    221:10 231:8,11
    235:11
clients 20:3,4,7,23
    50:14 51:13 81:11
    82:1 92:12,13,16
    122:6,8 174:15,16
    185:3,18,21,24
    204:16 232:18
client's 81:3 82:14
    84:10 174:22
    177:15 190:15
    205:13,15
client-related

213:12
Clinton 156:3
close 45:4 79:6
    162:14 192:8
    214:2,3
closed 52:5 80:7
    87:5,17 90:3,16
    212:9,10
closer 9:13
closing 214:11
code 179:19 198:23
coding 162:2,7,8,11
    162:13 163:2
    178:18 180:10
    233:15
collated 82:10 83:5
    83:7 98:1
color 82:9 152:10
combined 232:4,14
    234:9 241:2
come 15:19 84:1
    86:4,7 106:17,24
    107:5 109:20
    118:7 145:6,19,20
    145:23 162:15
    165:5 166:11
    186:8 188:5
comes 15:20,21
comfortable 128:19
coming 5:9 17:18
    94:24 95:12 132:2
    164:21 165:6,8
    197:19 227:12
    230:14 231:1
    234:1,2
comment 35:22
    43:14 112:20
    128:18 129:16
    151:20
comments 67:3
    198:17 209:5,8,12
    209:18,19 210:15
    211:22,23 212:2
    217:17 220:24
    222:4 223:2
communicating
    202:5
communication
    75:24 76:15
    147:20 205:15
communications
    198:7 199:22
commuting 149:23
company 8:11 9:12
    26:20 29:23 30:19
    106:12 110:20
    130:2 186:5,12

210:5 212:7 226:5
comparable 122:19
    135:3,3,4,21,24
comparing 41:20,24
comparison 103:1
competencies 70:9
competition 139:21
compilation 186:21
compile 175:6
    204:20
compiled 82:8
    224:11
compiling 204:23
    224:14
complain 41:13
    91:12 92:24
    107:19 184:15
    195:1 198:3
    231:17
complained 118:20
    137:15 237:23
    238:3,9,19
complaining 94:14
complaint 2:17
    61:16,19 80:10,21
    80:23 97:13 100:5
    107:16 109:6
    111:3,14 117:12
    117:17 120:24
    133:2 138:2 140:9
    142:9 237:21,22
    238:17 239:2
    240:6
complement 23:18
complete 16:17 28:4
    38:24 66:11 72:18
    72:19,21 77:3
    81:7 106:23 135:2
    157:8 162:17,21
    173:13 190:9
    202:15 203:24
    224:3
completed 28:7
    67:17 81:19,21,23
    83:4 84:22 85:5
    85:13,23 86:1,3
    110:18 158:2,5,22
    162:15,23 196:9
    204:24 218:20
    229:16,18,24
    242:6
completely 50:15
    119:17
completing 150:18
    150:22 158:19
    163:10 164:7
    182:16 191:3

completion 66:9
    84:16 100:13
    163:20 179:18
    223:24 224:23
    225:6
compliment 145:8
comply 190:14
compose 152:13
composition 17:17
    24:17
computer 165:3,4
    243:9
computers 103:17
computer-aided
    243:9
concept 11:11,24
    12:17 119:17
    144:3
concern 95:9 191:9
    192:19 231:2
concerned 192:12
    192:14,17 193:3,5
    202:10 203:18
    206:10
concerning 32:18
    38:5 66:16 76:11
    108:18 151:7
    154:9 155:5,5
    156:18 157:2
    160:4,21 161:4
    166:19 167:8
    171:20 175:16
    176:24 181:17
    182:9 195:19
    196:17 198:11,21
    201:23 204:4
    205:10 217:15
    234:4,24
concerns 129:7
    146:10 161:3
    193:7 229:9
conclude 209:2
conclusion 110:17
conditions 27:18
conduct 47:3 48:23
    49:23 91:21 94:15
    111:18 115:11
    116:15 129:1,5,13
    133:16 216:4
    217:16 230:12
    238:23
conducted 28:18
    29:6 44:13 46:23
    47:1,23 141:11
    214:17 215:11
conducting 146:6
conference 24:7

confidence 93:1,19
confidential 91:22
    93:20 94:13,16,21
    156:2
confused 180:6
conjunction 122:5
    135:15
connection 4:14
    108:16 137:24
    192:3 194:21
consideration
    144:12
considered 15:4
    48:7,8 95:23
    127:3 144:5 209:5
Considering 138:23
consist 24:10
consisted 12:22
    16:18 21:12 100:1
    119:21 148:12
consistent 178:4
    188:17 189:21
consistently 188:21
construed 146:22
contact 159:6,13
contacted 107:20
    107:21
contained 70:1,11
    222:4 234:8
contains 221:9
contention 143:12
context 117:3
    189:14
contradictory 72:10
    72:14 73:4,7,8
contributed 26:18
contribution 26:16
conversation 35:18
    39:12 41:2 70:17
    70:21 84:2 86:4
    86:13 98:8 100:3
    102:2 108:22
    109:14 116:13
    117:21 126:12
    154:8 155:8,10
    166:19 167:3
    194:19 216:8
    234:4 237:21
conversations 4:24
    31:20 32:18 33:3
    33:11,21 37:11,13
    37:23 38:4,11,18
    38:20 39:5,9,13
    39:16,20 41:4
    45:6,8,10 49:15
    75:7 99:8 118:24
    125:10 137:7,12