Blozis                                    v.                     Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1         C.A. # 05-891 (SLR)                       July 26, 2006

Page 260

133:19 134:21
140:4 141:24
143:22 144:1,17
144:21 145:7,20
145:23 148:21
149:24 161:7
165:16,21 166:1
193:14 199:22
204:14,14,21
206:7 209:13,22
226:18,22
**Philly** 21:20
**phone** 97:22 99:22
 103:16 109:21
 132:12,21 133:5
 219:17,19,21
 222:2
**phones** 77:10
**physical** 7:9 24:2
**physically** 23:22,23
 24:3
**piece** 106:21 202:22
**pieces** 105:14
 168:18
**piled** 224:3
**place** 9:13 75:8
 86:11 138:17
 173:5
**placed** 31:16 75:14
 75:15 141:20
 155:19 235:4
 238:18
**placing** 118:23
**plaintiff** 1:7,20 4:1
 4:2
**plan** 25:15,17,20
 26:10 27:2 65:1,4
 208:23 226:4,6,13
 226:15
**play** 11:24
**player** 106:12 127:3
 128:1,3 136:23
**please** 2:23 3:3,10
 3:12 5:22 6:7,10
 29:1,3 31:6,8 38:2
 53:24 61:16 62:24
 63:1,15 107:23
 119:1 144:18
 153:5 154:16
 166:22 168:9
 199:2,3 217:8
 221:8 228:17
 231:24
**pleased** 190:18
**ploy** 123:24 124:2,3
 124:6
**plus** 95:11 215:1,1,1

**point** 2:22 3:9,11,23
 5:19 8:2 9:2,4
 10:9,21 13:23
 19:11 20:18 22:1
 22:7 23:3,21
 29:13,22 30:7
 35:12 53:4 60:3
 73:20 74:20 91:17
 105:12,13,16
 106:6 107:5
 147:16,23 148:11
 164:19,21 180:8
 184:3 190:21,24
 203:12 208:19
 215:2 227:10
 236:5 237:12
**pointed** 169:22
**pointedly** 111:11
**points** 236:22
**policy** 77:9 92:14
 124:8,20 125:15
 181:22 187:4
**political** 117:6,9
**Poor's** 233:9,10,14
**PORCH** 49:7
 186:17,18 194:4
 194:11,13,22
**portfolio** 10:10
 13:24 14:8,12,17
 14:20 15:3,11,15
 16:15 17:14,15,23
 18:8 20:7,23 22:4
 22:8,12,19,22
 23:1,14,18 54:14
 55:7 61:7 63:14
 63:16 65:1,3
 66:12 71:4,17
 72:13,16,17 73:2
 73:17 75:13,15
 78:6 81:14 82:15
 101:16 102:1,4,6
 102:11,15 103:3,9
 104:5,12 122:9,19
 124:22 125:16
 133:23 134:15,18
 135:14 136:3
 140:2,12,15,17,24
 143:18,21,24
 155:20 156:13
 157:7,21 158:1
 159:4 171:12
 174:18 175:5
 176:5 180:3,5,7
 180:11 188:17,23
 188:24 189:3,9,10
 189:13,13 193:14
 193:16 232:16,17

233:13 234:21
**portfolios** 105:1
 106:14 150:8
 176:9 185:3,18
 233:9
**portion** 185:10
 200:9
**position** 8:5 9:21,22
 10:1,3 14:10,12
 14:14,21,21 15:13
 15:21 16:7 17:15
 18:9 33:16 51:14
 54:14 55:7 61:8
 63:13,15,18 66:12
 71:1,1 123:8
 125:18 128:19
 135:4 138:19
 139:6,10,17
 140:18 141:9,15
 141:20 142:7
 157:5 180:14
 189:15 191:6,12
 192:10 205:20
 206:5
**positive** 113:12
**post** 123:7
**praise** 127:5,13,22
 127:24 128:3,7,9
 128:11,13,22
 129:15
**preceding** 188:21
**precipitated** 9:10
**predecessor** 201:7
 202:14 203:1
**predetermined**
 237:3,6
**predominance**
 38:10,13,14 39:4
 39:5 131:15
**Predominantly**
 20:6
**preferred** 235:14
**preknowledge**
 95:12
**premark** 216:3
**premarked** 214:18
 215:14
**preparation** 84:21
**preparations** 204:6
**prepare** 72:20
 190:12
**prepared** 81:11
 84:10 98:1 110:18
 234:10
**prerogative** 123:7
**prescribed** 72:10,15
 72:15,23 73:5,9

**presence** 89:19
 95:24
**present** 5:3 66:22
 175:6
**presentation** 81:11
 85:4 98:12 232:18
 235:11,13
**presentations**
 235:15
**presenting** 97:4
**presently** 5:19
**president** 18:14,17
 73:13
**pressure** 37:6,7,8,9
 44:2,8,10 152:10
**pressured** 35:19
**pressures** 31:15
 33:18,22 34:1
 74:10
**presume** 153:14
**pretty** 192:7
**previous** 154:8
 155:24 156:13
 157:7 158:8 187:5
 187:8 188:19
 190:13 235:13
**previously** 110:15
 156:8 206:2
 221:10 229:16
**price** 201:23 202:3
**pricing** 202:7,15
 203:11
**Primarily** 104:21
**Princeton** 1:22,23
**principles** 70:14
**printed** 83:4 109:10
 200:1
**printer** 243:9
**printers** 103:18
**printing** 170:2
**prior** 6:18 91:20
 110:13 118:23
 129:21 146:7,15
 147:6 155:14
 159:15 163:23
 188:19 197:20,22
 198:2 225:19
 230:13,16 231:5
**private** 9:13,14,15
 9:16 12:7,12 16:9
 54:14 64:24 110:3
 175:21 176:12
**probably** 56:19
 118:17 138:9
 183:6,6 193:3
 215:20 220:20
**problem** 155:23

**problems** 114:19
 146:15
**procedures** 71:3
 117:16
**proceed** 3:15
**proceeding** 4:7
**process** 2:15 66:19
 68:23 98:3 187:1
 187:12 190:8
**processes** 147:14
 165:18
**produce** 74:12
 196:14 204:20
**produced** 4:6 82:9
 155:10 174:14
 186:4,6 194:15,16
 195:22 215:2
 229:22 235:9
**producer** 232:24
**producing** 222:24
**product** 70:12
 84:12 85:17 192:6
 193:24
**profane** 95:23
**profanity** 89:5,7,8
 89:15,19 90:11
 99:15 111:7
 126:23 151:9,22
**professional** 50:14
 87:12 89:20 96:6
 96:8 151:19
**profile** 184:16,20
 185:14 187:21
 188:6 190:19
 191:3,17 194:1
 198:16,21 240:18
**profits** 74:13
**progress** 81:13
**progressed** 107:15
**project** 98:7 162:2
 162:7,9,14,16
 165:11 182:16
 193:13 202:13
 203:24
**projects** 150:18,22
 160:8,12 163:20
 163:21 223:6,10
 224:6 225:6
 229:16
**promoted** 122:18
**promotion** 15:4,6
**prompt** 229:18
**prompted** 186:12
**proof** 155:21
**proper** 84:9 94:16
**properly** 168:2
**property** 172:20,21

Blozis  
Linda J. Blozis, Volume 1

v.  
C.A. # 05-891 (SLR)

Mellon Trust of Delaware, et al.  
July 26, 2006

Page 261

172:23 173:1,6,8
prospective 92:16
  94:9
protest 203:17
protocol 115:12,23
provide 133:15
  159:11 181:16
  185:16 193:23
  194:10
provided 155:11
  177:6,14 188:2
  194:21 195:1
  200:3 201:9,18
  235:12,15
providing 154:9
  155:5 177:10
Public 1:16 243:6
pulled 184:23
pulling 137:1,8,12
  137:16,20 181:18
  200:23
punch 177:15,16
punched 179:19
purchase 196:8
purpose 133:20
  165:6,7,8 185:15
  213:4,5 216:16
purposes 8:13
  77:15 157:24
  221:13
pursuant 1:14
pushed 238:11
put 33:19 37:6,7,8,9
  44:2,7,10 56:18
  56:20 57:13 60:13
  60:15 70:2,3,6
  82:4,13,17 85:20
  107:4 138:17
  143:9 148:6
  156:14 157:24
  165:17 184:3,5,16
  188:6,12 189:20
  191:19 194:7
  195:16 196:6
  202:17,19 204:9
  205:16 213:9,20
  215:8 232:16,19
putting 33:24
  174:24 184:11
  201:23 202:3
  204:4,23 208:18
  213:19 223:11
p-l-o-y 124:3,4
P-O-R-C-H 186:18
p.m 96:14,17
  239:14
P003 240:7

P030 240:9
P042 240:23
P3 54:6,13 55:19,24
  56:5 61:9
P4 54:6 56:13,18,20
  56:22 57:8,13
P5 54:6 57:15,21,24
  57:24 58:8 61:5,8
  61:11
P6 54:6 57:18,21
  58:18,18 59:22
P856 153:18
P856-857 240:10
P857 153:19 162:1

_____

Q

_____

question 2:15,23,24
  3:5,5,12,15 6:8,10
  6:12 8:13 9:9
  12:19 15:17,19
  16:2,12 17:24
  23:12 27:11,15
  29:2 31:6,7,10,19
  32:13 36:17,22
  38:2 39:2 42:8,22
  43:2,3,9,10,11
  44:4 47:18 49:4
  57:20,21 62:24
  63:3 73:24 74:4
  79:18 84:17,23
  100:11 102:14,20
  119:5 126:19
  133:7 135:10
  136:11 138:5
  139:16 146:12,13
  148:4 149:6
  150:20 154:5,12
  154:14,16,18,20
  156:22 164:20
  165:7 166:22,24
  169:2 175:23
  177:9 190:22
  191:16 197:2
  199:2,5 201:16
  207:17,24 238:5,6
  238:16,22
questioned 128:20
questionnaire
  185:15 186:15
  187:3 188:7 190:9
  192:3 201:3
  240:18
questionnaires
  184:17,20,22
  190:19 191:4,17
  194:1 198:16,22
  201:5

questions 2:16 3:16
  15:16 77:19
  106:13 131:1,4
  135:16 243:8
quite 9:9,23 100:11
  129:10 177:17
quote 37:16 111:19
  138:9 208:24
quotes 111:19

_____

R

_____

raise 65:8,16,19,20
  65:23 144:4
  146:14 207:1
raised 52:6,7 76:12
raising 198:10
rapport 50:13
  91:16,18 171:10
rating 62:8,9,14,14
  62:17 64:18 69:8
  69:12,16 220:2,16
  221:2
Ray 35:8,10,11 53:5
  140:1
RDR 243:17
reach 159:11
reached 159:16
read 6:11 29:4 31:9
  41:6 56:8 63:2
  74:3 119:4 154:15
  154:17 166:23
  168:11 199:4
  215:12,24 217:3
  221:17,22 225:3,4
  228:18 236:4,6,11
  236:13,15 237:11
ready 54:8,10,11
  133:8 215:17
real 193:7
realize 61:5
realized 89:21
reallocate 188:21
  190:16
reallocation 175:7
really 92:14 164:14
  193:7
realm 128:19
reason 51:10
  167:23 239:3
reasons 207:12,15
  207:20 208:9,12
rebuttal 237:16
recall 7:24 12:11
  13:16 17:2,10
  21:17,19 22:3,14
  22:16 26:1,21
  28:9 32:16,17,17

33:2,23 35:11
37:18 40:18,20
41:3 42:21 43:2
45:9,21,22 46:3,9
46:10 48:15,17
51:3 53:5 55:13
56:3,7 57:3,6,23
58:7 59:18 60:13
60:24 62:12,17,18
63:12 64:6,8 65:6
70:4,19,24 71:6
72:2,22 73:6
74:10,19 75:2
76:7,10 77:9
78:11,12,22 79:9
80:6 81:2,2,16,16
84:7,14 85:1,4,11
85:18,21 86:12
88:1,17 89:12,14
89:17,23 90:16
91:2,4,15 92:8,11
93:16 95:7 97:22
98:9 99:1,1,7,18
100:14,18,20
101:1,1,5,12,15
106:3 109:15,16
109:17 111:11,24
112:9,17,23 113:8
114:7,14 116:19
117:5 119:6
121:14 126:15
127:2 129:20
131:11 132:19
134:6,19 137:13
138:1 139:7,22
142:3 145:18
146:17,18,21
149:21 150:16
152:8,11,23
153:23 155:7,9
158:13,24 159:18
160:13 162:6,8,18
162:19 164:19,20
165:19 166:18
169:14,22,24
170:15,19,24
171:1,4,21 172:4
175:18 176:21
177:9 179:17
181:19 182:1,3,4
182:7 184:5,9,10
184:13 189:5
190:20 191:21
195:3,11 197:19
198:15,18,19,20
199:7 200:11
202:5,8,10,20

203:10,22 204:1,3
204:10,11,18,22
205:1,13 206:20
206:21 207:4,5,6
207:6,8,16,23
209:7 212:1,4,19
213:10 217:23
218:21 219:15,18
220:18,19 221:22
223:9,21 224:15
224:19 225:9
227:17,23 228:6
230:1,24 231:19
232:6,11,13
233:17 234:3,5,7
236:2,17,20
237:17,20 238:17
receipt 163:19
  230:13
receive 63:14,17
  65:15
received 61:24 62:6
  64:14,21,22 65:8
  65:19 123:6 220:4
  228:9,23 237:23
receiving 39:17
  153:23 159:15
  230:17
recess 53:22 151:4
  217:7
Recessed 96:14
recode 178:9,22
  179:18 180:15,16
  181:11
recoded 180:3
  181:6
recoding 179:14
  180:21,23 181:4
recognize 54:18
  56:13,14 57:17,24
  58:18 67:22 68:4
  68:5,5,7,15,18,19
  108:7 174:16
  183:24 195:12
  232:3
recollect 7:18 22:15
  49:22 50:13 67:5
  72:9 77:1 97:4,11
  103:8 105:16
  106:3 108:23
  112:3 114:20
  116:20 117:23
  122:18 123:11
  132:5 134:24
  136:2 146:3 147:1
  149:22 152:18
  163:21 164:6,23

Case 1:05-cv-00891-SLR   Document 28-9   Filed 11/21/2006   Page 3 of 9

Blozis  
Linda J. Blozis, Volume 1

v.  
C.A. # 05-891 (SLR)

Mellon Trust of Delaware, et al.  
July 26, 2006

Page 262

167:10,23 176:13 180:17 185:9 189:11 191:5 192:22 193:9 195:5,24 197:7 199:14,21 202:6 203:15,20 204:17 205:2 206:18 209:15 210:2,16 211:12 221:23 222:5,12 223:16 224:4,9 226:24 227:4 228:1 230:10 231:4,5,12 233:8 235:1,16 236:6 237:2 238:1

recollecting 86:1 229:15

recollection 8:6,16 10:7,17,20 11:10 11:23 14:2,23 15:9 17:6 18:12 19:2,10 22:21 24:22 32:2 33:17 35:5 36:2 37:19 42:10 45:11,15 48:20 49:19 56:19 63:17 64:4 66:20 69:6 71:14 72:6 72:19 74:6 80:19 83:14,19 90:7 92:12 93:13 96:5 96:9 97:17 103:23 110:11 111:1 114:1,5 118:10 122:17 133:18,24 139:11,20 141:10 147:7 149:19 151:16 155:9 159:12 162:10 164:17 165:2,10 167:2,14 169:9 171:7 173:15 174:3 176:3,4 178:16 179:1,5,19 184:18 186:22,24 189:4 191:22 192:7 194:6,12,15 194:23 195:21 197:17 198:6 199:13 200:5 201:1,12 202:17 203:10 204:13 205:9 206:15 208:13 213:8 218:10,23 219:1 219:16 223:20

224:1 227:13 229:17 231:7,10 233:6 235:8,21

recollections 202:12

reconstructed 157:14

record 54:5 86:23 95:19,20 132:22 132:24 151:2,3 153:4,6,14,15 215:8

rectifying 155:23

redacted 153:11,13 183:3,6

reduced 148:8 199:23

Reed 1:21 2:8

refer 102:23 145:17 154:23 233:5

reference 119:9 154:3 163:4 197:5 200:6 222:19 230:22,23 233:24

referenced 65:3 100:5 156:7 187:23 200:16

references 162:1 169:20

referencing 112:10

referred 79:18 80:22 154:22 186:16 188:23

referring 10:3 14:7 65:17 80:13 81:1 90:4 92:1 101:11 106:14 120:14 129:3 138:12 139:12 140:3 142:19,20,24 147:15 169:19 176:1 178:7 183:11,12,15 188:3 195:14 223:7 231:7,11

refers 178:14 233:23

reflecting 112:23

regard 205:12

regarding 33:3 38:11 71:6 91:21 109:7 160:20 167:4 171:1

regardless 97:16

regional 13:13 93:15

Registered 1:15 243:5

Regrettably 90:12

regular 103:11 185:20 186:8

reiterated 110:11

relate 233:14

related 23:24 100:8 134:23 177:7 198:4 209:6

relates 158:15 196:18 197:10 212:14

relating 191:16

relations 159:1 171:14

relationship 18:5 172:6 223:23

relationships 176:6

relative 243:13

release 21:23 115:8

released 48:5 115:3 121:18

relying 147:4

remain 152:4

remained 30:13 237:9

remaining 112:5 113:8 119:23,24

remarks 67:3

remember 8:15,23 10:15 12:1 14:1 15:10 16:24 17:1 17:8 18:14 19:7 20:13,14 22:18 23:6,8 24:24 26:16,22 27:8,15 28:7 29:15,19 30:1,9 32:21 40:22 41:16 42:15 44:15,21 45:4 46:2,6,7,13,15,17 48:12 52:22 55:17 62:3,8,13 64:17 69:2 70:20 71:24 74:21 78:13,15 80:24 82:22 84:5 89:13 98:16 101:5 120:11 121:22 140:7 146:23 158:13 161:13 165:12 176:15 180:21 184:21 196:16 197:3,8,12 197:14,20 198:10 198:13 199:17 200:9 201:20,21 209:16,24 210:6,9 210:12 217:19

222:22 223:11 224:14,21 227:4 229:11,12,14,20 229:21 234:23 235:2 236:8,8,10

remembrance 196:12

rendition 123:21

rental 173:6

repeat 6:7,9 3::6,7 38:2 62:24 63:1 63:15 73:23 119:1 119:3 133:7 144:18 149:6 166:22 199:3 207:17

repetitive 81:24

rephrase 146:13 154:20 177:4

replace 36:5,15,20 37:1,4 120:9 124:11 138:8 140:6 141:3 142:2 242:3

replaced 37:4 138:16,21 139:2 139:14 141:5

report 17:24 18:2,9 20:9 47:14 201:24 202:3,7,15 203:11

reported 11:13 13:10,11 20:6 52:2 171:16 206:24

reporter 1:16 6:11 29:4 31:9 63:2 74:3 119:4 154:17 166:23 199:4 241:6 243:4,6

reporting 8:18,19 10:19 11:7,9 18:4 18:19 19:2,10,12 19:15,19 20:19,20 20:20,21 21:3,8 60:15,19 194:24 226:19,23 228:5

reports 72:18,19 174:14 177:8

represent 2:9

represents 233:13

reproduce 110:21

reputation 34:5,9 34:17

request 177:16

required 71:4 72:4 84:9,11 131:17 147:21 221:1

requirements 62:18

reread 154:11

reshuffled 167:20

resident 171:9 172:12,14,16

resign 30:21,22 31:1,18,22 32:10 33:19,22 35:15 36:1 37:7,7,8,10 38:6 44:8 48:8 113:1,3,4 121:19 123:1,7,14 125:3

resignation 33:3,10 36:18

resigned 46:11 48:5

resigning 31:5 32:22

resolve 159:7

resources 55:9

respect 3:15 9:20 10:23 12:6 14:20 16:7 29:9,12 46:18 55:6 59:20 62:9 75:11 76:13 88:9 96:19 98:7 99:5 104:24 121:5 133:2 138:14 144:14 154:2,6 163:4 166:20 170:9,20 171:24 172:10,18 175:19 176:18 181:15 187:1 189:18 192:11 193:24 197:16 207:1 209:4 211:8 212:23 215:21 216:11 219:24 221:20 222:8 225:24 232:10,14 232:23 233:12 238:13

respective 243:8

respite 145:6

respond 88:23

responded 88:24 89:1

responding 165:23 218:16

response 36:17 74:9 74:15,17,19 84:13 103:7,8 151:20 158:9,11 166:15 199:24 218:5,11 222:6,8,10,18,23 225:10,12

responses 165:23

Case 1:05-cv-00891-SLR   Document 28-9   Filed 11/21/2006   Page 4 of 9

Blozis                                    v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1          C.A. # 05-891 (SLR)                    July 26, 2006

Page 264

sense 12:14,22
   14:11 20:21 47:12
   47:17 49:18 85:22
   85:24 130:17
sent 108:20 150:1,5
   194:16 205:7
   214:18
sentence 142:15
   157:18 158:18
   160:7,22 162:4
   163:9,15,17 164:9
   164:11 225:14
   238:5
September 106:5
   121:20 122:15
sequence 83:20
series 153:12
served 51:13 138:24
serves 200:3
service 130:2
serviced 49:8 168:2
services 233:1
SESSION 96:16
set 6:20 20:3 71:3
   72:20 77:18
   100:12 152:22
setting 2:19,21
seven 98:4 214:23
   216:4,5
several 183:14
sex 212:14,15,17
   226:2
share 45:12 115:4,5
   115:7,23
shared 115:22
sheet 56:16 183:18
   183:19,22 184:2,4
   184:5 187:6
   195:16,22 196:3
   196:18 200:20
   229:15,20 232:3
   242:4
sheets 178:5 181:16
   195:2,4,15 197:10
SHEET/DEPON...
   241:5
shifted 122:7
shit 90:6,24 96:3
shock 151:23
shocked 89:15 90:1
   114:15
shook 87:20
short 215:3 216:17
   231:14
shortly 226:17
shoulders 143:16
   203:23

show 6:2 59:16
   100:12 124:21,21
   153:10 215:15
showed 68:21 93:22
shut 133:5
side 54:20 95:17
   114:9 175:8
   178:10 184:7
   188:9 190:1
   196:15 228:20
   232:7,11,12,24
sign 117:17 225:4
signature 68:11,12
   68:16,20 218:7
   219:5,7,8,9 220:7
   228:23 229:1,2,4
   241:5
signatures 60:2
signed 67:4,7
   182:12 220:22
   235:22 242:6
signing 223:1
Simeone 156:3
similar 136:3 160:9
   185:12 201:4
   211:14
similarity 232:4
similarly 142:17
   143:8
simply 84:12
since 54:5 134:17
single 4:18 195:2,4
   195:15 196:17
   197:10 240:19
singled 158:6
sit 69:1 76:12 86:16
   117:18 176:15
sitting 27:6 40:22
   146:23 163:5
   179:4 225:22,23
   236:12
situated 73:18
situation 89:20
   110:14 111:8
   115:9 131:17
   155:17 156:6
   167:13
situations 48:2
   213:9
sitused 28:2,17 29:6
   42:16 107:21
   113:10
size 41:24 64:3,5
   122:8 167:11
   176:6 186:9
   187:15,24
skills 75:24 76:15

SLR 1:8
small 174:20
smart 147:3
Smith 1:21 2:8
   121:3 122:4 125:2
   125:11,14
Smith's 121:17
sold 182:5,8
solely 63:7 70:10
   77:11
some 5:19 6:4,23
   8:2 10:9,21 13:23
   15:18 16:1 19:11
   22:1,7 23:3 29:22
   30:7 32:18 35:12
   47:21 58:9 59:8,9
   60:3 65:18 67:24
   73:19 82:2 83:6,9
   86:17 105:12,12
   105:14,15 106:6,8
   106:10 108:24
   113:15 126:18
   128:12,16 129:5
   129:14 131:13
   132:7,11,14
   136:13 144:20
   145:9 150:7 154:5
   154:8 174:15
   180:8 183:24
   185:20 191:23
   202:24 203:13
   213:5,16,19 223:3
   223:21,24 228:8
   232:21
somebody 15:20
   48:9 107:9 144:16
someone 7:20,21
   15:14,22 24:17,18
   24:20,21 61:12
   84:18,23 166:1
   203:13 230:16
   235:20
something 31:5
   39:23 55:9 57:8
   59:15 65:15 70:2
   70:3 78:1,13
   79:10,13,21 87:22
   100:5,9,16 107:8
   125:8 136:5,14,17
   144:4 145:1
   152:15 161:15
   162:11 170:9,17
   171:11 179:15
   180:2 181:4,7,10
   184:22 185:19
   186:2,11,16
   187:11,16 191:11

197:4 213:20
   215:8 220:6
   232:19
sometime 28:16
   44:24
sometimes 15:20,21
   99:14 135:15,16
   227:18
somewhat 202:6
   205:19
Song 204:19
sorry 28:21 57:4
   75:16 80:18 88:19
   92:23 126:8 133:7
   139:12 145:11,24
   150:19 156:20
   163:13 164:23
   173:24 193:14
   230:5 238:4
sort 13:9 60:1,13
   65:18 82:4 83:9
   83:19 85:7 93:24
   104:8 105:13
   106:20 135:8
   149:1 185:20
   193:20,23,24
   211:7
sound 12:18 25:10
   174:9 232:9
sounded 39:4
   202:23 203:7
sounding 157:23
sounds 136:24
   144:19 182:21
   200:22 202:1
   217:1
so-and-so 137:3
space 86:21,22
speak 3:3 5:2 51:15
   52:20 95:2 98:6
   118:3 131:9 192:6
speaking 52:8,9
   85:16 109:13
specialist 8:9 10:8
   10:12,16,18,24
   11:1,6,21 14:6,10
   14:14 15:4 16:7
specific 40:4 41:3
   43:3,9 45:22
   46:24 51:7 58:4
   71:12 77:22 78:20
   81:2,17 85:1
   87:21 105:17
   112:8 114:6
   117:12,16,19
   125:4 135:13
   152:12 157:15,15

176:22 179:5,10
   182:18 184:13
   185:23,24 190:20
   190:23 205:1
   207:4,7 208:12
   209:17 211:3
   212:8 213:24
   225:9 227:5,13
   232:3 234:3
specifically 32:20
   32:23,24 40:6,9
   40:18 42:21 43:2
   43:8 44:16 46:13
   46:15,18 48:15
   51:3 60:24 65:6
   73:11 77:4 80:21
   84:5,6 89:23
   92:11 101:5 102:3
   103:2 111:2
   114:14 116:2,4,19
   117:22 122:22
   123:16,23 137:13
   144:22 146:17
   161:20 165:15
   166:9 169:22
   178:6 179:6
   181:19 185:9
   189:12 192:16
   195:11 198:13
   201:17 206:20
   207:10 210:6,13
   212:19 220:19
   221:22 222:14,24
   223:10 225:13
   229:11,12 230:24
   232:6 235:16
specifics 47:21
   101:10,13,14
   150:14
speed 105:16
   122:12 127:8
spelled 64:24
spending 148:21
   199:21
spirit 115:2
spoke 97:22 109:5
   109:11,21 111:13
   118:4,12 213:18
spoken 4:21 5:1,6
   118:8,14
Squier 8:24 10:19
   11:7 13:5 16:10
   16:20 18:11 35:7
   37:7,14 44:3,6,8
   44:10,13,19 45:3
   45:6,12 46:22
   48:13,19 49:11,16

Case 1:05-cv-00891-SLR   Document 28-9   Filed 11/21/2006   Page 5 of 9

Blozis                                        v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1            C.A. # 05-891 (SLR)                         July 26, 2006
                                                                                      Page 265

50:16,23 52:2,18
91:19,24 92:24
93:19,21 94:20
95:9 113:4 116:21
119:21 120:21
Squier's 48:16 50:8
  50:13
staffed 147:17
stale 201:23 202:3,7
  202:16 203:11
stamp 240:7,9,10
  240:23
stamped 54:6,13
standard 224:22
  225:6 233:9,10,14
standing 81:12
start 7:4 18:9
  152:15 208:8
started 7:10,16
  11:21 12:11 19:19
  20:19 66:11 72:1
  106:7 134:1
  210:17 211:6
  228:4
starting 104:1
  121:1
state 65:7 97:11
  111:2 155:12
  160:24 179:9
  200:1 205:3 206:2
  206:12 208:13
  222:15 243:1
stated 45:16 78:9
  80:21,22 125:15
  138:7 144:8 158:3
  169:23 191:2
  200:16 206:2
  224:19 225:13
  229:16
statement 36:24
  129:5,13 144:19
statements 27:13
states 1:3 56:16
  58:21
stating 192:16
status 178:17
  205:13,15 210:4
stay 173:7 188:21
Stenotype 243:9
Stephanie 1:21 2:7
stepped 110:3
steps 159:10
still 2:20 9:1 10:18
  12:16 16:16 21:3
  21:17,20 24:10
  27:6 46:4 134:4
  150:6 201:16

205:19 214:24
  238:16
stock 174:20
stocks 174:19
story 93:24
Street 1:14,19,22,24
  13:22
Streets 7:12
stressed 41:11,12
stretch 227:20
strike 189:24
striking 190:5
striving 117:7
strongly 45:15 87:8
  99:2 155:14
struck 171:9 190:3
structure 40:3
structuring 16:4,4
stunned 90:1 101:6
subject 108:13
submission 152:1
submit 222:13
submitted 168:20
  168:21 222:11
  224:5,8
subordinates
  115:13 125:17
subordinate's
  115:23
subsequent 74:11
  158:14
subsequently
  188:20 211:13
  216:24
subsidiary 143:15
substance 33:5,11
  45:10 70:20,22
  225:15 236:21
substantiated 222:6
Substantively 33:6
  52:13
succession 138:23
succinct 196:7
such-and-such 5:10
  78:2
sudden 117:1
suggested 166:3
suggestions 180:16
suit 243:14
Suite 1:14,19,22
suited 73:21
summary 38:3 55:2
  55:5 69:8 220:1
summer 173:5
superior 117:18
  204:15
superiors 94:17

supervise 27:20,23
supervising 55:13
  56:22,24 66:21,24
  67:4
supervisor 68:23
  93:14 237:8
supervisors 93:10
supervisory 205:19
supplied 235:9
supplies 103:18
support 71:2 101:9
  105:18 116:24
  147:4 206:23
supporting 21:4
supposed 85:12
  204:23
sure 23:20 40:24
  47:18 49:4 53:21
  54:10 56:21 57:14
  57:18 58:12,13
  59:22 61:10 62:4
  62:7,7 64:19,22
  65:14,17 68:9
  70:4,9 75:10,17
  75:20 76:14 88:14
  88:17,20 89:3,8
  89:17 94:7 96:13
  118:5 119:2 133:6
  133:8 137:21
  141:21 142:8
  150:23 151:1
  161:5,18,19,21
  162:6 166:8,12
  167:7 169:5 172:9
  174:6,7 175:10
  180:18 182:22,23
  183:24 188:14
  190:6 191:15
  195:5 197:18
  199:14 200:5
  209:20,21,23
  219:23 222:17
  223:16,18 224:11
  225:18,20,22,23
  227:5 228:1,11
  232:8 234:1,2
  238:24
surmise 88:15
  114:22
surmised 114:20
surprised 150:11
surviving 208:24
survivor 112:10,12
  112:18,19 113:11
  113:17,19 119:8
  126:23 129:16
  209:1

suspect 176:10
suspected 112:3
switch 179:21
sworn 2:3,17 243:7
sympathetic 117:12
  117:15
synonymous 140:15
  189:4
system 174:11
  175:2 177:1,8
  178:5 180:15
  181:12,16 240:13
  240:15
systematic 116:17
systematically
  112:4
systems 177:11
  201:2
s-h-i-t 89:10

_____ T _____

T 240:4
tactics 87:14 88:3
  151:24,24
take 3:9,10 6:4 7:20
  17:17 44:21 48:6
  52:17 53:15,17,19
  54:9 56:10 59:11
  60:4 61:15,21
  72:8,12,13 79:23
  96:11 104:5
  106:18 109:14
  125:13 134:22
  145:12 149:8
  172:21 178:24
  179:18 191:23
  215:3 216:17
  221:7 228:17
taken 1:13 3:21
  4:13 48:11 53:22
  110:16 117:17
  122:1,2,14 151:4
  152:16 167:13
  183:5 188:18
  205:5 214:19,21
  217:7 243:8
taking 2:14 20:22
  60:6 75:8 89:9
  110:7 126:3 150:8
talk 7:1 45:3 51:11
  51:12 77:10 79:20
  90:1 110:10
  122:11 160:14
  217:14
talked 33:21 115:9
  129:14 204:6
  211:5

talking 34:20 41:2
  44:1 49:7,11
  70:24 108:17
  120:5 138:6
  139:24 140:21
  147:8 156:8
  160:12 173:16
  180:23 189:15
  202:5 207:23
  212:6,11 236:2
talks 61:24 142:10
  160:6
task 77:11 78:3,4
  135:9,11
tasks 104:6 135:2,3
  135:3,6 163:11
  164:7
tax 169:10
teach 104:19,19
team 11:11,13,16
  11:18,19,24 12:3
  12:4,10,14,17,23
  13:1,9 16:9,16,17
  16:18,19 18:3
  21:4,9,11,12,13
  21:14,15,15,23,24
  21:24 22:1,3,5
  24:10,21,21,23,23
  24:24 25:2,3,5,6
  28:18 29:7 30:4
  30:14 31:2,4,15
  34:5,9,13,18,20
  34:24 35:6,12
  36:5,15,20 37:1
  37:12,21 38:14,14
  40:3 41:5 42:17
  42:17 43:15,22
  46:12,21 47:3,5,7
  47:19,23,24 48:1
  48:3,18,22,24
  49:5 53:4,7 62:6
  63:11 64:7,20,22
  65:1,4 67:5 71:10
  71:11 75:5,6 77:3
  82:20 88:5 90:19
  90:21,22,24 91:19
  99:14,19 100:1,2
  101:9 105:20,21
  106:11 107:13
  112:5,6,10,24
  113:9 114:3 115:2
  116:24 119:11,11
  119:13,17,20
  120:1,2,2,9 121:5
  121:6,7,8,9,10,11
  121:13,15,16,17
  121:17,22 122:1,2

Case 1:05-cv-00891-SLR   Document 28-9   Filed 11/21/2006   Page 6 of 9

Blozis                                    v.                      Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1          C.A. # 05-891 (SLR)                         July 26, 2006

Page 266

122:7,7,13,14,14
125:20 126:2,10
127:3 128:1,3,17
129:20,23 130:6
131:15 132:6
134:1 136:22
138:8 142:4,20,21
143:1,4,22 144:3
147:17,19 148:1
148:12,12,15
150:7,9 161:7
165:21 166:7,7
167:11,14,16,18
184:1 191:9
193:20 198:9
206:5,6,23 209:1
210:19 224:2
**teammate** 133:20
**teammates** 76:1
  77:6,11
**teams** 12:12,13 40:3
  122:9 167:20
  179:10 193:21
**team-wide** 78:1
**teleconference**
  99:20 109:18
**telephone** 199:23
  201:15
**tell** 7:4 31:17 32:13
  35:14 37:15 47:21
  48:21,23 49:6
  50:23 71:5 73:20
  93:24 95:17 97:10
  99:4 112:1,7
  114:13 117:20
  123:9,13 124:15
  125:2 126:19
  150:2,14,17,21
  166:1 185:15
  192:15 235:14
**telling** 92:12,13
  116:7 214:24
**template** 82:4,5
**ten** 114:8
**tenants** 173:9,10
**term** 10:1 21:14
  75:1 88:10 112:9
  112:11,14 126:14
  126:15 130:15
  173:14 182:19
  186:18
**termed** 112:19
**termination** 214:7
**terming** 193:23
**terms** 25:12 35:18
  38:22 49:1 51:14
  59:20 61:11 62:13

66:4,8,9,14 68:23
71:19 73:8,15
77:22 78:20 84:21
86:4 87:21 90:5
90:13 91:6,11
98:20 101:10
102:23 104:20
110:7 113:14
115:10 118:6
123:16 125:4
126:5 128:6
131:24 135:24
159:10 171:19
174:5 179:3,13
189:14 201:14
209:21 213:2,16
215:20 216:22
218:19 219:2
226:7 227:7,9
**terrible** 87:22,24
**testified** 2:4 11:5
  14:4 22:7 66:4
  90:8 95:22 99:13
  127:1 132:11
  155:17 226:7
**testifying** 14:7
**testimony** 69:2
  120:11 138:10,16
  138:21 139:13
  151:7 156:12
  157:4,9 179:4
  189:19 207:19
  215:22 217:15
  218:21 226:16
  243:11
**Thank** 221:16
**their** 16:3,4 42:9
  48:8 52:5 72:14
  81:12 113:8 126:5
  131:4 171:13
  174:15 185:18
  217:16
**themselves** 106:15
**thereto** 81:22
  195:13 222:7
**thing** 8:8 51:21
  100:6,15 123:4
  124:13 140:12
**things** 49:3,6,8 51:9
  94:10 103:19
  114:10 120:6
  125:7 146:22
  147:19 174:4
  183:14 213:6
  223:12,21,24
  224:3,4 229:18,23
**think** 15:7,18 32:11

36:18 38:17 39:2
46:5 51:7 73:1
79:13 80:15 88:17
88:20,21,24 89:1
89:11,18,21 90:8
95:16 107:4
108:21 117:5
118:2 123:6
124:20 128:5
130:11 132:11
134:7 136:17
141:10 147:2
149:11 150:4
152:8,15,16
156:22 157:10
167:16 181:5
183:5 192:18
197:18 203:3
207:3 214:10,16
215:3 216:18
219:20 223:23
224:10 225:13,16
226:4,13,15 229:6
235:21 237:22
238:8,8
**thinking** 26:2
  126:16 136:24
  167:12 178:23
  185:2 189:10
  213:16
**third** 157:17 219:6
  219:24 220:5
**thirty-nine** 65:8
**Thomas** 92:3 93:21
  93:22 94:22
  107:18,20 108:12
  116:14 117:11
  237:19
**though** 185:13
  232:8 235:22
**thought** 73:9 99:4
  129:1 132:17
  136:12,19,21
  145:1 150:17
  160:23 198:3,23
  199:1 207:20
  237:9
**thousands** 176:7,7
**threatening** 87:9,11
**three** 93:22,23 94:1
  94:8,23 95:10,11
  95:13 165:20
  179:7 212:21
  237:12
**through** 6:4,5 28:15
  66:19 79:1,7
  83:20 84:1 120:13

121:1 123:4 138:3
138:12 152:16,20
190:1 196:6
207:12 215:5
218:18
**throughout** 10:1
  60:14 112:24
  174:23
**throw** 63:24 179:21
**ticklers** 213:10
**tied** 200:7
**till** 215:5
**time** 3:9,23 4:16 6:4
  7:8,18,24 8:2 9:21
  11:6,10,22,23
  12:2,11,15,16
  13:2,12,16,24
  14:11,19,22 16:16
  16:24 17:2,3,5,9
  17:17,22 18:8,21
  18:22 20:18 21:6
  22:2 23:21 24:9
  24:22 25:4,8,14
  25:16,22,24 26:3
  26:23,24 27:12,17
  27:18 28:15 29:15
  29:21,22 32:20,23
  32:24 33:2,8,10
  33:16,23 34:2
  35:6,12 36:9
  37:16,22 38:19,20
  38:23 39:13,13,22
  40:18,21 41:3
  42:11,12,15 46:9
  46:15 51:12 52:2
  55:14 56:3,7,21
  57:1,14,23 58:3,7
  58:12 59:4,11,18
  60:5,8,14,17 61:1
  61:2,2,10,14 62:4
  62:7,12 63:9,13
  64:6,19 65:2,6,14
  65:21,24 66:1,2,6
  68:3,9,19 70:9,24
  71:6,16,22,24
  72:2,19,22,24
  75:5,8,10,17,20
  76:1,14 77:1,13
  77:14,18,24 78:2
  78:7,8,11 79:1,6,8
  79:9,19,23 80:3
  81:15 83:1 84:5
  85:2 86:12 88:14
  88:17 89:8,17,23
  91:4,15,23 92:11
  92:21,22 93:16
  94:7 95:3,6 97:3

100:13 101:1,2,12
102:7,12,16,18
103:21,23,24
104:1,6 105:16
106:4,10,12
109:24 110:20
113:1,5 114:14
116:19 118:16
119:6 121:15,23
121:24 122:2,18
123:11,24 124:9
126:14,17 129:24
130:1 131:2,4,11
132:6,19 134:17
137:13,18,22
138:1,18 139:7,12
140:8,19 141:6,21
142:3,8,12 143:18
145:18 146:3,17
146:21 147:11,15
148:4,6,11,20,21
148:24 149:23
150:10,16 151:11
151:13,14,19
152:8,12,14,19
158:13,24 159:18
160:13 161:5,8,8
162:6,10,18 163:1
163:23 164:23
165:1,3,12,13,15
165:24 166:6
167:7 169:5
170:15 171:23
172:4,9 173:2,3
174:7 175:18
176:13,19 178:6
178:24 179:17
180:8,19,20
181:19 182:1,4,21
183:24 184:1,9,14
185:9,24 186:14
187:3 189:5,8,21
190:6,20 193:9,12
194:3,23 195:3
196:20 197:11,18
198:18 199:6,22
200:6,12 201:11
201:17,21 202:4,9
202:12,18,24
203:13,17 204:10
205:13 208:12
209:7,11,17,20
210:8,9,10,10,11
210:16 211:3,6
212:1,4,20 214:19
219:15,18,23
220:19 222:14,17

| | | | | |
|---|---|---|---|---|
| 223:17,19 224:11 225:20 226:24 227:5,10 228:1,3 229:11,13 230:1 230:10 231:4,15 231:16,19 234:6 234:17 237:20 238:1,24 **timely** 150:18,22 158:20,23 160:20 163:11,20 224:23 225:6 **times** 44:9 47:20 63:10 99:22 128:24 131:23 136:13 148:22 152:22 160:24 163:22 **timetable** 84:24 85:1 **timetables** 84:15 **time-locking** 77:7,7 77:9,21 78:2 **timing** 118:18 **title** 7:17 8:2,11,12 8:14 10:3,5,6,9,15 11:21 13:24 14:5 16:5 17:4,8,23 18:13 33:15 54:13 122:15 134:16 136:2 181:22 189:8 192:12 **titled** 73:22 **titles** 16:4 189:2 **today** 2:14 4:21 6:15,18 40:23 62:17,18 146:24 163:5 168:13 174:2 175:9 176:15 178:3 179:4 184:8 185:8 195:10 199:12 200:10 207:19 213:2 218:2,21 225:22,23 232:2 234:16 **together** 56:18,20 57:13,19,22 60:13 60:16 61:3 82:4 85:20 128:4 165:18,18 184:4,6 184:12 194:8 195:17 201:23 202:3,19 204:4,9 204:24 205:16 223:11 224:11 231:14 232:16,20 | **told** 84:7 93:5 97:2 114:12 116:20 141:13 166:11 196:5 209:19 216:11 **tolerance** 224:22 225:5 **tone** 87:12,16 110:23 225:15 **Tony** 93:15 **top** 13:7,8,9,9 68:1 68:11 69:7 86:18 158:10,11,15 183:4,13,22 220:9 234:18 **topics** 128:21 213:11 **total** 188:9,12 190:3 190:3 **toward** 111:18 **towards** 38:15 205:18 208:4 209:9,10,11 211:10 223:4 **town** 97:23 **track** 193:10 **trades** 72:21 **trail** 100:7 **train** 127:7 165:17 **training** 104:22,24 164:9,12,14,17 **transcribed** 243:9 **transcript** 215:12 215:24 217:4 243:11 **transcription** 243:9 **transfer** 30:13 33:9 **transferred** 20:12 20:13,17 30:3,6,9 30:11 **transition** 75:5 148:20 191:8 198:7 205:5 219:16 **transitional** 150:12 **transitioned** 226:18 226:22 **transitioning** 166:7 **transpire** 117:22 118:1 **transpired** 110:12 **treated** 50:24 51:8 142:16 143:7 **trial** 100:17 **tried** 98:9 126:1 151:19 **true** 6:21 243:11 | **trust** 1:9 7:18,21 8:7,7,8,14,14,19 9:13,20,24 10:8 10:12,16,18,23 11:1,3,6,21 12:12 13:4,5 14:6,10,13 14:18 15:4 16:7 18:17 28:2 33:7 40:3,5 41:22 42:4 42:10,20 43:4,5 43:20,23 46:23 47:1 49:24 50:14 51:13 52:3 71:1 71:22 73:13 81:13 82:19 105:5,10 106:14 122:18 125:16 138:18 139:6,10,14,18 145:21 150:7 155:24 173:18 180:8,12 189:5 **truth** 101:19 **try** 2:24 3:6 106:23 161:1 168:23 **trying** 15:18 38:6 47:12,16 49:17 71:9 72:7 74:16 95:8 112:4 130:17 148:6 205:2 210:18 224:3 **turn** 20:4 61:18 124:10 198:14 **turned** 215:22 **Turning** 17:22 **twelve** 214:23 227:20 **twenty** 100:21 **twenty-six** 27:19 **two** 1:14,19 9:17 15:16 23:18 30:5 52:3 69:21 77:19 103:12 137:10 139:21 146:22 152:17 154:21 **two-page** 153:18 218:5 222:6,8,9 222:18 **type** 59:3 73:18 128:17 157:22 203:9 218:9 234:22 **typed** 59:4 **typewritten** 218:4 221:3,8 **typically** 171:11 227:16 **typing** 59:20 | **U** **ultimate** 141:18 175:7 181:13 **ultimately** 67:3 123:6 138:17 141:9 175:3 191:7 196:9 **unaware** 146:9 **unbearable** 32:3,12 **unbeknownst** 114:10 **unclear** 238:16 **uncooperative** 161:2 **under** 2:18 11:19 25:19 48:18 69:7 70:8 75:22 77:9 119:18,19 120:2,2 134:4 141:17 143:4 181:21 189:7 220:1 228:22 237:10 243:10 **underneath** 59:8 68:15 108:24 220:13 **understand** 2:22 3:1,4 4:22 9:9,23 15:5,12,17 23:12 27:11,22 31:19 32:6 36:22 38:17 40:24 47:18 49:4 59:21 70:8 74:17 75:7 84:17 91:13 95:8 96:2 98:20 100:11 102:9,14 115:3 123:17 125:7 126:18 128:6 129:10 135:10 146:19 153:17 156:12 157:4 174:12 177:12,18 180:1 181:9 189:10 191:14 192:24 208:20 210:11 216:10 230:15 233:20 **understanding** 70:13 85:14 88:12 106:11 140:14 141:17 146:4 151:18 157:12 163:2 170:11 187:1 192:18 196:2 | **understood** 3:7 31:15 39:3 88:6 91:22 156:22 **undeserving** 128:9 128:11 **unfortunately** 90:20 **unfounded** 206:1 **unfoundedly** 205:21,21,24 **ungentlemanly** 230:12 **unhappy** 78:9 **UNITED** 1:3 **unjustly** 158:6 **unprofessional** 44:12 49:13 51:1 87:15 110:24 239:5 **unprofessionalism** 230:12 **unprofessionally** 80:8 **unrealistic** 37:21 38:9 39:17 **unreasonable** 110:17 **unredacted** 183:3,4 **unresolved** 161:10 **unshaded** 233:10 **unskilled** 124:10 **unsuccessful** 155:16 156:5 **until** 3:13 14:21 20:12 21:23 33:9 33:16 81:15 97:5 103:24 104:12 106:3 110:18 115:3 146:4 172:16,16 189:8 **unwarranted** 50:15 50:18 151:18 **update** 98:24 174:21 **upgrade** 15:7 **upkeep** 106:15 **upkeeping** 103:17 **upmost** 159:1 **upper** 54:20 228:20 **upset** 83:16 87:19 88:1 89:14 110:12 110:22 114:15 152:9,13 202:10 **use** 8:12 31:23 32:8 47:5,13,19 51:5,7 87:4 90:11 99:15 111:23 112:11 |

Case 1:05-cv-00891-SLR    Document 28-9    Filed 11/21/2006    Page 8 of 9

Blozis                                                v.                          Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1                     C.A. # 05-891 (SLR)                          July 26, 2006

Page 269

| | | | | |
|---|---|---|---|---|
| **Wilson** 1:21 2:6,8 5:21 6:1,9,14 24:4 24:5 29:1,8 31:7 31:12 53:21,23 54:3 63:1,6 67:10 67:14 74:1,8 87:1 95:19,21 96:11,18 107:23 108:2 119:3,7 133:1 151:5 153:4,9 154:15,19 167:5 168:4,7 173:22 177:24 183:4,10 185:7 195:9 199:3 199:11 214:3,11 214:15 215:7 216:7,20 217:8,13 221:12,16,19 228:16 231:22 234:15 239:8,11 240:3 **winter** 150:1 **witness** 6:13 12:24 31:11 44:9,11 49:12 53:17 63:4 73:23 74:5 119:6 166:22 167:1 177:22 183:9 185:6 195:8 199:6 199:10 217:11 221:17 227:2 228:15 234:14 243:12 **witnessed** 44:12,15 49:13,17 **woman** 90:2 113:2 113:4,7 116:6 127:9 144:11,12 144:23 145:14 **women** 94:13 133:22 134:3,3,22 135:18 136:4,23 209:13,22 210:1,3 226:13 **wondering** 77:21 **word** 41:1 51:4 89:10 93:9 96:3 116:2 117:2 132:7 133:16 208:24 **words** 10:13 31:24 32:9,16 42:23,24 46:9 48:14 50:20 76:10 87:7,13 89:3 95:23 96:1 103:4 111:18,23 112:8 116:9,15 127:19 129:1 | 145:16 149:21 157:3 209:24 **work** 20:5,15 23:21 23:23,24 24:2 27:24 34:12,19 35:1,4 37:21 38:8 38:12,14,23 39:11 39:17 40:12,16 41:7,15,18,21,22 42:14 43:7,17,20 44:14 45:17,20,23 46:19 47:5 48:8,9 48:10,14,16,16 49:2,14 56:17 63:11 66:9,14 73:12 74:12,16 78:16,23 79:3,15 80:9 84:6 85:23 85:24 87:9 101:3 101:6,10,19 103:20 104:9,16 104:21 105:10,22 106:11 107:11 114:24 115:4,5,7 115:17,21 116:24 116:24 117:7 122:5 123:5,19,22 127:6,8,14,22 128:16 135:4,15 135:20,21,24 136:22 143:13 145:7,22 146:2,6 150:10,12 152:5 152:22 157:22 165:16 166:2 191:19 197:16 208:21 216:10,21 220:17 224:2 229:10 230:4 231:17 232:21 **worked** 3:13 19:17 20:3,4 25:19 33:6 71:16 107:13 152:7,19 173:4 208:14 **worker** 138:16 140:6 142:2 **workers** 36:14,20 37:1 120:9,14 126:22 129:17,17 130:9,13,18,22 131:3 138:7 226:7 **working** 2:12 20:22 23:4 48:3 57:10 61:3 78:19 92:19 92:20 119:18,19 126:2 128:4,15 | 133:19 150:2 165:22 171:13 173:12 180:20 182:15 184:14 204:13,17 205:4 206:7 211:6 **workload** 32:3,11 32:19 38:16,21 43:14,15 45:6,13 45:14 75:4 104:21 **workloads** 49:24 **works** 175:5 **work-related** 38:19 39:6 **worth** 161:16,17,21 **worthy** 73:13 **wouldn't** 38:21,22 39:23 52:24 63:10 95:3 110:20 130:15,16 135:17 136:6 147:18 183:21 186:1 189:22 213:14 227:18 **wrapping** 206:3,4 **write** 213:2 237:16 **writing** 54:23 100:7 100:16 **written** 118:23 124:12 176:14 181:22 182:11,13 183:14 200:13 214:5 228:9 229:3 230:19 231:1 232:8 235:18 238:13,18 **wrong** 34:21 136:17 177:6,13 184:16 191:20,21 **wrote** 58:6 176:13 233:22 **www.wilfet.com** 1:25 <hr> **X** <hr> **X** 84:19 107:12 125:6 132:3 240:1 240:4 <hr> **Y** <hr> **Y** 19:16 107:12 **yeah** 136:21 169:1 193:6 **year** 19:13 44:19 64:1 65:4 85:11 149:15 162:14 210:10 | **yearly** 29:17,18 227:15 **years** 29:19 33:7 44:17 63:19 91:20 116:5 123:19 125:6 130:1 164:2 208:14 210:5 **year-end** 68:6 69:17 75:21 **yesterday** 216:8 **yielded** 160:8 **young** 204:17 **younger** 36:6,15,21 37:1 52:21,22 53:3 101:16 102:1 102:4,8,10,17 120:9 124:10 125:19 126:2,9,14 126:15 127:4,17 129:17,22 130:18 130:20 131:3 138:8,11 142:16 **youth** 102:24 <hr> **Z** <hr> **Z** 19:16,17 **zero** 224:22 225:5 <hr> **$** <hr> **$2,000** 64:14 **$27,000** 27:19 **$5** 187:10 <hr> **0** <hr> **007** 178:21 **02** 142:10,11,22,22 149:12 225:17,19 **025** 182:3 **026** 181:22 **03** 25:9 26:24 85:8 108:20 112:16 122:16 146:8,16 197:23 198:2 214:4 217:20 222:10 225:16 226:1,17 228:3,19 229:3,8,9 230:3,3 230:6,6 231:5,15 231:16 **05-891** 1:8 **08543-7839** 1:23 <hr> **1** <hr> **1** 5:22,23 6:3,20 80:11 240:6 **1st** 109:6 217:20 **1's** 190:2 | **1-31-03** 219:8 **1/00** 58:24 60:6 **1/27/03** 218:12,14 **1:15** 96:14 **1:50** 96:17 **10** 69:19 75:22 120:24 185:4,6,11 189:18,19 198:14 201:4 240:17 **10th** 3:19 7:11 9:1,5 9:11 12:16 13:17 **10:05** 1:15 **100-RPR** 243:17 **107** 240:9 **11** 195:6 197:13 222:10 240:19 **12** 199:8,10,12 200:10,16 214:21 240:20 **12:00** 77:14 **13** 217:9,14,24 218:2,4,13,23 219:20 225:24 240:21 **1330** 1:24 **136** 1:22 **14** 228:13,15 230:14 230:17 235:17 236:1,21 237:12 237:19,23 238:2,9 240:23 241:4 **15** 231:20,23 232:2 232:11 241:2 **153** 240:10 **16** 234:12,14,16,24 241:3 **168** 240:12 **17** 61:18,21 **173** 240:13 **177** 240:15 **18** 64:9 65:3 **182** 240:16 **185** 240:18 **19** 25:9 65:7 228:10 228:19 229:3 231:5 240:12 **19th** 229:8 230:3,6 231:16 **1945** 3:19 **195** 240:19 **1980** 1:19,24 **1988** 172:24 **199** 240:20 **1990** 4:7 7:6,10,17 28:10,11 **1990's** 28:12,14,15 28:16 30:10 45:2 |

Case 1:05-cv-00891-SLR   Document 28-9   Filed 11/21/2006   Page 9 of 9

Blozis                                v.                    Mellon Trust of Delaware, et al.
Linda J. Blozis, Volume 1         C.A. # 05-891 (SLR)                July 26, 2006
Page 270

**1994** 8:17
**1997** 10:17
**1999** 16:16,18 17:5
    17:9,16,24 18:10
    18:13,20,24 19:4
    19:9,11 63:19
    78:7 79:1 189:8

**· 2 ·**
**2** 26:19 53:24 54:1,5
    54:13 85:8 240:3
    240:7
**2's** 188:9,12 189:20
    189:24 190:2
**2-11-03** 219:9,11
**20** 26:6
**20/80** 26:8
**2000** 44:24 60:7,10
    62:1,6,8,10,13
**2000's** 30:5,6 44:24
**2001** 9:7 20:16 57:1
    57:5 62:1,6,23
    64:15,18,21,24
    65:3 68:6 69:17
    75:8,22 78:7 79:1
    79:8
**2001-2002** 21:5,11
    22:2,5,16
**2002** 9:7 20:16 23:7
    23:9 25:4 64:14
    64:21 65:5,8 75:9
    106:5 149:1,1,15
    149:18,19,22
    150:1,4 153:24
    164:20 193:11,12
    193:17 240:12,20
**2003** 15:1 17:16
    18:1 24:9 26:3,11
    26:17 27:13 28:15
    54:21 55:3,15,17
    55:21 63:19 65:5
    79:23 80:15 100:4
    102:16 103:21
    109:6 121:20
    152:19 228:10
    241:4
**2006** 1:15 243:6
**2008** 243:18
**217** 240:22
**22** 142:10,16 143:10
**228** 240:23
**231** 241:2
**234** 241:4
**242** 241:5
**243** 241:6
**25** 80:11 81:6 87:8
**25.03** 233:3,21

**250** 1:22
**26** 1:15 80:11 81:6
    89:4 243:6
**27** 85:7 107:17
    197:23 226:1,17
**27th** 225:16
**28** 107:17 111:14,16

**· 3 ·**
**3** 67:12,16,20 68:21
    69:5 240:8
**3-30-01** 56:17
**30th** 108:20 111:5
    112:16 126:13
    146:16 147:6
    151:7 159:23
**30-minute** 96:11
**302** 1:14,19,25
**31** 243:18
**36,000** 65:8
**39,800** 25:12

**· 4 ·**
**4** 107:24 108:4,7
    109:9 213:17
    240:9
**40** 52:21,22 53:3
    113:3,6,7,15,22
    116:16 124:5
    143:4
**400,000** 196:23
**401(k)** 26:10 27:1
    27:14,16

**· 5 ·**
**5** 26:19 61:19 69:21
    70:12 75:22 153:7
    153:11 178:9,18
    240:6,10
**5,000** 64:1,1
**5:00** 152:24 153:1
**500** 179:8
**53** 121:1
**53a** 121:1
**54** 240:7
**55** 36:12
**56a** 138:3,12,14
**58** 36:12

**· 6 ·**
**6** 80:11 168:5,9,12
    171:24 172:1
    233:21,24 240:11
**6:00** 214:1
**60** 113:2
**655-0477** 1:25
**67** 240:8

**· 7 ·**
**7** 142:11,22 173:20
    174:2 240:13
**7th** 1:14,19
**7:00** 215:5 216:17
    239:8,14

**· 8 ·**
**8** 68:10,11 69:7
    153:24 177:20
    178:3 179:3
    181:21 240:14
**8th** 159:15 161:6
    163:19 166:16
**8:00** 152:24
**8:30** 153:1
**80** 26:6
**800,000** 196:22
    197:4

**· 9 ·**
**9** 120:24 166:14
    182:24 183:13,23
    240:16,20
**9th** 199:21
**9:00** 77:14
**90** 53:15
**95** 8:17 9:21 157:13
    157:19
**97-98** 11:22 13:12
    14:11
**98** 10:17 14:3
**99** 14:3 79:7
**99-2001** 79:19