UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

## ORDER

This matter having come before the Court on emergent application by Defendants, Mellon Trust of Delaware National Association, Mellon Bank National Association and Mellon Financial Corporation for an Order seeking to compel Plaintiff to appear for a deposition in person on December 2, 3006 and Plaintiff having filed a Motion for a Protective Order seeking to limit Defendants to one additional day of deposition by telephone and seeking attorneys' fees; and Defendants having filed an Answering Brief in Opposition to Plaintiff's Motion for a Protective Order seeking to dismiss Plaintiff's Motion in its entirety and seeking their attorneys' fees and costs;

IT IS on this _____ day of _____, 2006

**ORDERED** that Defendants' emergent application for an Order compelling Plaintiff to appear for a deposition in person on December 2, 2006 be and hereby is granted; and

**IT IS FURTHER ORDERED** that Defendants' application for attorneys' fees be and hereby is granted; and

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Protective Order, inclusive of attorneys' fees and costs, be and hereby is denied in its entirety.

_____
Chief Judge, United States District Court