# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | : |
| **LINDA J. BLOZIS** | : **CIVIL ACTION NO. 05-891 (SLR)** |
| **Plaintiff,** | : |
| **vs.** | : |
| **MELLON TRUST OF DELAWARE,** | : |
| **NATIONAL ASSOCIATION; MELLON** | |
| **BANK, NATIONAL ASSOCIATION;** | : |
| **MELLON FINANCIAL CORPORATION,** | |
| | : |
| **Defendants.** | : |
| | : |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify

that on this 21st day of November 2006, I caused a true and correct copy of *Defendants'*

*Opposition to Plaintiff's Motion for a Protective Order, Declaration of Stephanie Wilson with*

*Exhibit and Proposed Order* to be served upon the parties listed below, via Hand Delivery:

### VIA HAND DELIVERY
John M. LaRosa, Esq. (Bar No. 4275)
Thomas S. Neuberger, Esq. (Bar No. 243)
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
(Attorneys for Plaintiff)

By:    /s/ Thad J. Bracegirdle
Thad J. Bracegirdle, Esq. (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302)778-7500
Facsimile: (302) 778-7575
E-mail: tbracegirdle@reedsmith.com

Attorneys for Defendants, Mellon Trust
of Delaware National Association,
Mellon Bank, National Association
And Mellon Financial Corporation

Dated: November 21, 2006