IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA J. BLOZIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO.** 05-891 SLR |
| : | |
| **MELLON TRUST OF DELAWARE, NATIONAL** : | |
| **ASSOCIATION**, a Pennsylvania corporation; : | |
| **MELLON BANK, NATIONAL ASSOCIATION,** : | |
| (formerly MELLON BANK (DE) NATIONAL : | |
| ASSOCIATION), a Pennsylvania corporation; and : | |
| **MELLON FINANCIAL CORPORATION,** a : | |
| Pennsylvania corporation, : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION**

TO:   Thad Bracegirdle, Esquire
       Reed Smith LLP
       1201 Market Street-Suite 1500
       Wilmington, DE 19801

PLEASE TAKE NOTICE that counsel for Plaintiff Linda J. Blozis will take the depositions of the below named individuals at Two East Seventh Street, Suite 302, Wilmington, Delaware 19801-3707, at the dates and times indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| Ms. Rosemary Thomas | Tuesday, December 19, 2006 | 9:30 a.m. |
| Mr. Brendan Gilmore | Tuesday, December 19, 2006 | 1:30 p.m. |
| Mr. William Becker | Thursday, December 21, 2006 | 9:30 a.m. |
| Mr. Gregg Landis | Thursday, December 21, 2006 | 1:00 p.m. |
| Ms. Maria Dunlop | Thursday, December 21, 2006 | 3:30 p.m. |

1

**THE NEUBERGER FIRM, P.A.**
Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com

**LAW OFFICE OF JOHN M. LaROSA**
/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: November 22, 2006          Attorneys for Plaintiff Linda J. Blozis

## CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on November 22, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** to be sent Via CM/ECF and Electronic Mail to the following:

>Thad Bracegirdle, Esquire
>Reed Smith LLP
>1201 Market Street-Suite 1500
>Wilmington, DE 19801
>
>John C. Unkovic, Esquire
>Reed Smith LLP
>435 Sixth Avenue
>Pittsburgh, PA 15219
>
>Sherri Affrunti, Esquire
>Stephanie Wilson, Esquire
>Reed Smith LLP
>136 Main Street
>Princeton, NJ 08540

>/s/ John M. LaRosa
>**JOHN M. LaROSA, ESQUIRE (# 4275)**

cc:   Ms. Linda J. Blozis. (via U.S. mail)

Attorney Files/John's Files/Client Files/Blozis/Pleadings/Notice of Depositions