UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS<br><br>Plaintiff,<br><br>vs.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION<br><br>Defendant. | CIVIL ACTION NO. 05-891<br><br><br><br>CERTIFICATE OF SERVICE |

## NOTICE OF SERVICE

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on December 13, 2006, I caused two (2) copies of Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents Directed to Defendants and this **Notice of Service** to be sent to the following *via* federal express:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

And

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

_____
Thad J. Bracegirdle