## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-891-SLR |
| MELLON TRUST OF DELAWARE, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, March 1, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE