UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants hereby move for summary judgment on the grounds set forth in the supporting memorandum filed herewith.

REED SMITH LLP

By:  /s/ Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302)778-7500
Facsimile: (302) 778-7575
E-mail: tbracegirdle@reedsmith.com

John Unkovic (admitted *pro hac vice*)
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131

Stephanie Wilson (admitted *pro hac vice*)
Sherri A. Affrunti (admitted *pro hac vice*)
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
(609) 987-0050

Attorneys for Defendants, Mellon Trust
of Delaware National Association,
Mellon Bank, National Association
And Mellon Financial Corporation

Dated: March 1, 2007

WILLIB-52501.1-TJBRACEG