# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) | |
| Plaintiff, | : | |
| vs. | : | **DECLARATION OF** |
| | | **WILLIAM S. BECKER** |
| MELLON TRUST OF DELAWARE, | : | |
| NATIONAL ASSOCIATION; MELLON | | |
| BANK, NATIONAL ASSOCIATION; | : | |
| MELLON FINANCIAL CORPORATION, | | |
| | : | |
| Defendants. | | |
| | : | |

I, William S. Becker, of full age, hereby certify and declare as follows based upon my own personal knowledge and information.

1.    I began working for Mellon in September 1998 as a Portfolio Manager/Vice President in the Private Asset Management Group in Delaware.  I am currently employed as Senior Director, First Vice President for Mellon and have worked in this position since approximately June 2006.  I have been authorized by Mellon to make this declaration in support of its Motion for Summary judgment above-captioned matter.

2.    From approximately September 1998 through December 2002, Ms. Blozis reported to me.  Ms. Blozis held the position of Portfolio Administrator.

3.    Ms. Blozis' duties were to assist me with my client accounts.  However, during the late 1990s or early 2000s, Portfolio Administrators were expected to do more sophisticated type of work than had been required previously.  It was my overall

impression that Ms. Blozis would be unable to satisfy the heightened requirements for the position because she was frequently making basic and elementary mistakes.

4.    As her supervisor, I reviewed Ms. Blozis' work and make comments on the work she prepared for me so that I could keep track of her performance as well as use it as a teaching tool.  In my role, I was personally aware of Ms. Blozis' performance and I made her aware of my concerns.

**Performance Issues**

5.    One of the performance problems that Ms. Blozis had was failure to complete projects on a timely basis.  As an example, on an e-mail that Ms. Blozis sent to another employee dated November 19, 2002 I noted that Ms. Blozis had this assignment since mid October and that the assignment still had not been completed.  A true and complete copy of the November 19, 2002 e-mail with my notes is attached hereto as **Exhibit 1**.

6.    Ms. Blozis' job also included imputing information on the Automated Investment Review System forms.  Ms. Blozis would often put improper information on these forms.  I would note the problems on the forms and ask her to revise.  Ms. Blozis' mistakes on the forms showed a lack of understanding of the work that she was doing. True and complete copies of the Forms with my notes are attached hereto as **Exhibit 2**.

7.    I had similar problems with Ms. Blozis' completion of a Security Risk of Holders form where she took a significant amount of time to finish the work, but it had been done incorrectly.  A true and complete copy of the Form with my notes are attached hereto as **Exhibit 3**.

- 2 -

8.      Additionally, there were issues with Ms. Blozis' inattentiveness to detail and failure to follow instructions.  For example, on a Single Bond Buy form, Ms. Blozis entered $800,000.00 par value when it should have been $400,000.00 and on a Notification of Account overdraft dated December 9, 2002 Ms. Blozis would have noticed her error if she had double checked the information.  True and complete copies of the Single Bond Pay Form with my notes are attached hereto as **Exhibit 4**.

9.      There were numerous times where I had to revise information that Ms. Blozis placed on a client Asset Risk Profile Questionnaires.  This information was basic to her job functions and should have been performed correctly.  True and complete copies of the Questionnaires with my revisions are attached hereto as **Exhibit 5**.

10.      Similarly, Ms. Blozis would improperly complete the Single Equity Sell Sheets and I would have to correct them.  Again, proper completion of these sheets were basic to her job duties.  True and complete copies of the sheets are attached hereto as **Exhibit 6**.

11.      Ms. Blozis would not anticipate client information that I would need to properly service an account.  For example, on an e-mail dated December 6, 2002 Ms. Blozis did not provide me with the proper information and I had to inquire about proper follow-up.  A true and complete copy of the December 6 e-mail with my notes is attached hereto as **Exhibit 7**.

12.      Ms. Blozis would also provide inaccurate information on the Automated Investment Review System forms.  The errors on the forms reflected an inattentiveness to detail and a lack of understanding of her job.  True and complete copies of the forms with my notes are attached as **Exhibit 8**.

- 3 -

13.    On October 8, 2002, I had an e-mail exchange with Ms. Blozis concerning her failure to provide information in a timely manner.  In her response to me on October 9, 2002, Ms. Blozis stated, "I apologize for my own delay in completing it in a more timely manner."  A true and complete copy of the e-mail chain is attached hereto as **Exhibit 9**.

14.    Ms. Blozis continued with her untimely completion of projects.  On November 19, 2002, Ms. Blozis still had not completed a project I had given her in mid-October.  A true and complete copy of the November 19 e-mail with my notes is attached hereto as **Exhibit 10**.

15.    I would consistently have to provide Ms. Blozis with guidance on how to properly provide certain information, such as a summary of assets, for customer accounts.  This is something that she should have been able to do on her own.  A true and complete copy of the Summary of Assets form that was priced as of November 11, 2002 with my revisions is attached hereto as **Exhibit 11**.

16.    Additionally, Ms. Blozis failed to follow my instructions and would send information to the wrong person as reflected on an e-mail dated December 6, 2002 with my notes.  A true and complete copy of the e-mail with my notes is attached hereto as **Exhibit 12**.

17.    Because of the continuous nature of Ms. Blozis' performance issues, on December 4, 2002, I sought assistance from Ms. Rosemary Thomas, the human resources coordinator assigned to our group.  In my December 4 e-mail, I stated that I had to start a file on Ms. Blozis because she had been consistently missing deadlines and projects over the past year and the quality of her work was poor.  I felt that

- 4 -

commencing corrective action was necessary because I had been doing Ms. Blozis' job for the past four years.  A true and complete copy of my December 4 e-mail is attached hereto as **Exhibit 13**.

18.     Ms. Thomas and I talked about Ms. Blozis' continuing performance problems that persisted despite my counseling.  We decided that Ms. Blozis should be placed on a corrective action plan.  We discussed the process and timing of placing Ms. Blozis on a corrective action plan and decided since Ms. Blozis' 2002 performance evaluation was scheduled to be performed in early 2003, we would place Ms. Blozis on a corrective action plan during her 2002 appraisal.  Her 2002 appraisal would constitute her Initial Written Warning.

19.     Ms. Blozis received an Action Needed on her 2002 performance evaluation, which was given in February 2003.

20.     During the time that I have been employed by Mellon, I have not made any inappropriate remarks to any employees, including Ms. Blozis, relating to age or sex.

- 5 -

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury of the laws of the United States of America that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

William S. Becker

Dated: February 2-1 , 2007

- 6 -

A-112

# EXHIBIT 1
# To
# EXHIBIT D

*T* 12/2/02

**Blozis Linda J**

From:
Sent:
To:
Subject:

Blozis Linda J
Tuesday, November 19, 2002 9:19 AM
Peters Walter G

this is another account I inherited w/o proper tax cost info. Here's what I need:

6750 shs of the Dreyfus Growth Opportunity fund;  cusip 262901101 is listd as Unknow Tax Cost; 10/18/99 and also 10/19/99.  There's nothing currently in the file to substantiate this further.

7,666.793 shs of the Dreyfus S&P 500 Index fund;  cusip 26200Q105;  Unknown tax cost; acquisition date 10/18/99 and 0/19/99.

269.469 shs of the same fund with same acquisition dates.

is okay with you now, and I'll appreciate any help you can give.

*Gregg - Here are #'s from Dreyfus re: ▮▮▮▮▮ Hedge.*
*You can do your calculations now.*
*LB - follow - thru on*

*LB didn't try. Gave to GL to do.*
*Same scenario as ▮▮▮▮▮.*
*Months and still undone. Instruction given to do this Mid October*
*BB*

A-113                    1

DEPOSITION
EXHIBIT
Blozis 6
7-2606KF

# EXHIBIT 2
# To
# EXHIBIT D

DEPOSITION
EXHIBIT
B1021.5
72e.0696
PENGAD 800-631-6989

LB — Inconsistent
with holdings.
light in amoddy
N003 in manages
and mixture funds.

130

PAGE: 555
DATE: 11/09/200
TIME: 03:46:00

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

INVESTMENT REVIEW FOR:
ACCOUNT NUMBER:
AS OF 11/12/2002

REVIEW STATUS: ANNUAL

DATE OF LAST IRC REVIEW: 11/10/2001
INVESTMENT AUTHORITY : 062

REPORT NAME: SHRUBA
REPORT TITLE: ACCOUNT REVIEW FORM

REVIEW RESULTS
INVESTMENT OFFICER : 0203  WILLIAM S. BECKER
ADMINISTRATIVE OFFICER: 0200  GREGO L LANDIS

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE  009 BALANCED W/PRM BALANCED FUND

| | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|
| | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: | .00 | 15.00 | .00 | 20.00 | 80.00 | 100.00 |
| ASSET MIX: | 2.20 | | 35.32 | | 62.46 | |
| DIFFERENCE: | WITHIN RANGE | | 15.3% OVER MAX | | 17.5% BELOW MIN | |

REGULATION 9

ASSETS IDENTIFIED
------ NONE ------

RELATED EXPLANATIONS
------ NONE ------

INVESTMENT POLICY

026  302  IMPROPER ASSET ALLOCATION MIX FOR CLIENT OBJECTIVE

ITEMS IDENTIFIED
RELATED EXPLANATIONS



DEPOSITION
EXHIBIT
Blozis 8
7866104W
PENGAD 800-631-6989

REPORT NAME: IRN02A
REPORT TITLE: ACCOUNT REVIEW FORM

PAGE: 551
DATE: 11/09/2001
TIME: 03:48:00

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

INVESTMENT REVIEW FOR:

AS OF 11/12/2002

REVIEW RESULTS                          REVIEW STATUS: ANNUAL

INVESTMENT OFFICER    : 0201  WILLIAM S. BECKER        DATE OF LAST IRC REVIEW: 12/15/2001
ADMINISTRATIVE OFFICER: 0200  GREGG L. LANDIS          INVESTMENT AUTHORITY  : 002

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE  007 GROWTH

|  | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|
|  | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: | .00 | 15.00 | 20.00 | 40.00 | 60.00 | 80.00 |
| ASSET MIX: | .04 | | 51.91 | | 48.04 | |
| DIFFERENCE: | WITHIN RANGE | | 11.9% OVER MAX | | 12.0% BELOW MIN | |

REGULATION 9

ASSETS IDENTIFIED
------
NONE
------

RELATED EXPLANATIONS
------
NONE
------

INVESTMENT POLICY

026   302  IMPROPER ASSET ALLOCATION MIX FOR CLIENT OBJECTIVE
022   308  FIXED INCOME ASSET NOT IN BOND LIST

ITEMS IDENTIFIED
------
RELATED EXPLANATIONS
------

[handwritten] Recs to "5"
Balanced Growth B3

[handwritten] Dreyfus IG mini funds;
bargain individual JT bonds

A-115

# EXHIBIT 3
# To
# EXHIBIT D

DEPOSITION
EXHIBIT
B1021S
72l6-Olakt
PENGAD 800-631-6989

*Selling from Lg C Select model*

*Not On Model*

*Months and Months.*

*Project :*
*All BB accounts in*
*model; listing of*
*restrictions, if*
*applicable*

ADM   PG   2
11/19/02 11:24

| WHOLESALE TRUST | SECURITY LIST OF HOLDERS | | TRADE DATE BASIS | | |
|---|---|---|---|---|---|
| | TICKER: XOM | | CUSIP: 30231G102 | | |
| | ISIN: | | | | |
| ACCOUNT # | SHARES/PV | MARKET VALUE | FED TAX COST | UNREAL G/L | S/E |
| | 340.0000 | 11,889.80 | 14,079.21 | -2,189*1 | 200 IM: 201 |
| | CNCL CAP END—TR MGD:YES AU: | 3 | OBJ: 1 ADM: | | |
| | 140.0000 | 4,895.80 | 6,097.70 | -1,202*1 | 200 IM: 201 |
| | CNCL OP END—TR MGD:YES AU: | 3 | OBJ: 5 ADM: | | |
| | 170.0000 | 5,944.90 | 7,088.94 | -1,144 1 | 200 IM: 201 |
| | MGD:YES AU: | 3 | OBJ: 4 ADM: | | |
| | 228.0000 | 7,973.16 | 5,613.38 | 2,360 1 | 200 IM: 201 |
| | MGD:YES AU: | 3 | OBJ: 6 ADM: | | |
| | 390.0000 | 13,638.30 | 16,880.90 | -3,243 1 | 200 IM: 201 |
| | MGD:YES AU: | 3 | OBJ: 3 ADM: | | |
| | | 671,424.00 | 46,873.50 | 624,551 1 | 200 IM: 201 |
| | MGD:YES AU: | 5 | OBJ: 1 ADM: | | |
| | 9,441.90 | 9,263.70 | 178 1 | 200 IM: 201 | |
| | MGD:YES AU: | 3 | OBJ: 1 ADM: | | |
| | 97,916.00 | 42,186.56 | 55,729 1 | 200 IM: 201 | |
| | MGD:YES AU: | 2 | OBJ: 1 ADM: | | |
| | 1,200.0000 | 111,904.00 | 13,037.50 | 98,867 1 | 200 IM: 201 |
| | END—TR JR MGD:YES AU: | 2 | OBJ: 1 ADM: | | |
| | 34,970.00 | 43,975.00 | -9,005 1 | 200 IM: 201 | |
| | MGD:YES AU: | 2 | OBJ: 10 ADM: | | |
| | 3,497.00 | 3,497.00 | 0.12 | 3,497 1 | 200 IM: 201 |
| | MGD:YES AU: | 2 | OBJ: 8 ADM: | | |
| | 3,497.00 | 53.15 | 3,444 1 | 200 IM: 201 | |
| | MGD:YES AU: | 2 | OBJ: 8 ADM: | | |
| | 180.0000 | 6,294.60 | 7,468.20 | -1,174 1 | 200 IM: 201 |
| | MGD:YES AU: | | OBJ: 1 ADM: | | |
| | 1,139.0000 | | | | |

A-116