# EXHIBIT 4

# To

# EXHIBIT D

```
  TRUST 3000 SYSTEM                                  12/02/02 16:45:58
                 ESBB - SINGLE BOND BUY   Attention to detail  SCREEN 1 OF 3

 ORIGINATOR: 200      ORIG TYPE: AD   AUTH INITIALS:       MEMO: N
           : GREGG L LANDIS                          FUNDS AVAIL: 12/2/02
                     GOOD THRU: OPEN
    ASSET ID: NON-SPECIFIC     : NON-SPECIFIC BOND
 ASSET CLASS: 16                : U.S. TREASURY BILLS

   PAR VALUE: 800,000.                   ESTIMATED VALUE: 800,000.00
   ORIG FACE:                              DENOMINATIONS:
                              P#: 1       :
    LOCATION:
 REGISTRATION:
    DIRECTED: N
      BROKER:
  DISCRETION: M                (M) MUST USE (U) USE IF THINGS EQUAL
   REQUESTOR:
 REQUEST DATE: 12/2/02
 REQUEST FORM: O                (L) LETTER (T) TELEPHONE (O) OTHER
 ORDER NUMBER 303201 ADDED AT 16:45:58 ON 12/2/02 - WAUT

   F1-HELP  F2-HINT  F3-CANCEL  F5-TOP  F6-BOT  F7-BACK  F8-FWD  F10-BACKHALF
```

[Handwritten note with arrow pointing to PAR VALUE: "Should be $400,000. per attached  BB"]

A-117

DEPOSITION EXHIBIT Blozis 11  7-26-06 KF

**Becker William S**

| | |
|---|---|
| From: | Blozis Linda J |
| Sent: | Monday, December 09, 2002 9:49 AM |
| To: | Becker William S |
| Subject: | FW: NOTIFICATION OF ACCOUNT OVERDRAFT FOR 108407MY134 |

FYI. This is the first I've seen the notification, or I would have addressed it on the 5th.

Re-checking the investment directions:
1: Sweep was changed to MMDANR
2. all Lg Cap sold +$345,684
3. $55K sold of Mid cap
4. $65K Sm cap bought
5. $75K Int'l bought
6. $50K Emerging Mkts bought
7. $650K of Model bought *
There was only $67K in cash, hence an over-buy of the model. I'll need to report as over investment by manager. Fredric says this notice will be sent again today since it wasn't answered last week. Pls confirm if you want to sell out of model to cover.

-----Original Message-----
From: Levine Fredric I
Sent: Monday, December 09, 2002 8:51 AM
To: Blozis Linda J
Subject: FW: NOTIFICATION OF ACCOUNT OVERDRAFT FOR 108407MY134

Sorry I didn't see the out of office message until this morning.

-----Original Message-----
From: Overdraft
Sent: Friday, December 06, 2002 8:48 AM
To: Becker William S
Subject: NOTIFICATION OF ACCOUNT OVERDRAFT FOR 108407MY134

You are receiving this notification because one of your accounts had an Overdraft greater than $250,000 at the end of the previous business day. You have been asked to address this overdraft on the attached memo.

Instructions:

1. Open the attached MS Word Document.

2. Select one (1) box in Section 1.

    Note: If you selected the second box, you must move to Section 2 & Select an appropriate response.

4. Please add appropriate information if you select an option that prompts you (i.e. Account #).

5. Save the MS Word Document you are working in.

6. Click back to the original email you received, Go File => Save (this saves your changes).

7. Forward the original email with your changes back to 'OVERDRAFT'.

    Note: Please make sure your changes have been included BEFORE you hit send.



Account Overdraft ver 070302.d...

Attention to detail
Written instructions were not followed. Linda added 650K to a model; The A/c wasn't in a model.
Order was to have 650K in model; 300K from existing stock reallocation
O/D $300K

No double-checking; pending would have picked this up. DB

A-118

1



DEPOSITION EXHIBIT
Blozis 12
7-26-06 KP

## Becker William S

**From:** Becker William S
**Sent:** Monday, December 09, 2002 8:48 AM
**To:** Blozis Linda J
**Subject:** FW: NOTIFICATION OF ACCOUNT OVERDRAFT FOR 108407MY134

Please take care of this asap, and report back to me why this happened.

-----Original Message-----
**From:** Overdraft
**Sent:** Friday, December 06, 2002 8:48 AM
**To:** Becker William S
**Subject:** NOTIFICATION OF ACCOUNT OVERDRAFT FOR 108407MY134

```
You are receiving this notification because one of your
accounts had an Overdraft greater than $250,000 at the
end of the previous business day. You have been asked
to address this overdraft on the attached memo.
```

Instructions:

1. Open the attached MS Word Document.

2. Select one (1) box in Section 1.

   Note: If you selected the second box, you must move to
   Section 2 & Select an appropriate response.

4. Please add appropriate information if you select
   an option that prompts you (i.e. Account #).

5. Save the MS Word Document you are working in.

6. Click back to the original email you received,
   Go File => Save (this saves your changes).

7. Forward the original email with your changes
   back to 'OVERDRAFT'.

   Note: Please make sure your changes have been
   included BEFORE you hit send.



Account Overdraft ver 070302.d...

A-119    1

# EXHIBIT 5

# To

# EXHIBIT D

*Client/Trust Name: ███████   Account Number: ███████

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the po[rtfolio from the erosion of inflation] and the client is willing to accept greater investment risk to do [so.]   ~~2~~ 1

2. **L**[ow Current Income. The client does not] **nt to earn a high level of spendable income on the** in[vestment portfolio.]   ~~2~~ 1

3. **L**[ong Investment Time Horizon. The client has an] investment time horizon that is greater than 20 years. (c[urrent age] is = "1")   ~~2~~ 1

*Handwritten note over items 1-3:* "Score inconsistent with Allocation. Code '2' Maximum Income"

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.   ~~2~~ 1

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.   ~~2~~ 1

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.   ~~2~~ 1

**TOTAL:** ~~12~~ 6

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review: 12-30-01
Previous Score: 12

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6-9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**   Total Market Value: $5,430,821.—

Equities: _____   Fixed Income: 97.5%   Cash: 2.5%   Other: _____

* Large Cap: _____
* Mid Cap: _____
* Small Cap: _____
* International: _____
* Emerging Mkts: _____   * % of Equity

Questionnaire completed by: /s/ BM B_____   Date: 12/2/02

Team Leader/Reg 9 Signer: _____   Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-120


DEPOSITION EXHIBIT
Blozis 10
726-06 KF

*Client/Trust Name: ███████████ TR U/D         Account Number: 108 3██████

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. High Capital Growth. The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client [is willing to accept greate]r investment risk to do so. ............ 5

2. Low Current Income. It is not important to earn a [high current in]come on the investments. ............ 3

   *Change to 4s; total 24*

3. Long Time Horizon. The client has an investment [horizon great]er than 20 years. (Over 20 years = "5"; three or less years = "1") ............ 5

   *recode to "7" → growth*

4. Tolerant of Short-Term Declines. The client is w[illing to accept som]e decline in the value of the portfolio over the short-term to achie[ve higher returns in the] long-term. ............ 5

5. Minimal Need for Liquidity. The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided. ............ 5

6. Low Principal Stability. The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix. ............ 4

TOTAL: 27

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review: 11-10-01
Previous Score: 27

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**                    Total Market Value: $140,201.—

Equities: 76.0%    Fixed Income: 23.0%    Cash: 1.0%    Other: _____

* Large Cap: 69.0%
* Mid Cap: 11.7%
* Small Cap: 11.3%
* International: 8.0%
* Emerging Mkts: _____        * % of Equity

Questionnaire completed by: [signature]        Date: 12/2/02

Team Leader/Reg 9 Signer: _____        Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: ~~[redacted]~~ TA U/D          Account Number: 108~~[redacted]~~

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. High Capital Growth. The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing [to take] greater investment risk to do so.   __5__

2. Low Current Income. It is not important to earn [current] income on the investments.   __5__

   *Change to 4.5 total*

3. Long Time Horizon. The client has an investment [horizon] greater than 20 years. (Over 20 years = "5"; three or less years = "1")   __5__

   *24  recode to 7, growth*

4. Tolerant of Short-Term Declines. The client is willing [to accept] decline in the value of the portfolio over the short-term to achieve [long]-term.   __5__

5. Minimal Need for Liquidity. The client has available [income from] other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.   __5__

6. Low Principal Stability. The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.   __5__

TOTAL: __30__

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review __11-10-01__
Previous Score __30__

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**          Total Market Value: $ __229,979—__

Equities: __77.3%__   Fixed Income: __21.9%__   Cash: __0.8%__   Other: _____

* Large Cap: __66.1%__

* Mid Cap: __13.3%__

* Small Cap: __13.5%__

* International: __7.1%__

* Emerging Mkts: _____                    * % of Equity

Questionnaire completed by: __[signature]__                          Date: __12/2/02__

Team Leader/Reg 9 Signer: _____                        Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-122

MEL/BLOZ 573

*Client/Trust Name: ~~[redacted]~~, Jr. - Gdn            Account Number: 108~~[redacted]~~

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.    **3**

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments.    **3**

3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")    **3**

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.    **3**

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.    **3**

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.    **3**

TOTAL: **18**

Range of Responses: 1 – 5
1 = Strongly Disagree;  5 = Strongly Agree

Previous Review  **12-30-01**
Previous Score  **18**

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk C | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | | 80 |
| Growth | | 70 |
| Moderate Growth | | 60 |
| Balanced Growth & Income | | 50 |
| Income | | 40 |
| Aggressive Income | | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

*[handwritten note:]* Whenever cash is 5% or more, please note and suggest what we might do.

**Current Asset Allocation**    Total Market Value: **$1,025,952.—**

Equities: **66.9%**   Fixed Income: **40.0%**   Cash: **6.9%**   Other: **x**

* Large Cap: **68.7%**
* Mid Cap: **10.0%**
* Small Cap: **10.5%**
* International: **10.8%**
* Emerging Mkts: _____

*[handwritten:]* Redo %; total 113.8%

*[handwritten:]* VA Comp / Nat'l Service / Life Insurance

Questionnaire completed by: _____    Date: _____

Team Leader/Reg 9 Signer: _____    Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: ███████ F/ US EPA            Account Number: /00█████

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.    _1_

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments.   _1_



3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")   _1_

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.   _1_

5. Mini... The client has available sufficient other assets, or the nature of the trust ... ... of the portfolio to cash can be avoi...   _1_

    *[handwritten: B - I've talked to Boston @ these 5, repeatedly. It doesn't seem to be a priority for them. Fine are better than 13 to do.]*

6. Lo... ord... ...ort-term swings in the investments ...om a more stable asset mix.   _1_

    **TOTAL:** _6_

    Date of Previous Review _12-31-01_
    Previous Score _6_

| ...estionnaire Score | Target Stock % (+/- 10%) |
|---|---|
| 28-30 | 80 |
| 24-27 | 70 |
| 18-23 | 60 |
| 14-17 | 50 |
| 10-13 | 40 |
| 6-9 | 30 |

Balanced G...
Income
Aggressive Income
**Specified Portfolio**
All Equity       100
                 0

[large blacked-out section]

$ _1,000._
% Other: ___
STANDBY TRUST
...VIRONMENTAL
AGREEMENT

Qu... _____ ...ate: _____
Te... _____ Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: ▮▮▮▮▮▮▮▮-IRA          Account Number: 108▮▮▮▮▮1000

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.

2. ...ne on the...

3. ...han 20 years.

4. ...cline in the ...term.

5. ...he nature of the ...h can be

6. ...nvestments in ...mix.

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

TOTAL: _____

Date of Previous Review _____
Previous Score _____

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6-9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**          Total Market Value: $442,740.-

Equities: 90.6%    Fixed Income: 4.0%   Cash: 5.4%   Other: _____

* Large Cap: 69.1%
* Mid Cap: 8.7%
* Small Cap: 8.6%
* International: 8.6%
* Emerging Mkts: 5.0%

( INITIAL )

* % of Equity

Questionnaire completed by: [signature]    Date: 12/2/02

Team Leader/Reg 9 Signer: _____    Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

Client/Trust Name: ▓▓▓▓▓▓ - Trust                    Account Number: 108▓▓▓▓▓008

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.  ~~3~~ 1

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments.  ~~3~~ 1

3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")  ~~3~~ 1

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.  ~~3~~ 1

[redacted] or the nature of the [redacted] cash can be  ~~3~~ 1

[redacted] the investments in [redacted] asset mix.  ~~3~~ 1

TOTAL: ~~18~~ 6

of Previous Review: 11-10-01
Previous Score: 18

|  | | Target Stock % (+/- 10%) |
|---|---|---|
|  | | 80 |
|  | | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6-9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**            Total Market Value: $ 194,324. —

Equities: _____    Fixed Income: 94.5 %   Cash: 5.5 %  Other: _____

* Large Cap: _____

* Mid Cap: _____

* Small Cap: _____

* International: _____

* Emerging Mkts: _____         * % of Equity

Questionnaire completed by: _____ Date: _____

Team Leader/Reg 9 Signer: _____ Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-126

MEL/BLOZ 577

*Client/Trust Name: N. ███████ ███████ -IMA  Account Number: 108█████████000

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the po[rtfolio]... [inflation] and the client is willing to accept greater investment risk to do [so].     1

   *Score inconsistent with Allocation.*

2. **L**o... nt to earn a high level of spendable income on the in[vestment]...      1

   *Code "2"*

3. **L**o... investment time horizon that is greater than 20 years. (t3 = "1")     1

   *Maximum Income*

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.     1

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.     1

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.     1

TOTAL: ~~12~~ 6

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review: 12-30-01
Previous Score: 12

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6-9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**     Total Market Value: $5,430,821.—

    Equities: _____   Fixed Income: 97.5%   Cash: 2.5%   Other: _____

      * Large Cap: _____

      * Mid Cap: _____

      * Small Cap: _____

      * International: _____

      * Emerging Mkts: _____     * % of Equity

Questionnaire completed by: _BM BL_____  Date: 12/2/02

Team Leader/Reg 9 Signer: _____  Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

MEL/BLOZ 578

\*Client/Trust Name: ████████ u/a F/FTB, ██ Account Number: 1083████

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so. ⁓ 4 / 3

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments. ⁓ 3 / 2

3. **Long Time Horizon.** The client has [a time horizon] greater than 20 years. (Over 20 years = "5"; three or less years ...) — *A 50/50 Allocation should Score 14–17* ⁓ 4 / 3

4. **Tolerant of Short-Term Declines.** The [client can tolerate] rate decline in the value of the portfolio over the short-te[rm ...] le long-term. ⁓ 4 / 3

5. **Minimal Need for Liquidity.** The clie[nt ...], or the nature of the trust is irrevocable, that conversion of [...] of the portfolio to cash can be avoided. ⁓ 3 / 2

6. *Attached asset detail does not reflect trading program.* [C]lient is comfortable with short-term swings in the investments in [greater] than could be expected from a more stable asset mix. ⁓ 4 / 3

TOTAL: 21 / 16

[Stro]ngly Agree

Date of Previous Review: 12-30-01
Previous Score: 21

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6-9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**     Total Market Value: $1,334,239.—

Equities: 48.0%   Fixed Income: 52.0%   Cash: _____   Other: _____

* Large Cap: 64.2
* Mid Cap: 9.5
* Small Cap: 10.0
* International: 10.5
* Emerging Mkts: 5.8

\* % of Equity

Questionnaire completed by: _____ Date: _____

Team Leader/Reg 9 Signer: _____ Date: _____

\*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-128

MEL/BLOZ 579

*Client/Trust Name: ~~████████████~~ *Roy Sh*    Account Number: 1089~~████~~

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.     ~~5~~ 4

2. **Low Current Income.** It [60% Stock;] of spendable income on the investments.     ~~4~~ 3

3. **Long Time Horizon.** Th[Score 18-23]ton that is greater than 20 years. (Over 20 years = "5"; th...     ~~5~~ 4

4. **Tolerant of Short-Term** ... erate a moderate decline in the value of the portfolio ov... :turns over the long-term.     ~~5~~ 4

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.     4  3

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.     ~~5~~ 3

TOTAL: ~~28~~

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review  12-13-01
Previous Score  ~~28~~

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**    Total Market Value: $_____

Equities: 59 %    Fixed Income: 31 %    Cash: 10 %    Other:_____

* Large Cap: 55.4
* Mid Cap: 12.3
* Small Cap: 12.3
* International: 13.4
* Emerging Mkts: 6.6        * % of Equity

per client request for distributions from Plan — BB

Questionnaire completed by:_____   Date:_____

Team Leader/Reg 9 Signer:_____   Date:_____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: ~~[redacted]~~ T/U/W F/ELM          Account Number: 108~~[redacted]~~

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.

2. **Low Current Income.** It is ~~[obscured]~~ to earn a high level of spendable income on the investment~~[obscured]~~         _3_

3. **Long** ~~[handwritten: When no Small, Int'l, Let's discuss why]~~ ...estment time horizon that is greater than 20 years. (Over ... "1")         _4_

4. **Tolera**~~[obscured by handwriting]~~ ...t is willing to tolerate a moderate decline in the value o~~[obscured]~~ ...achieve higher returns over the long-term.         _4_

5. **Minimal** ~~[obscured]~~ ...ue client has available sufficient other assets, or the nature of the trust is i~~[obscured]~~...ore, that conversion of a substantial portion of the portfolio to cash can be avoided.         _3_

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.         _4_

TOTAL: _22_

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review _11-10-01_
Previous Score _22_

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**          Total Market Value: $_621,656_

Equities: _56.0_   Fixed Income: _37.2_   Cash: _(7.8)_   Other: _____

  * Large Cap: _77.5_          ~~[handwritten: pending principal request]~~

  * Mid Cap: _22.5_

  * Small Cap: _____

  * International: _____

  * Emerging Mkts: _____           * % of Equity

Questionnaire completed by: _[signature]_                 Date: _12/2/02_

Team Leader/Reg 9 Signer: _____                         Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-130

MEL/BLOZ 584

*Client/Trust Name: ~~[redacted]~~ Fdn f/ ~~[redacted]~~ — TR   Account Number: 10~~[redacted]~~

*Handwritten annotations:* Core competency – understanding asset alloc. scores + paperwork

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to [...] ncome on the [...] ter than 20 years. [...] te decline in the long-term. [...] , or the nature of the to cash can be [...] n the investments in asset mix.

   Scores: 1, 1, 1, 1, 1, 1

   **TOTAL:** 6

*Handwritten notes:* Coding "9" because of Balanced Fund. Score of 6 inconsistent w/ balanced allocation. 3-2-3-3-2-3 = 16

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review: N/A
Previous Score: N/A

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**   Total Market Value: $ 101,261

Equities: 98.6   Fixed Income: ___   Cash: 1.4   Other: ___

*Mellon Balanced Fund* {
* Large Cap: 43.2    45.0 in Bonds + Money mkt.
* Mid Cap: 5.5
* Small Cap: ___
* International: 4.3
* Emerging Mkts: 1.9
}

INITIAL

* % of Equity

Questionnaire completed by: [signature] Bill B___   Date: 1/10/03

Team Leader/Reg 9 Signer: ___   Date: ___

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-131

MEL/BLOZ 611