# EXHIBIT 6

# To

# EXHIBIT D

```
SEI TRUST 3000 SYSTEM                                    12/30/02 10:08:22
               ESES - SINGLE EQUITY SELL                   SCREEN 1 OF 2

 ORIGINATOR: 200    ORIG TYPE: AD  AUTH INITIALS:      MEMO: N   AVERAGE: Y
           : GREGG L LANDIS
 ORDER TYPE: M      GOOD THRU: 12/30/02        PRICE LIMIT: 0.
   ASSET ID: 125509109      : CIGNA CORP
     SHARES: 5,000.                    ESTIMATED VALUE: 212,550.00

      ACCOUNT: 108██████5   P#: 1    : ███████████ - U/D DTD 4-28-34
     LOCATION: 2               : DEPOSITORY TRUST COMPANY (DCO)  SETTLE LOC: 2
   LOT METHOD: AS
  TAXLOT REF#:            :           :           :
                         :           :           :

    DIRECTED: N
      BROKER:
  DISCRETION: M              (M) MUST USE (U) USE IF THINGS EQUAL
   REQUESTOR:
REQUEST DATE: 12/30/02
REQUEST FORM: O             (L) LETTER (T) TELEPHONE (O) OTHER
ORDER NUMBER 786583 ADDED AT 10:08:22 ON 12/30/02 - WAUT

    F1-HELP  F2-HINT  F3-CANCEL  F7-BACK  F8-FWD  F10-BACKHALF  F11-FWDHALF
```

NOT AUTHORIZED

*Instructed Trader to sell Lot (# 696563 - 204,000)*

*LB - Check SEI Manual - The trader only executes the trades. There should be a code you input under "Lot Method" That will allow a Taxlot Ref# to be added.*

*BB*

MEL/BLOZ 580

BI TRUST 3000 SYSTEM                                         12/30/02 10:08:32
              ESES – SINGLE EQUITY SELL                      SCREEN 2 OF 2


                    REMARKS TO ADMINISTRATOR OR PORTFOLIO MANAGER
                    :
                    :
                    :
                    :
                            REMARKS TO TRADER
              : PLEASE SELL TAX LOT 696563
              :
              :
              :
                            REMARKS TO OPERATIONS
                    :
                    :
         EXPLANATION:
ORDER NUMBER 786583 ADDED AT 10:08:22 ON 12/30/02 - WAUT

   F1-HELP  F2-HINT  F3-CANCEL  F7-BACK  F8-FWD  F10-BACKHALF  F11-FWDHALF

```
EI TRUST 3000 SYSTEM                                      12/30/02 10:07:24
            ESES - SINGLE EQUITY SELL                     SCREEN 1 OF 2

ORIGINATOR: 200    ORIG TYPE: AD  AUTH INITIALS:       MEMO: N    AVERAGE: Y
          : GREGG L LANDIS
ORDER TYPE: M     GOOD THRU: 12/30/02        PRICE LIMIT: 0.
   ASSET ID: 125509109    : CIGNA CORP
      SHARES: 5,000.                   ESTIMATED VALUE: 212,550.00

    ACCOUNT: 108          P#: 1     :            - U/D DTD 4-28-34
   LOCATION: 2            : DEPOSITORY TRUST COMPANY (DCO)  SETTLE LOC: 2
 LOT METHOD: AS
TAXLOT REF#: 696563    :          :          :          :
                       :          :          :          :

   DIRECTED: N
     BROKER:
 DISCRETION: M              (M) MUST USE (U) USE IF THINGS EQUAL
  REQUESTOR:
EQUEST DATE: 12/30/02
EQUEST FORM: O             (L) LETTER (T) TELEPHONE (O) OTHER
OU MAY NOT SPECIFY TAXLOT(S) FOR THIS METHOD

  F1-HELP  F2-HINT  F3-CANCEL  F7-BACK  F8-FWD  F10-BACKHALF  F11-FWDHALF
```

MEL/BLOZ 582

# EXHIBIT 7
# To
# EXHIBIT D

**Blozis Linda J**

| | |
|---|---|
| **From:** | Mozur  Stephen A |
| **Sent:** | Friday, December 06, 2002 1:01 PM |
| **To:** | PWM REBALANCING |
| **Subject:** | FW: ▓▓▓▓▓ Code |

49 ▓▓▓▓▓▓▓▓▓▓▓

Note that on the 12/2  Reference List ▓▓▓▓▓▓ Corp  is listed as a "D" Control Code. Please ignore this as it should be a "B".  Thank you.

B— something I need to
follow-up ?

Any shares under .201 ?

How would I know if This needs to be
looked at without knowing if anyone owns
it? Not Thinking ahead. BB

1.

# EXHIBIT 8

# To

# EXHIBIT D

REPORT NAME: IRMO62A
REPORT TITLE: ACCOUNT REVIEW FORM

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

PAGE: 535
DATE: 11/09/200
TIME: 03:46:00

INVESTMENT REVIEW FOR:
ACCOUNT NUMBER: 10_____0    EXEMPT-TR
AS OF 11/12/2002

REVIEW STATUS: ANNUAL
DATE OF LAST IRC REVIEW: 11/10/2001
INVESTMENT AUTHORITY : 002

REVIEW RESULTS

INVESTMENT OFFICER    : 0201  WILLIAM S. BECKER
ADMINISTRATIVE OFFICER: 0200  GREGG L LANDIS

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE  009 BALANCED W/NPAM BALANCED FUND

| | | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|---|
| | | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: | | .00 | 15.00 | .00 | 20.00 | 80.00 | 100.00 |
| ASSET MIX: | | 2.20 | | 35.32 | | 62.46 | |
| DIFFERENCE: | | WITHIN RANGE | | 15.3% OVER MAX | | 17.5% BELOW MIN | |

REGULATION 9

ASSETS IDENTIFIED
------ NONE ------

RELATED EXPLANATIONS
------ NONE ------

INVESTMENT POLICY

026  302  IMPROPER ASSET ALLOCATION MIX FOR CLIENT OBJECTIVE
          KELATED EXPLANATIONS

ITEMS IDENTIFIED

LB - Inconsistent
with holdings.
Now in a model
and NPAM Funds.

BD

MEL-BLOZ 588

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

REPORT NAME: IRNV062A
REPORT TITLE: ACCOUNT REVIEW FORM

INVESTMENT REVIEW FOR:
FOX C██████████-TR
ACCOUNT NUMBER: 10██████0
AS OF 11/12/2002

REVIEW STATUS: ANNUAL
DATE OF LAST IRC REVIEW: 11/08/2001
INVESTMENT AUTHORITY : 005

REVIEW RESULTS

INVESTMENT OFFICER    : 0201  WILLIAM S. BECKER
ADMINISTRATIVE OFFICER: 0200  GREGG L LANDIS

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE 001 NOT APPLICABLE

|  | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|
|  | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: | .00 | 100.00 | .00 | 100.00 | .00 | 100.00 |
| ASSET MIX: | 2.07 | | 23.93 | | 73.99 | |
| DIFFERENCE: | WITHIN RANGE | | WITHIN RANGE | | WITHIN RANGE | |

REGULATION 9

ASSETS IDENTIFIED
------ NONE ------

RELATED EXPLANATIONS
------ NONE ------

INVESTMENT POLICY

ITEMS IDENTIFIED

013   504   NON GUIDANCE LIST HOLDINGS
07    507   CONCENTRATION - MORE THAN 20% IN ONE INDUSTRY
             RELATED EXPLANATIONS

Why is this

Code "7

MEL/BLOZ 589

REPORT NAME: IRH02A
REPORT TITLE: ACCOUNT REVIEW FORM

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

PAGE: 551
DATE: 11/09/200
TIME: 03:46:00

INVESTMENT REVIEW FOR:
█████████ FBO FTB JR
ACCOUNT NUMBER: 10██████
AS OF 11/12/2002

REVIEW RESULTS
INVESTMENT OFFICER  : 0201  WILLIAM S. BECKER
ADMINISTRATIVE OFFICER: 0200  GREGG L LANDIS

REVIEW STATUS: ANNUAL
DATE OF LAST IRC REVIEW: 12/15/2001
INVESTMENT AUTHORITY : 002

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE 007 GROWTH

| | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|
| | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: | .00 | 15.00 | 20.00 | 40.00 | 60.00 | 80.00 |
| ASSET MIX: | .04 | | 51.91 | | 48.04 | |
| DIFFERENCE: | WITHIN RANGE | | 11.9% OVER MAX | | 12.0% BELOW MIN | |

REGULATION 9

ASSETS IDENTIFIED
------ NONE ------

RELATED EXPLANATIONS
------ NONE ------

INVESTMENT POLICY

ITEMS IDENTIFIED
026 302  IMPROPER ASSET ALLOCATION MIX FOR CLIENT OBJECTIVE
026 300  FIXED INCOME ASSET NOT IN BOND LIST

RELATED EXPLANATIONS

*[handwritten left: 026 302 / 026 300]*
*[handwritten left: Dreyfus US muni fund sold; buying individual US bonds]*

*[handwritten right: Recede to "5" Balanced Growth/Income]*

REPORT NAME: IRMR02A
REPORT TITLE: ACCOUNT REVIEW FORM

AUTOMATED INVESTMENT REVIEW SYSTEM
MELLON PRIVATE ASSET MANAGEMENT

PAGE: 559
DATE: 11/09/200
TIME: 03:46:00

INVESTMENT REVIEW FOR:

ACCOUNT NUMBER: 1064           SH PL
AS OF 11/12/2002

REVIEW STATUS: ANNUAL
DATE OF LAST IRC REVIEW: 12/15/2001
INVESTMENT AUTHORITY   : 003

REVIEW RESULTS

INVESTMENT OFFICER  : 0201  WILLIAM S. BECKER
ADMINISTRATIVE OFFICER: 0200  GREGG L LANDIS

INVESTMENT OBJECTIVE

INVESTMENT OBJECTIVE  007 GROWTH

|  |  | MONEY MARKET | | BONDS | | STOCKS | |
|---|---|---|---|---|---|---|---|
|  |  | MIN % | MAX % | MIN % | MAX % | MIN % | MAX % |
| MODEL MIX: |  | .00 | 15.00 | 20.00 | 40.00 | 60.00 | 80.00 |
| ASSET MIX: |  | 9.71 | | 31.21 | | 59.07 | |
| DIFFERENCE: |  | WITHIN RANGE | | WITHIN RANGE | | .9% BELOW MIN | |

REGULATION 9

ASSETS IDENTIFIED
------ NONE ------

RELATED EXPLANATIONS
------ NONE ------

INVESTMENT POLICY

026  302  IMPROPER ASSET ALLOCATION MIX FOR CLIENT OBJECTIVE
RELATED EXPLANATIONS

ITEMS IDENTIFIED
RELATED EXPLANATIONS

Code
Moderate Growth
"6"

MEL/BLOZ 591

# EXHIBIT 9

# To

# EXHIBIT D



**Blozis Linda J**

| | |
|---|---|
| **From:** | Blozis Linda J |
| **Sent:** | Wednesday, October 09, 2002 10:56 AM |
| **To:** | ████████████████ |
| **Subject:** | RE: Projects |

I will forward the latest email exchanges on trying to resolve this matter. I apologize for my own delay in completing it in a more timely manner. I regret that the efforts of prior officers, i.e., Bob Chappelear; Clinton Pelfrey; Amy Simeone; Wanda Caviness; Valerie Grimes; Paul Mulholland; Martha Fetters, were unsuccessful in correcting this situation. In some instances I found no prior attempts at all were made.

I too, found the info on the conversion to MPAM funds, but felt it lacking in that it was not a share per share conversion. However, in your expertise, if you found information in the file to be "95% of what is needed to reconstruct a very accurate cost basis, including dates, (were) in the file all along", why wouldn't any prior officer have taken care of it, and therefore, not let this account get to a delicate retention mode. I will make every attempt to contact those Mellon people who can help me resolve this issue before you meet with ████████ on 10/16/02.

I will respond to the ████████████ matter and the mutual fund coding issues very soon. I have immediate pressing client matters to attend to now.

I think you have greatly diminished Katie's dismissal and the subsequent 4 months without another assistant in this office. I was here every day for that period and often alone, covering phones, daily mail ordering supplies; handling all client matters that arose and generally doing both administration and investment support as needed. It was a very difficult and stressful time for all even accounting for your adjusted schedule of so much time in Philadelphia.

When Maria was hired in July I didn't hesitate to help as much as needed, especially when scheduled vacations forced us to staff the office alone for 2 weeks. The personal training process is still ongoing (for all of us), whereas Mellon does not offer an initial program for new hires.

I will continue to do my work with as much dedication as I feel I've given for the 12+ years I've been with Mellon. I agree with you, and would appreciate more verbal communication about matters that you feel are of a more urgent nature.

-----Original Message-----

| | |
|---|---|
| **From:** | Becker William S |
| **Sent:** | Tuesday, October 08, 2002 6:31 PM |
| **To:** | Blozis Linda J |
| **Subject:** | Projects |

Gregg mentioned that ████████ was looking for some tax cost info last week. I remembered that he asked me for that info this spring, so I just pulled out the file. In there I found my original request dated 4/10/02, and many emails from you requesting info from other departments to obtain the cost basis.

Also was an email I sent to you dated 6/4/02. I suggested that you should look in the file for any purchase info first. For whatever reason, you didn't follow up on this, and all the emails were filed, including the ticklers.

I just took 10 minutes and reviewed the investment file this evening and there are a bunch of trade tickets for the purchase of different Dreyfus Funds, including the International and the Mid Cap Fund from 1994 and 1995. There was also the paperwork showing the conversion from the MidCap to the current cusip for the Dreyfus Premier Small Stock Fund. 95% of what is needed to reconstruct a very accurate cost basis, including dates, has been in the file all along.

I need to get better at letting you know when things don't happen the way they should. This project has been an embarrassing disaster. It's not OK to just stop working on something and forget about it. What makes this worse is that Bill has come back to us again requesting the same info. This is a fragile relationship as it is. They are considering moving the plan out to a 401k provider, so Gregg and I are struggling to retain Bill's money. Mistakes like this don't help our chances.

There are a few other projects that I've given you that have yielded similar results. ████████████████ savings bonds are worth over $1 million. Over a year passed without that project getting finished. I lost my credibility with her, and she went elsewhere to get her planning done. An opportunity to get a substantial addition was lost because of the lack

1

of follow-through.  Not OK.

The mutual fund coding project has to be close to a year by now, and you've not come to me to say that it is completed.

I know you've been busy, first with Katie gone and then helping teach Maria.  There needs to be improvement in completing these tasks in a timely manner, however.  As I've said for four years, you don't need my permission to get your job done.  If you need to lock yourself in a room to get things done, do it.

I know you'll work hard to try and improve on things like this.  I hope the training Mellon is offering provides some tips and techniques for organizing your day and prioritizing projects like these.  I need you to help me increase the level of service we offer our clients.  Improving in these areas will be a step in the right direction.

P857

# EXHIBIT 10
# To
# EXHIBIT D

T 12/2/02

**Blozis Linda J**

| | |
|---|---|
| **From:** | Blozis Linda J |
| **Sent:** | Tuesday, November 19, 2002 9:19 AM |
| **To:** | Peters Walter G |
| **Subject:** | 1084■■■■■■■■■■■■ E Stockdale - IMA |

Walter this is another account I inherited w/o proper tax cost info. Here's what I need:

Lot #665255; 2,921.6750 shs of the Dreyfus Growth Opportunity fund; cusip 262901101 is listd as Unknow Tax Cost; acquisition date of 10/18/99 and also 10/19/99. There's nothing currently in the file to substantiate this further.

Lot #665256;  7,668.793 shs of the Dreyfus S&P 500 Index fund;  cusip 26200Q105;  Unknown tax cost; acquisition date of 10/18/99 and 10/19/99.

Lot 665257; 269.469 shs of the same fund with same acquisition dates.

If everything is okay with you now, and I'll appreciate any help you can give.

*Gregg - Here are #'s from Dreyfus re: ■■■■■ 2 Hedge. You can do your calculations now. LB - follow-thru on*

*LB didn't try. Gave to GL to do. Same scenario as ■■■■■■. Months and still undone. Instruction given to do this Mid October  BB*

1

MEL/BLOZ 592

# EXHIBIT 11
# To
# EXHIBIT D

MELLON BANK, NA DELAWARE

SUMMARY OF ASSETS    PRICED AS OF : 11/29/02    ADMIN    PG    1
INDIVIDUAL PROGRAMS INC-TR    TRADE DATE BASIS    12/02/02 11:33

108    3

| MAJOR ASSET CLASS | MARKET VALUE | TAX COST | % OF MKT | ESTIMATED ANNUAL INC | CUR YLD |
|---|---|---|---|---|---|
| CASH EQUIVALENTS | 1,157,079 | 1,157,079 | 10.8 | 11,940 | 1.0 |
| GOVERNMENT/AGENCY OBLIGATIONS | 1,536,703* | 1,508,216 | 14.4 | 454,872 | 29.6 |
| MTGE/ASSET BACKED SECURITIES | 1,734,668 | 1,674,306 | 16.3 | 107,661 | 6.2 |
| CORPORATE OBLIGATIONS | 970,217 | 934,693 | 9.1 | 64,059 | 6.6 |
| EQUITIES | 3,592,692 | 3,613,509 | 33.7 | 58,915 | 1.6 |
| MUTUAL FUNDS | 1,680,872 | 1,892,196 | 15.7 | 8,553 | 0.5 |
| | 10,672,231 | 10,779,999 | 100.0 | 706,000 | 6.6 |

| PRINCIPAL CASH | -148,095 | -148,095 |
|---|---|---|
| INCOME CASH | 0 | 0 |
| INVESTED INCOME CASH | 0 | 0 |
| | 10,524,136 | 10,631,904 |

** CASH REQUIRED - PENDING TRADES    -148,095 **

* - PENDING TRADES ARE REFLECTED IN THIS POSITION

*Handwritten notes:*

Invest
$800,000

(1) Add $400K to Fixed Income Model

(2) $400K Equities
→ $200K Model
   $100K Midcap
   $50K SmallCap
   $50K Int'l

MEL/BLO2 594

# EXHIBIT 12
# To
# EXHIBIT D

**Blozis Linda J**

| | |
|---|---|
| From: | Patterson Keith W |
| Sent: | Friday, December 06, 2002 10:45 AM |
| To: | Becker William S; Blozis Linda J |
| Subject: | FW: ▓▓▓▓▓▓▓▓'s |

Mike DiMedio has informed me that you are now handling these accounts. I had not been made aware of these GRATS, but if there is anything I can do to help you, please let me know.

-----Original Message-----

| | |
|---|---|
| From: | Glackin, Elizabeth [SMTP:elizabeth.glackin@dechert.com] |
| Sent: | Thursday, December 05, 2002 11:54 AM |
| To: | Patterson Keith W |
| Cc: | Bryant, Dawn |
| Subject: | Jackson GRAT's |

Keith,
per our discussion regarding the ▓▓▓▓▓ GRAT's, please find attached a spreadsheet that lists the forty-two relevant dates for the required GRAT payments (on two dates, there are two payments so there are forty-four payments in all). Including the Dec. 1, 2002 Intel payment that we discussed, nine payment dates have passed. The next payment is scheduled for December 12th from the Johnson & Johnson GRAT. For that date and all subsequent dates, we will need to know 1) the amount of dividend received by the GRAT and 2) the total cash available in the respective account. We prepare a letter for Mr. ▓▓▓▓▓▓ signature indicating what needs to be transferred from the GRAT to him (as the Grantor). If acceptable, Mr. ▓▓▓▓▓n will sign that letter and fax it to Mellon to your attention. I will look forward to hearing from you on each of the listed dates. Should you have any questions in this regard, please do not hesitate to contact me or Dawn Bryant. Dawn can be reached via email (cc'd above) or at (215)994-2326. Thank you for your help in this regard.
- Beth Glackin
<<Jackson - GRAT Pmt. Dates.xls>>

Elizabeth A. Glackin, CPA
(215)994-2672 - TEL
(215)655-2672 - FAX
Dechert
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Jackson - GRAT
Pmt. Dates.xls

*Should Gregg & Maria have this info?*

*Told LB 12/9 that Admin on ▓▓▓▓▓ relationship was being handled by G. Antieri. She sent Admin files to Philadelphia for G. to have - why have GL & MB involved? 2 days to forget what I told her. BB*

MEL·BLOZ 596



M. R██████
GRAT Payment Dates
**_STRICTLY CONFIDENTIAL_**

|  | **DATE** | **GRAT** | **MELLON ACCOUNT** |
|---|---|---|---|
| 1. | June 1, 2002 | Intel | # 1084█████ |
| 2. | June 12, 2002 | Johnson & Johnson | # 1084█████ |
| 3. | June 15, 2002 | AIG | # 1084█████ |
| 4. | July 25, 2002 | General Electric | # 1084█████ |
| 5. | September 1, 2002 | Intel | # 1084█████ |
| 6. | September 12, 2002 | Johnson & Johnson | # 1084█████ |
| 7. | September 15, 2002 | AIG | # 1084█████ |
| 8. | October 25, 2002 | General Electric | # 1084█████ |
| 9. | December 1, 2002 | Intel | # 1084█████ |
| 10. | December 12, 2002 | Johnson & Johnson | # 1084█████ |
| 11. | December 15, 2002 | AIG | # 1084█████ |
| 12. | January 25, 2003 | General Electric | # 1084█████ |
| 13. | March 1, 2003 | Intel | # 1084█████ |
| 14. | March 12, 2003 | Johnson & Johnson | # 1084█████ |
| 15. | March 15, 2003 | AIG | # 1084█████ |
| 16. | April 25, 2003 | General Electric | # 1084█████ |
| 17. | June 1, 2003 | Intel | # 1084█████ |
| 18. | June 12, 2003 | Johnson & Johnson | # 1084█████ |
| 19. | June 15, 2003 | AIG | # 1084█████ |
| 20. | July 25, 2003 | General Electric | # 1084█████ |
| 21. | September 1, 2003 | Intel | # 1084█████ |
| 22. | September 12, 2003 | Johnson & Johnson | # 1084█████ |
| 23. | September 15, 2003 | AIG | # 1084█████ |
| 24. | October 25, 2003 | General Electric | # 1084█████ |
| 25. | December 1, 2003 | Intel | # 1084█████ |
| 26. | December 12, 2003 | Johnson & Johnson | # 1084█████ |
| 27. | December 15, 2003 | AIG | # 1084█████ |
| 28. | January 25, 2004 | General Electric | # 1084█████ |
| 29. | March 1, 2004 | Intel | # 1084█████ |
| 30. | March 12, 2004 | Johnson & Johnson | # 1084█████ |
| 31. | March 15, 2004 | AIG | # 1084█████ |
| 32. | April 25, 2004 | General Electric | # 1084█████ |
| 33. | April 29, 2004 | AIG | # 1084█████ |
|  | April 29, 2004 | General Electric | # 1084█████ |
| 34. | June 1, 2004 | Intel | # 1084█████ |
| 35. | June 12, 2004 | Johnson & Johnson | # 1084█████ |
| 36. | September 1, 2004 | Intel | # 1084█████ |
| 37. | September 12, 2004 | Johnson & Johnson | # 1084█████ |
| 38. | December 1, 2004 | Intel | # 1084█████ |
| 39. | December 12, 2004 | Johnson & Johnson | # 1084█████ |
| 40. | March 1, 2005 | Intel | # 1084█████ |
| 41. | March 12, 2005 | Johnson & Johnson | # 1084█████ |
| 42. | April 29, 2005 | Intel | # 1084█████ |
|  | April 29, 2005 | Johnson & Johnson | # 108█████ |

1 of 1

JACKSON GRATS - PMT DATES

MEL BLOZ 597

# EXHIBIT 13

# To

# EXHIBIT D

**Thomas Rosemary C**

From:      Becker William S
Sent:      Monday, December 09, 2002 8:37 AM
To:        Thomas Rosemary C
Subject:   RE:

*12/09/02*

*Asked to do Bill Special Written Warning - sent him the form*

have a meeting with a client this morning, so I'll call you after 2:30 today.  Thanks.

-----Original Message-----
From:      Thomas Rosemary C
Sent:      Thursday, December 05, 2002 10:04 AM
To:        Becker William S
Subject:   RE:

Bill, I would like to meet with you to discuss further.  Let me know what times are good for you on Monday.  I am available until 11:000 and after 2:30.

-----Original Message-----
From:      Becker William S
Sent:      Wednesday, December 04, 2002 9:10 AM
To:        Thomas Rosemary C
Subject:

Hi Rosemary.  I'm taking vacation 12/4 and 12/5.  During a conversation I had with Paul Kochis a month or so ago he mentioned his plan to upgrade the level of administrative help in the region.  One thing he mentioned was the possibility of offering "packages" to those who were unable to perform at the upgraded level.  He said that the packages could be offered because the jobs were changing or something like that.

The reason I'm asking is because I've unfortunately had to begin a file for Linda Blozis.  She has consistently been missing deadlines on projects over the past year.  In addition to that, the quality of her work has been poor, from accuracy of placing trades to incomplete reg 9 reviews, and the list goes on.  I personally believe that she simply can't keep up with what I need her to do, nor does she have the capacity to take on the new responsibilities that her job now needs to include, like taking on accounts of her own and learning our investment processes, etc.

I like Linda personally.  Her attitude has overall been OK, although recently she has exhibited some similaries we had to endure from a former employee in Delaware.  I know I'm stressing her out with the workload, but I've been doing too much of her job over the past four years and I simply refuse to do it anymore.  As difficult as it would be personally, I'd rather tell her that the job has changed to a higher grade, she doesn't qualify to fill the new position, and offer her a package than drag the whole office down by going through the same drawn-out process that we had to go through before to make a change.

I'll be back Monday, 12/9.  Perhaps you could think about and what my options are and how I should proceed and we can chat next week.

Thanks, Rosemary.

DEPOSITION
EXHIBIT
BECKER-8
1/5/07-CMV
PENGAD 800-631-6989

MEL/BLOZ 682