# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
LINDA J. BLOZIS,                      )
                                      )
         Plaintiff,                   )
                                      ) Civil Action
v.                                    ) No. 05-891 (SLR)
                                      )
MELLON TRUST OF DELAWARE,             )
NATIONAL ASSOCIATION; MELLON          )
BANK, NATIONAL ASSOCIATION;           )
MELLON FINANCIAL CORPORATION,         )
                                      )
         Defendants.                  )
```

       Deposition of LINDA J. BLOZIS taken pursuant to notice at the Law Office of John M. LaRosa, Two East 7th Street, Suite 302, Wilmington, Delaware, beginning at 10:05 a.m., on Wednesday, July 26, 2006, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

    JOHN M. LaROSA, ESQ.
    LAW OFFICE OF JOHN M. LaROSA
      Two East 7th Street - Suite 302
      Wilmington, Delaware  19801
      For the Plaintiff

    STEPHANIE WILSON, ESQ.
    REED SMITH LLP
      Princeton Forrestal Village
      136 Main Street - Suite 250
      Princeton, New Jersey  08543-7839
      For the Defendant

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477
www.wilfet.com



WILCOX & FETZER LTD.
Registered Professional Reporters
ORIGINAL

A-165

1   A.   As best as I can remember, about the mid to,
2   midnineties to that time.
3   Q.   And that team was headed up by Brendan Gilmore,
4   the Delaware team?
5   A.   Yes.
6   Q.   Now, with respect to your duties, you were in
7   private banking?
8   A.   No.
9   Q.   What was the name, what was the name of the
10  team?
11  A.   As best as I recall at that time Mellon started
12  to call the trust teams private asset management
13  teams.
14  Q.   Now, I want to get a sense of the Delaware team
15  and it appears based on your time frame that you were
16  still at the 10th and Market location around that time
17  that it went to the team concept.
18       Does that sound accurate?
19  A.   That's your question?
20  Q.   Yes.
21  A.   Yes.
22  Q.   I want to get a sense of who consisted of the
23  Delaware team.  You obviously?
24  A.   (The witness nodded.)



1   Q.   Who else was on the team?

2   A.   At that time?

3   Q.   Yes.

4   A.   Bob, Robert H. Bell was the senior trust

5   officer. Linda Squier was a trust officer. Kathleen

6   Agne was an assistant and I was an assistant.

7   Q.   And at the top would have been Brendan?

8   A.   Top of?

9   Q.   The top of, sort of the top of the team?

10  A.   Those people reported to Brendan Gilmore.

11  Q.   Do you know who Brendan Gilmore reported to

12  around the '97-98 time frame?

13  A.   It would have been the senior regional officer

14  in Philadelphia.

15  Q.   Do you know who that was?

16  A.   At this time I don't recall the name.

17  Q.   Was Brendan Gilmore's office at the 10th and

18  Market location?

19  A.   No.

20  Q.   Do you know where his office was?

21  A.   At the Mellon building, office building in

22  Philadelphia on Market Street.

23  Q.   You said, Ms. Blozis, that at some point in

24  time your title changed to portfolio administrator.

1  are some examples that might help you with the
2  question.
3      A.  To the best of my memory, Mellon changed their
4  structuring, their job titles and the structuring.
5      Q.  And as a result your job title changed?
6      A.  Yes.
7      Q.  With respect to the trust specialist position,
8  you identified a number of people that was on I guess
9  the private asset management team for Delaware and
10 those were Robert Bell, Linda Squier, Kathleen Agne
11 and yourself?
12     A.  Is that your question?
13     Q.  Yes.
14     A.  Yes.
15     Q.  And when you became portfolio administrator
16 around the 1999 time frame, was that still the team?
17     A.  Not the complete team.
18     Q.  In 1999 who consisted of the team?
19     A.  Martha Fetters was on that team, Mr. Bell,
20 Linda Squier, Kathleen, myself and there were members
21 in the Philadelphia office.
22     Q.  When you say, "members in the Philadelphia
23 office," do you know who they were?
24     A.  As I remember at this time, Kristy Hunt, Cindy

1   Chambliss, Marion -- I don't remember Marion's last
2   name at this time. And I don't recall who else at
3   that time.
4       Q.  Martha Fetters, what was her title around the
5   1999 time frame?
6       A.  To the best of my recollection, Martha was an
7   investment officer.
8       Q.  Kristy Hunt, do you remember what her title was
9   around the 1999 time frame?
10      A.  As I recall, she was an investment officer.
11      Q.  And Cindy Chambliss?
12      A.  Was assistant to Brendan Gilmore.
13      Q.  And Marion?
14      A.  Was a portfolio administrator.
15      Q.  Now, you held the position of portfolio
16  administrator from approximately 1999 to 2003, so I
17  would take it that during that time the composition of
18  the groups changed, people leaving, people coming in.
19  Is that fair to say?
20      A.  Yes.
21      Q.  Over a four-year period.
22          Turning to just the period of time that
23  you held the title of portfolio administrator, did you
24  report -- my question is broad. It's from 1999 to

1   2003.
2           Did you always report to Brendan Gilmore?
3   A.  He was the team leader.
4   Q.  And did you have a direct reporting
5   relationship with him?
6   A.  No.
7   Q.  Now, just drawing your attention to the period
8   of time that you held the portfolio administrator
9   position, who did you report to? If you want to start
10  by 1999.
11  A.  Linda Squier, Martha Fetters, William Becker
12  and Greg Landis, to the best of my recollection.
13  Q.  In 1999 what was William Becker's title?
14  A.  As I remember, he was a vice president and an
15  investment officer.
16  Q.  And Greg Landis?
17  A.  Vice president - trust officer.
18  Q.  Now, and these were the four individuals that
19  you had direct reporting obligations to, Linda,
20  Martha, William and Greg, in 1999?
21  A.  Not all at the same time.
22  Q.  When you say, "Not all at the same time," what
23  do you mean?
24  A.  You said in 1999?

1    Q.   And would he give you assignments for the
2    entire group or assignments for him?  By that I mean
3    did he have a set group of clients that he worked for
4    and you, in turn, worked for those clients or were you
5    doing work for the entire group?
6    A.   Predominantly I reported to Mr. Becker and the
7    portfolio of clients that we were responsible for
8    and...
9    Q.   And how long did you report to William Becker?
10   A.   To the best of my memory, for as long as
11   William Becker was the senior officer in Delaware
12   until he transferred to Philadelphia.
13   Q.   Do you remember when he transferred?
14   A.   As best I remember, Mr. Becker left the
15   Delaware offices and did work in Philadelphia about
16   between 2001 and 2002.
17   Q.   When William Becker transferred to the
18   Philadelphia office, is that the point in time that
19   you started reporting to Greg Landis?
20   A.   Reporting?  How do you mean "reporting"?
21   Q.   Reporting in the same sense of what you were
22   doing with William Becker, taking on or working with
23   his portfolio of clients.
24   A.   Not exclusively to Greg Landis.

1    Q.    And who were the other people?

2    A.    While Mr. Becker was in Philadelphia, there was
3  still reporting to him and jointly with Greg Landis
4  and supporting the team.

5    Q.    And that was around approximately the 2001-2002
6  time frame?

7    A.    What was approximately?

8    Q.    That your reporting was to Greg Landis, William
9  Becker and to the team?

10   A.    To the best of my memory, yes.

11   Q.    Around 2001-2002 who -- when you say the team,
12 who consisted of the team?

13   A.    The team meaning?

14   Q.    Your term the team.

15   A.    The team, the Delaware team.  It was headed by
16 Brendan Gilmore.  Cindy, Cindy Chambliss was his
17 assistant.  As best I recall, William Becker was still
18 an investment officer.  Marion, her last name I don't
19 recall.

20   Q.    She was still in Philly?

21   A.    Marion was in Philadelphia.  Bruce Holmquist
22 was the investment officer in the D.C. area as part of
23 the Delaware team.  Until her release, Kathleen Agne
24 was part of the team.  I was part of the team.  And at

1    some point Maria Dunlop became part of the team.
2        Q.    Now, around the 2001-2002 time frame you just
3    described what you recall as being the Delaware team.
4              Were there other portfolio managers part
5    of the Delaware team during 2001-2002 other than
6    yourself?  For example, like I believe you had
7    testified at some point that Kathleen Agne was a
8    portfolio administrator.
9        A.    Administrator.
10       Q.    Did I say manager?
11       A.    Yes.
12       Q.    I meant administrator.  Agne was a portfolio
13   administrator.  Anybody else?
14       A.    Myself, Marion and, as I recall, as I
15   recollect, Dan Merlino in Philadelphia.
16       Q.    You recall him to be around 2001-2002 in the
17   Philadelphia office?
18       A.    As best as I remember, yes.
19       Q.    And he was a portfolio administrator, Dan
20   Merlino?
21       A.    To the best of my recollection, yes.
22       Q.    And Maria Dunlop, was she a portfolio
23   administrator?
24       A.    When she was hired.



WILCOX & FETZER LTD.
Registered Professional Reporters

1   Q.   She came in as a portfolio administrator?
2   A.   Yes.
3   Q.   Now, at some point Kathleen Agne was no longer
4   working at Mellon.  Is that right?
5   A.   Yes.
6   Q.   Do you remember when that was?
7   A.   To the best of my memory, March of 2002.
8   Q.   Do you remember when Maria Dunlop was hired?
9   A.   To the best of my memory, July 2002.
10  Q.   Was Maria hired as a result of Kathleen's
11  departure?
12  A.   I don't understand your question.
13  Q.   I gather when Kathleen left you were down one
14  portfolio administrator.  It was just you in the
15  Delaware office?
16  A.   Yes.
17  Q.   And was Maria hired to bring you back up to the
18  complement of I guess two portfolio administrators in
19  the Delaware office?
20  A.   I believe that was -- I'm not sure.
21  Q.   Did you ever at any point in time work
22  physically in the Philadelphia office?
23  A.   Work physically how do you mean?
24  Q.   Go to the office on a meeting or work related.

1   Q.   Do you remember when that was?

2   A.   To the best of my memory, Mr. Bell was
3   transferred from Delaware to Philadelphia on the
4   Delaware team. And to the best of my memory, he left
5   Mellon in the early two hundreds -- 2000's.

6   Q.   2000's. You said he was transferred from
7   Delaware to Philadelphia at some point, Mr. Bell?

8   A.   Yes.

9   Q.   Do you remember when he was transferred?

10  A.   To the best of my memory, the late 1990's.

11  Q.   Do you know why he was transferred?

12  A.   No.

13  Q.   But after the transfer he remained a part of
14  the Delaware team, although he was in the Philadelphia
15  office?

16  A.   Mr. Bell?

17  Q.   Mr. Bell.

18  A.   Yes.

19  Q.   Do you know why Mr. Bell left the company?

20  A.   To the best of my memory, he was forced to
21  resign.

22  Q.   And who forced him to resign?

23  A.   To the best of my memory, Brendan Gilmore.

24  Q.   And how do you know that Brendan Gilmore forced

1   Mr. Bell to resign?
2       A.   Brendan Gilmore was the Delaware team leader.
3       Q.   So are you making the assumption that because
4   Brendan was the Delaware team leader that he had had
5   something to do with Mr. Bell resigning?
6       A.   Please repeat the question.
7            MS. WILSON:  Can you repeat the question,
8   please?
9            (The reporter read back the last
10  question.)
11           THE WITNESS:  It's not an assumption.
12  BY MS. WILSON:
13      Q.   When you say it's not an assumption, how do you
14  know?
15      A.   Members of the team understood pressures
16  Brendan Gilmore placed on Robert Bell.
17      Q.   Now, did Mr. Bell ever tell you that
18  Mr. Gilmore had forced him to resign?
19      A.   I don't understand your question.
20      Q.   Well, did you have any conversations with
21  Mr. Bell in which he said, "Mr. Gilmore forced me to
22  resign"?
23      A.   To the best of my memory, Mr. Bell did not use
24  your exact words.

1  resign because of his age?

2     A.    To the best of my recollection, yes.

3     Q.    Why did you believe that?

4     A.    I believe Brendan Gilmore wanted to eliminate

5  older members of the team and replace them with

6  younger people.

7     Q.    Now, do you know Brendan Gilmore's age?

8     A.    To the best of my memory -- do you mean at this

9  time?

10    Q.    Yes.

11    A.    To the best of my memory, Brendan Gilmore would

12  be between 55 and 58.

13    Q.    Now, Ms. Blozis, you said that you feel that

14  Brendan Gilmore wanted to eliminate older workers of

15  the team and replace them with younger ones?

16    A.    Yes.

17    Q.    And that was in response to the question why do

18  you think that Mr. Bell's forced resignation was as a

19  result of age?  Why do you say that Gilmore wanted to

20  eliminate the older workers of the team and replace

21  them with younger ones?

22    A.    I don't understand the question.

23    Q.    What do you base that on when you make the

24  statement that Gilmore wanted to eliminate older

1  workers of the team and replace them with younger
2  ones?
3      A.   I don't know why Brendan Gilmore wanted to
4  replace older members.  I know that he replaced
5  Mr. Bell.
6           Correction:  He put pressure on Mr. Bell
7  to resign.  He put pressure on Linda Squier to resign.
8  He put pressure on Martha Fetters to resign.
9      Q.   When you say that Gilmore put pressure on Bell
10 to resign, how do you know that?
11     A.   I know that from conversations with other
12 members of the team.
13     Q.   And who were those conversations with?
14     A.   Martha Fetters, Linda Squier.
15     Q.   And what did Martha Fetters tell you?
16     A.   At this time I cannot quote exactly.
17     Q.   You don't have to give me the exact.
18 Abbreviated or whatever you can recall.
19     A.   To the best of my recollection, Martha
20 indicated that Brendan Gilmore was overwhelming Robert
21 Bell with work that was unrealistic for any team
22 officer to do at that time.
23     Q.   And those were the gist of the conversations
24 that you were having with Martha Fetters about

1  A.   Yes.

2  Q.   That was a convoluted question, but I think you
3  understood what I meant because you had said the
4  predominance wasn't Mr. Bell and it sounded like the
5  predominance of the conversations that you and Martha
6  were having had to do with other work-related issues,
7  not having to do with Mr. Bell.

8  A.   That's correct.

9  Q.   Okay. But focusing on the conversations that
10 you were having about Mr. Bell and the perception that
11 he was being given a lot of work to do in order to
12 force him out, that was conversation, you and Martha
13 were having those conversations from time to time.  Is
14 that right?

15 A.   Yes.

16 Q.   Did you ever have any conversations with
17 Gilmore about Mr. Bell receiving unrealistic work
18 assignments?

19 A.   To the best of my memory, no.

20 Q.   Did you ever have any conversations with
21 Mr. Gilmore about Mr. Bell's performance, job
22 performance at any time?

23 A.   It wouldn't have been something Mr. Gilmore and
24 I would discuss.

WILCOX & FETZER LTD.
Registered Professional Reporters

1    Q.   Do you know what job assignments Mr. Gilmore
2  was giving Mr. Bell?
3    A.   In the Mellon team structure of trust teams,
4  Mr. Bell would have been given specific duties as a
5  trust administrating officer.
6    Q.   Do you know specifically what Gilmore was
7  giving Mr. Bell to do?
8    A.   Mr. Bell was in the Philadelphia offices, so
9  specifically I would not know the exact job
10 responsibilities he was getting from Mr. Gilmore.
11   Q.   Do you know, did you ever have any discussions
12 with Mr. Gilmore about the level of work that was
13 being given to Mr. Bell?
14   A.   No.
15   Q.   Did you ever have any discussions with Mr. Bell
16 about the level of work that he was being given by
17 Mr. Gilmore?
18   A.   Specifically at this time I cannot recall exact
19 discussions with Mr. Bell.
20   Q.   Now, when you say that you can't recall at this
21 time, are you saying, Ms. Blozis, that you may have
22 had the discussions and you don't remember sitting
23 here today or that you didn't have the discussions?
24   A.   I'm not sure I understand what you mean by the

1  word "discussion."
2     Q.    Conversation, talking.
3     A.    At this time I don't recall specific
4  conversations, other than when I may have seen
5  Mr. Bell in the Philadelphia offices at team meetings
6  and could read indications from him and see by the
7  work on his desk how much he was given versus other
8  officers.
9     Q.    So it was by when you went to his office or at
10 the meetings in Philadelphia, what, he seemed
11 stressed?
12    A.    Mr. Bell appeared to be stressed but had too
13 much panache to complain to coworkers.
14    Q.    And you said you would see on his desk more
15 work than you would see on others' desks.
16          Do you remember when you said when you
17 went to the Philadelphia office and you would see more
18 work on his desk than others' desks?
19    A.    Yes.
20    Q.    Who are you comparing his I guess the height of
21 the documents or the work?
22    A.    I would have seen trust files and work and
23 documents on Mr. Bell's desk.
24    Q.    And you were comparing the size of his, the