UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

**APPENDIX OF EXHIBITS TO MEMORANDUM IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56**

Reed Smith LLP
Thad J. Bracegirdle, Esq. (No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302)778-7500

Attorneys for Defendants, Mellon
Trust of Delaware National
Association, Mellon Bank, National
Association And Mellon Financial
Corporation

## INDEX OF EXHIBITS

| | | |
|---|---|---|
| EXH. A. | Plaintiff's Complaint | A-1 |
| EXH. B | Defendants' Answer | A-19 |
| EXH. C | Rosemary Thomas' February 23, 2007 Declaration together with Exhibits 1-6 | A-37 |
| EXH. D. | William S. Becker's February 21, 2007 Declaration together with Exhibits 1-13 | A-107 |
| EXH. E. | Relevant pages from the Deposition Transcript of Brendan Gilmore, dated December 19, 2006 | A-147 |
| EXH. F. | Relevant pages from the Deposition Transcripts of Linda J. Blozis dated July 26, 2006 and January 13, 2007 | A-165 |
| EXH. G. | Relevant pages from the Deposition Transcript of William S. Becker dated January 5, 2007 | A-264 |
| EXH. H. | Gregg L. Landis' February 26, 2007 Declaration together with Exhibits 1-22 | A-277 |
| EXH. I | Plaintiff's 2001 performance evaluation that was completed on Mellon's Performance Management Exempt Form | A-319 |
| EXH. J. | Relevant pages from the Deposition Transcript of Rosemary C. Thomas dated December 19, 2006 | A-329 |
| EXH. K | Plaintiff's 2002 performance evaluation that was completed on Mellon's Performance Exempt Form | A-342 |
| EXH. L | Plaintiff's May 19, 2003 Final Written Warning | A-351 |
| EXH. M | Kidd v. MBA America, Bank, 93 Fed. Appx. 399 (3d Cir. 2004) | A-352 |
| EXH. N | Keeshan v. Home Depot, Inc. 2001 WL 310601 (E.D. Pa. Mar. 27, 2001) | A-355 |
| EXH. O | Clifford v. Harleysville Group, Inc., No. 00-5432, 2001 WL 1530419 (E.D. Pa. Nov. 28, 2001) | A-370 |
| EXH. P | Silver v. American Institute of Certified Public Accountants, No. 05-4252, 2006 U.S. App. LEXIS 30035 (3d Cir. Dec. 6, 2006) | A-375 |
| EXH. Q | Jones v. UPS, Civ. No. 02-1449-SLR, 2004 U.S. Dist. LEXIS 14951 (D. Del. July 24, 2004) | A-380 |
| EXH. R | Childress v. Dover Downs, Inc., Civ. Act. No. 98-206-SLR, 2000 U.S. Dist. LEXIS 4881 (D. Del. Mar. 31, 2000) | A-386 |

EXH. S  Taylor v. Potter, Civ. Act. No. 03-1105 KAJ,
        2004 U.S. Dist. LEXIS 16629 (D. Del. Aug. 2, 2004),
        aff'd 2005 U.S. App. LEXIS 17859 (3d Cir. Aug. 18, 2005) .......... A-402

EXH. T  Rooks v. Girls Scouts of Chicago, No. 95-3516,
        1996 WL 459941 (7th Cir. Aug. 9, 1996) .......................................... A-409

EXH. U.  Casey v. Zeneca, Inc., Civ. Act. No. 93-514 (MMS),
        1995 U.S. Dist. LEXIS 5656 (D. Del. Mar. 31, 1995) ...................... A-414

EXH. V.  Thrower v. The Home Depot, Civ. Act. No. 04-577,
        2005 U.S. Dist. LEXIS 2139 (W.D. Pa. Sept. 27, 2005) ................... A-432

EXH. W  Wien v. Sun Company, Inc., Civ. A. 95-7646,
        1997 WL 772810 (E.D. Pa. Nov. 21, 1997) ........................................ A-442

EXH. X  March 13, 2003 e-mail from Plaintiff to Gregg Landis
        and Landis' response thereto ........................................................... A-449

EXH. Y.  Calloway v. E.I. DuPont, Civ. Act. No. 98-669-SLR,
        2000 U.S. Dist. LEXIS 12642 (D. Del. Aug. 8, 2000) ....................... A-450

EXH. Z.  Shramban v. Aetna, 115 Fed. Appx. 578 (3d Cir. 2000) ................. A-459

PRCLIB-438377.1-SWILSON 2/27/07 4:24 PM