# EXHIBIT 4

# To

# EXHIBIT H

March 19, 2003

███████████, M.D.
P. ██████████
██████ DE ██

RE:   108█████████████████████ Def Ben – IMA

Dear Dr. Cosgrove:

A review of our file indicates that we do not have a current Statement of Investment Policy. The asset allocation as of 3/19/03 is very close to the target percentages of 29% stocks, 65% bonds and 1% cash ~~revenues~~. If you are in agreement with this current allocation, please sign where indicated and return in the envelope provided.

*[handwritten annotations: "serves" next to paragraph; "65%" changed to "70%"; "29 + 65 + 1 does not equal 100%"]*

Gregg Landis and Bruce Holmquist will be calling to set up a meeting this spring. In the meantime, please feel free to contact this office with any questions you may have.

Sincerely,


Linda J. Blozis
Portfolio Administrator

LJB/hs
Encls.

*[handwritten note: "Attention to detail. Linda drafted a letter where client's assets do not add up to 100%. Basic math error."]*

## Statement of Investment Policy

Name: ███████████████ PROFIT SH PLAN

Tax ID: 54███████

Account Number: 108███████

Investment Objective: MODERATE GROWTH

Risk Tolerance: HIGH

Return Requirements:

*Accuracy; attention to detail.*

Liquidity Needs: 10% cash availability per client for plan distributions

Time Horizon: 1-5 yrs.

**Asset Allocation:**

|          | Target | 3/14/03 |
|----------|--------|---------|
| Equity:  | 60%    | 65%     |
| Bonds:   | 30%    | 31%     |
| Cash:    | 10%    | 14%     |

**Equity Allocation**

Large-Cap:
Mid-Cap:
Small-Cap:
Dev. Int'l:
Emerg. Mkts:

All equity permitted ...
permitted ...
targets are ...

*Linda - this adds up to 110%. Please fix. GL 3/17/03*

Special or Unique Circumstances:

_____

_____

Client signature: _____   Mellon: _____

Name: William E. Cox                         Name: Gregg Landis
Date:                                        Vice President

Client signature: _____   Date: _____

Name: Frank Matthews
Date:

A-292                                        MEL/BLOZ 640

# EXHIBIT 5

# To

# EXHIBIT H

**Landis Gregg L**

| | |
|---|---|
| From: | Blozis Linda J |
| Sent: | Friday, March 21, 2003 3:28 PM |
| To: | Landis Gregg L |
| Cc: | Bannister Maria F |
| Subject: | ▬▬▬ - Proxy material 108▬▬▬001 |

FYI this and other proxy issues:
I spoke with Rebecca Burton of the proxy unit, in Rick Adams' absence, and the AC screen for this account is correct (BANK VOTES; CLIENT PROXY - NONE). She turned my attention to an advice tickler for the account. I needed to change both PROXIES and ANNUAL REPORTS TO NO. The other choice is to delete the tickler altogether. Rebecca will take a further look into the account to make sure no asset is singularly coded to have Mr. ▬▬ vote and will get back to me if we have further issues to address. He should not be receiving further materials in the mail.

Linda J. Blozis
Mellon Portfolio Administrator
(800) 842-5922
(302) 421-2208
blozis.lj@mellon.com

*LB did this wrong last year, and the client kept getting reports (we had asked us to stop them last year — the fixing job was assigned to LB.)*

# EXHIBIT 6

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

Linda presented these 4 investment reviews to me as having passed the system and ready for signature. However — all have unusually high cash percentages and <u>no</u> allocation to international + emerging markets.

I questioned this, and she did not have the reasons. She needs to go back + research further.

<u>It is crucial for her to know when accounts are in line or out of line with policy</u>, and also to know what is going on with the accounts.

GL 3/31/03

MEL/BLOZ 629

*Client/Trust Name: G-S. ~~[redacted]~~   A\_nt Number: 108~~[redacted]~~0000

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so. — _3_

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments. — _2_

3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1") — _3_

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term. — _2_

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided. — _2_

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix. — _3_

**TOTAL:** _15_

Range of Responses: 1 – 5
1 = Strongly Disagree;  5 = Strongly Agree

_Lg Cap Select_

Date of Previous Review _4-5-02_
Previous Score _18_

### Asset Allocation Targets

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| ~~Moderate Growth~~ | 18-23 | 60 |
| (Balanced Growth & Income) ← _5_ | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

### Current Asset Allocation

Total Market Value: $ _1,436,613.—_

Equities: _38%_   Fixed Income: _57%_   Cash: _5%_   Other: _____

* Large Cap: _89%_
* Mid Cap: _6%_
* Small Cap: _6%_
* International: _____
* Emerging Mkts: _____

\* % of Equity

Questionnaire completed by: _____ Date: _____

Team Leader/Reg 9 Signer: _____ Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: ~~████~~ /~~████~~ ~~████~~-TA    Account Number: 108~~████~~J006

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.  _5_

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments.  _5_

3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")  _5_

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.  _4_

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.  _5_

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.  _4_

*Lg Cap TE Select*

TOTAL: _28_

Range of Responses: 1 – 5
1 = Strongly Disagree;  5 = Strongly Agree

Date of Previous Review  _3-9-02_
Previous Score  _28_

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**    Total Market Value: $256,925.—

Equities: _90%_    Fixed Income: _____    Cash: _10%_    Other: _____

* Large Cap: _79%_
* Mid Cap: _10%_
* Small Cap: _11%_
* International: _____
* Emerging Mkts: _____        * % of Equity

Questionnaire completed by: _____    Date: _____

Team Leader/Reg 9 Signer: _____    Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

A-296

MEL/BLOZ 631

*Client/Trust Name: ~~[redacted]~~     A~~cou~~nt Number: 108~~[redacted]~~003

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

1. **High Capital Growth.** The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.     __5__

2. **Low Current Income.** It is not important to earn a high level of spendable income on the investments.     __5__

3. **Long Time Horizon.** The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")     __5__

4. **Tolerant of Short-Term Declines.** The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.     __5__

5. **Minimal Need for Liquidity.** The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.     __5__

6. **Low Principal Stability.** The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.     __5__

TOTAL: __30__

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

*Lg Cap TE Select*

Date of Previous Review __3-9-02__
Previous Score __30__

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| (✓) Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**     Total Market Value: __$1,045,848.—__

Equities: __90 %__     Fixed Income: _____     Cash: __10 %__     Other: _____

* Large Cap: __61 %__

* Mid Cap: __19 %__

* Small Cap: __20 %__

* International: _____

* Emerging Mkts: _____          * % of Equity

Questionnaire completed by: _____     Date: _____

Team Leader/Reg 9 Signer: _____     Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

*Client/Trust Name: G-S ~~[redacted]~~ End-T/  Acc't Number: 10&~~[redacted]~~000

## ASSET ALLOCATION RISK PROFILE QUESTIONNAIRE

High Capital Growth. The client seeks a higher than average return that will protect the portfolio against erosion of inflation and the client is willing to accept greater investment risk to do so.    3

Low Current Income. It is not important to earn a high level of spendable income on the investments.    2

3. Long Time Horizon. The client has an investment time horizon that is greater than 20 years. (Over 20 years = "5"; three or less years = "1")    3

4. Tolerant of Short-Term Declines. The client is willing to tolerate a moderate decline in the value of the portfolio over the short-term to achieve higher returns over the long-term.    2

5. Minimal Need for Liquidity. The client has available sufficient other assets, or the nature of the trust is irrevocable, that conversion of a substantial portion of the portfolio to cash can be avoided.    2

6. Low Principal Stability. The client is comfortable with short-term swings in the investments in order to achieve a higher return than could be expected from a more stable asset mix.    3

TOTAL: 15

Range of Responses: 1 – 5
1 = Strongly Disagree; 5 = Strongly Agree

Date of Previous Review   3-9-02
Previous Score   30

*Lg Cap Select*

**Asset Allocation Targets**

| Balanced Portfolio Objectives | Risk Questionnaire Score | Target Stock % (+/- 10%) |
|---|---|---|
| Aggressive Growth | 28-30 | 80 |
| Growth | 24-27 | 70 |
| Moderate Growth | 18-23 | 60 |
| ✓ Balanced Growth & Income | 14-17 | 50 |
| Income | 10-13 | 40 |
| Aggressive Income | 6 - 9 | 30 |
| **Specified Portfolio** | | |
| All Equity | | 100 |
| All Fixed Income | | 0 |

**Current Asset Allocation**    Total Market Value: $537,327.—

Equities: 41%   Fixed Income: 52%   Cash: 7%   Other: _____

* Large Cap:  79%
* Mid Cap:  10%
* Small Cap:  11%
* International:  _____
* Emerging Mkts:  _____

* % of Equity

Questionnaire completed by: _____  Date: _____

Team Leader/Reg 9 Signer: _____  Date: _____

*Client Name = beneficiary (irrevocable), donor (revocable), owner of assets held (IMA, IRA) on individual or multiple accounts. Please note all applicable account numbers.

# EXHIBIT 7

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

## Landis Gregg L

**From:** Landis Gregg L
**Sent:** Monday, April 21, 2003 8:16 AM
**To:** Blozis Linda J
**Subject:** FW: April 2003 Stale Price Report

The March report was on your "to do" list. Please see me some time this week with resolutions. Thanks.

-----Original Message-----
**From:** Wasielewski Paul
**Sent:** Thursday, April 17, 2003 10:16 AM
**To:** Landis Gregg L
**Subject:** April 2003 Stale Price Report


Stale Priced Report.rtf

The attached spreadsheet contains the current list of stale priced assets held in accounts coded with your investment officer code. Please review the report, determine if current pricing data exists, and provide updated pricing data to the Asset Master Pricing Group.

4/25 - Linda is working on several books for client meetings, and is also going on vacation soon. She feels this is not a priority right now. Still, the point is that in the last month since our meeting of 3/12, she did not get this task done.

# EXHIBIT 8

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

# INVESTMENT REVIEW
## IRA - 108▮
### March 31, 2003

*Handwritten at top left (rotated):* 93% in stocks is not balanced.

*Handwritten (rotated):* Aggressive approach with 93% in stocks.

*Handwritten right side:* I have corrected mistakes like this before. Shows a lack of understanding of basic investment concepts & words.

G
4/24/03

**Portfolio Objectives**
Balanced approach ~~which combines equities for long-term growth and bonds for current income and account stability~~.
Long-term investment horizon.

**Current Strategy**
Large Cap stock asset class is represented by Mellon Large Cap Select stock model and individual company names.
Mid, Small, International and Emerging Market asset classes are represented by mutual funds.
Bond asset class is represented by ~~mutual funds~~. U.S. Treasuries

**Historical Market Values**
Act. No. 1083▮

|  | 12/31/2002 | 3/31/2003 |
|---|---|---|
|  | $ 424,183 | $ 408,350 |

**Asset Class Time-Weighted Rates of Return through period ending 3/31/03**

|  | 1st Quarter thru 3/31/03 | Annualized Since funding* Oct.02 |
|---|---|---|
| **Total Account** 1082▮ | -3.88% | -3.13% |
| **Equities** 1083▮ | -4.01% | -3.05% |
| **Fixed Income** 1083▮ | 1.30% | 4.46% |
| S&P 500 Large Cap Index | -3.16% | -3.48% |
| S&P 400 Mid Cap Index | -4.44% | -3.06% |
| S&P 600 Small Cap Index | -5.79% | -4.22% |
| MSCI EAFE | -8.21% | -8.06% |
| MSCI Emerging Markets | -5.87% | -2.73% |
| Lehman Aggregate | 1.39% | 3.46% |

*\* BENCHMARKS ARE SINCE ORIGINAL ACCOUNT FUNDING 10/02*

A-300

MEL/BLOZ 622