# EXHIBIT 17

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

LINDA BLOZIS FILE

I met with Rosemary Thomas of HR on 5/12/03. She has been speaking with Linda and offered the following observations:

1) Rosemary detects a strong resistance to change on the part of Linda.

2) Linda said she just doesn't have the time to complete all of her work.

3) Linda said she might not want to continue working at this pace/level.

Based on recent problems -- which show the lack of improvement from her year-end review -- we decided to place Linda on final written warning.

# EXHIBIT 18

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

5/19/03

Can you just fire me?

Resign: unempl.

RT: call unemp. bureau
up to you.

She's frustrated

not willing to do 50 hrs.
when paid for 37.5

very stressed out

RT: GL kind, sensitive delivery

she feels BMG wants her gone

# EXHIBIT 19

# To

# EXHIBIT H

WILLIB-0014956.01-LALANKFO
February 27, 2007 2:56 PM

LINDA BLOZIS

Gregg's notes re: final written warning meeting

1753

* Format
* Agenda: prelim, document, examples, time to talk

Prelim

jobs changing: fast paced; do more w/ less; learning; client sat; cnvrs

BMG...DOK...PK...CS

2002 perf. review = needs improvement... a written warning

discussion w/ BMG ... attitude ... ~~bad attn ins~~

follow up w/ RT: ① detected a strong resistance to change,
  ② said don't have the time to get all of your work done,
  ③ said might not want to continue @ this pace/level.
* disc w/ me, BG + PK... RT developed final writ. warn.

Examples
  - ~~books~~
    - not done... push off... still not assembled... BMG aware that MB doing significant portions of the books... assign?
    - 2 errors: ① bar chart equity div ② label on YTD gains
  - ~~[redacted]~~
  - ~~[redacted]~~
  * manually priced

  ➔ MEET TO SET DEADLINES

A-312

MEL/BLOZ 686

# EXHIBIT 20 To EXHIBIT H

5/21/03

LB Things To Be Done:

1. Complete ~~~~~~ prelim. booklet for 3/00/meet.  (8 books)
2. Review (current)
3. Relationship coding project (Lynn Morea)
4. Stale pricing - asset list — June 20th
6. Horizon - Ins Escrow fee resolution + close othr escrow
7. Summer A/C
8. Track Mellon Fund Prospectus
9. Current list of MPAM hldgs for #201/185
10. B.ReP.

~~Call on Mellon binder~~

**Thomas Rosemary C**

| | |
|---|---|
| From: | Landis Gregg L |
| Sent: | Thursday, June 26, 2003 3:48 PM |
| To: | Thomas Rosemary C |
| Subject: | RE: Linda Blozis Performance |

I start vacation tomorrow. Brendan will be in Philly tomorrow; maybe you can talk with him. He knew about this item and told me to proceed the way that I did - ask for an explanation in writing from Linda and then send the response to you and him for consideration.

The decision seems to be figuring out what to do next. I know he asked Cindy to train Linda on investment proposals, which she did, and I have started to notice a bit more focus/energy with Linda. But here is a prime example of not getting things done in a timely fashion and the usual excuses. This particular task was a hold-over from when she worked with Becker last year, and each month he gave her this to do.

If you talk with Brendan tomorrow, maybe I could get a brief e-mail update on what was decided for when I come back on 7/7. Thanks.

-----Original Message-----
From: Thomas Rosemary C
Sent: Thursday, June 26, 2003 3:41 PM
To: Landis Gregg L
Subject: RE: Linda Blozis Performance

I will call you in the morning

-----Original Message-----
From: Landis Gregg L
Sent: Thursday, June 26, 2003 3:09 PM
To: Gilmore Brendan M; Thomas Rosemary C
Subject: Linda Blozis Performance

FYI

-----Original Message-----
From: Blozis Linda J
Sent: Thursday, June 26, 2003 3:06 PM
To: Landis Gregg L
Subject: RE: May 2003 Stale Price Report

In short, the task is not completed. I have not been able to fit it into the many other tasks that I have accomplished in the past month. However, after the latest major review project that's now almost completed, i.e. our finally devoting the proper time and attention to the multiple ▓▓▓▓▓ accounts; I was feeling quite good at having the time to devote to completing the stale price report.

Linda J. Blozis
Mellon
19G-0201
(302) 421-2208
blozis.lj@mellon.com

-----Original Message-----
From: Landis Gregg L
Sent: Thursday, June 26, 2003 12:58 PM
To: Blozis Linda J
Subject: FW: May 2003 Stale Price Report

This was to be done by 6/20 but I have not heard back from you. Please update me on the status by e-mail today, including an explanation for why the deadline was missed.

1

A-314

This job comes up every month, but is not getting done. When we discussed this task in the past, you asked to set it aside due to more important work. The most recent time we met and discussed this was on 5/21. I emphasized the importance of fitting this in with other tasks, and asked you to complete it by 6/20. Please let me know what happened. Thanks.

5/21/03

-----Original Message-----
**From: Landis Gregg L**
**Sent:** Wednesday, May 21, 2003 3:49 PM
**To:** Blozis Linda J
**Subject:**   FW: May 2003 Stale Price Report

Per our discussion, please complete by 6/20/03. Thank you.

-----Original Message-----
**From: Wasielewski Paul**
**Sent:** Tuesday, May 20, 2003 2:44 PM
**To:** Landis Gregg L
**Subject:**   May 2003 Stale Price Report

5/20/03

<< File: Stale Priced Report.rtf >>
The attached spreadsheet contains the current list of stale priced assets held in accounts coded with your investment officer code. Please review the report, determine if current pricing data exists, and provide updated pricing data to the Asset Master Pricing Group.

**Thomas Rosemary C**

| | |
|---|---|
| From: | Landis Gregg L |
| Sent: | Thursday, June 26, 2003 3:09 PM |
| To: | Gilmore Brendan M; Thomas Rosemary C |
| Subject: | Linda Blozis Performance |

FYI

-----Original Message-----
From: Blozis Linda J
Sent: Thursday, June 26, 2003 3:06 PM
To: Landis Gregg L
Subject: RE: May 2003 Stale Price Report

In short, the task is not completed. I have not been able to fit it into the many other tasks that I have accomplished in the past month. However, after the latest major review project that's now almost completed, i.e. our finally devoting the proper time and attention to the multiple █████ accounts; I was feeling quite good at having the time to devote to completing the stale price report.

Linda J. Blozis
Mellon
19G-0201
(302) 421-2208
blozis.lj@mellon.com

-----Original Message-----
From: Landis Gregg L
Sent: Thursday, June 26, 2003 12:58 PM
To: Blozis Linda J
Subject: FW: May 2003 Stale Price Report

This was to be done by 6/20 but I have not heard back from you. Please update me on the status by e-mail today, including an explanation for why the deadline was missed.

This job comes up every month, but is not getting done. When we discussed this task in the past, you asked to set it aside due to more important work. The most recent time we met and discussed this was on 5/21. I emphasized the importance of fitting this in with other tasks, and asked you to complete it by 6/20. Please let me know what happened. Thanks.

5/21/03

-----Original Message-----
From: Landis Gregg L
Sent: Wednesday, May 21, 2003 3:49 PM
To: Blozis Linda J
Subject: FW: May 2003 Stale Price Report

Per our discussion, please complete by 6/20/03. Thank you.

-----Original Message-----
From: Wasielewski Paul
Sent: Tuesday, May 20, 2003 2:44 PM
To: Landis Gregg L
Subject: May 2003 Stale Price Report

<< File: Stale Priced Report.rtf >>
The attached spreadsheet contains the current list of stale priced assets held in accounts coded with your investment officer code. Please review the report, determine if current pricing data exists, and provide updated pricing data to the Asset Master Pricing Group.

1

MEL/BLOZ 680

# EXHIBIT 21

# To

# EXHIBIT H

**Landis Gregg L**

| | |
|---|---|
| From: | Landis Gregg L |
| Sent: | Thursday, July 10, 2003 12:10 PM |
| To: | Gilmore Brendan M |
| Subject: | L. Blozis |

Brendan:

You and I just completed a phone call with Rosemary Thomas of Human Resources. Based on information gathered regarding the job performance of Linda Blozis, following the 2002 year-end review and the May final written warning, we will be terminating Linda's employment with Mellon on Monday 7/14/03 at 10:00 am. Rosemary has reviewed this with the proper channels and has received approval to move ahead with the termination. Similarly, you have spoken with Paul Kochis - our local president and regional manager - and he is in agreement. We will pay Linda through Friday 7/18/03 as a gesture of kindness.

Our files are complete with respect to the tracking of Linda's performance, and I would like this memo to serve as one final entry. Over the past few months, with the open portfolio manager spot, you have spent a great deal of time in Delaware helping me manage client accounts. As such, you have also had an opportunity to monitor Linda's progress. The result has been a feeling that she continues to lack sufficient product knowledge and work quality, fails to complete projects in a timely manner, and lacks a demonstration of ownership without constant monitoring.

One example that you related was with the recent preparation for the Dan ▓▓▓ meeting. You asked Linda to pull Baseline reports on the concentrated stock holdings to analyze their contribution to overall investment performance. Judging by her response, you felt she did not understand the importance of this matter as compared to portfolio assistants in our Philadelphia office, who routinely prepare and analyze this kind of information for your meetings. Additionally, there was a delay in her sending you the completed booklet for review in preparation for the meeting and Linda selected a delivery method that was more expensive than necessary.

As to Linda's lack of product knowledge, several methods of training were instituted. For example, Cindy Chambliss (a portfolio officer on our Philadelphia team) came to Delaware in order to show Linda the types of materials to be included in a presentation booklet. Also, Linda went to Philadelphia to sit with Cindy and watch her prepare investment recommendations in the proper format for client viewing. Finally, you adopted more of a mentoring role in your visits to Delaware, and would discuss client investments and decision-making processes with Linda so that she would have the chance to learn more about what we do and why we do it. Unfortunately, these efforts did not produce the kinds of results we need.

Given all of our previous discussions with Linda about her performance, this termination should not come as a surprise to her. When the final written warning was delivered in May, Linda asked Rosemary if we could fire her immediately so she could leave the job and collect unemployment benefits. This clearly is not the kind of response we would expect from someone committed to raising her performance level to meet the demands of the job.

While it will be personally difficult to terminate Linda, I think we are exercising managerial courage and making a decision that will ultimately lead to the advancement of this office. Please let me know if there is anything else you would like to add to this memo for the files. Thank you.

# EXHIBIT 22

# To

# EXHIBIT H

LINDA BLOZIS

Gregg's notes re: termination meeting

7/14/03

- final written warning 2 months ago ... immediate + sustained improvement
- unfortunately has not been the case ... today we are term your emp w/ MEL

- I will leave room ... talk w/ Rosemary as long ... benefits, insurance
- large box - take all personal belongings
- turn in front door key & ID badge to me
- anything that is MEL property needs to stay @ here

- I will tell Maria that today is your last day — beyond that, you can have a conversation w/ her before you leave.

- Personal side - friendly to me + my family ... appreciate that
- Truly wish you good luck
- Showing of good faith — pay thru Friday.