# EXHIBIT I

*Assessment*
*Year-end 2001*
*Blozis*

# *Performance Management*

## Exempt Form

 **Mellon**

Being Your Employer of Choice


DEPOSITION EXHIBIT
Blozis 3
7-26-06 KF

A-319

## Performance Management Process

Mellon is committed to being your Employer of Choice. Achieving this goal requires a strong emphasis on managing performance. The Performance Management Process has been designed to meet the needs of both managers and employees. It provides a simple, flexible tool that managers can use to measure performance and to develop employees' skills. In turn, it clearly states for employees what is expected of them in their position. It also provides managers and employees with a vehicle to work together to determine goals, identify competencies, assess values and agree on development opportunities.

The Performance Management Process occurs in three cyclical phases:
- **Performance planning** (independently or in combination with performance assessment for prior year)
- **Progress review** (optional review)
- **Performance assessment** (independently or in combination with performance planning for following year)



*You are required to have at least one meeting per year (to plan performance for following year and assess performance for prior year) but it is strongly encouraged to provide ongoing feedback to employees.*

**Overview of the Process**

|  | Performance Planning | Progress Review | Performance Assessment |
|---|---|---|---|
| **Employee** | • Present first draft of goals for the year<br>• Present first draft of action plans on Shared Values | • Provide updates to goals, if necessary<br>• Solicit feedback on performance<br>• Act on feedback | • Prepare self-appraisal on accomplishments for the year<br>• Participate in annual performance assessment<br>• Comment on assessment form |
| **Manager** | • Review and agree upon goals set for the year<br>• Review and agree upon action plan to demonstrate Shared Values<br>• Suggest and agree upon competencies | • Provide ongoing feedback on performance<br>• Discuss and document changes in plans and priorities | • Prepare annual assessment<br>• Review and discuss annual assessment<br>• Discuss strengths and development actions |

Please read the performance management toolkit carefully before beginning the process.

A-320

**Employee Information**

| Employee Name: | Linda J Blozis | Manager's Name: | William S. Becker |
|---|---|---|---|
| Job Title: | Portfolio Administrator | Next Level Manager: | Brendan M. Gilmore |
| Salary Grade: | 06 | Date of Planning: | 02/27/01 |
| Department: | MPAM-DE | Date of Mid-Year Review: | 07/25/01 |
| Length of Service: | 12 | Date of Final Assessment: | |
| Time in Current Position: | 2 | Date of Prior Assessment: | |

## Section I: Results-Based Goals

As part of the planning process, managers and individuals identify measurable goals in four areas. At the end of the performance cycle, the manager will perform an overall assessment of the individual's accomplishments against goals. Individuals must have at least one goal in each area and we suggest an overall total of six to eight goals for this section. Examples of goals can be found in the performance management toolkit.

| Goal Plans for the year (identify specific contributions for the year. If new goals are established or priorities are changed during the year, attach new plan) | | | | | Year-End Assessment | | | | Year-End Accomplishments (Indicate employee results for the year. Identify factors that contributed to accomplishment or prevented achievement. Refer to specific examples) |
|---|---|---|---|---|---|---|---|---|---|
| Become technically proficient with Trust and Investment Operational systems | | | | | ☐ | ☒ | ☐ | ☐ | |
| Grow fee revenue by accurately tracing enrichments to accounts | | | | | ☐ | ☐ | ☒ | ☐ | |
| Analyze Corporate Actions; monitoring sale or acquisition of a stock that will compliment the client's account; reduce # of overdrafts by daily tracking | | | | | ☐ | ☐ | ☒ | ☐ | |
| Reduce number of callback by providing appropriate assistance to clients when Port. Off is not available | | | | | ☒ | ☐ | ☐ | ☐ | |
| Preparing meeting packets in a timely & efficient manner. | | | | | ☐ | ☐ | ☒ | ☐ | |
| Worked w/clients to accept new fee schedule | | | | | ☐ | ☐ | ☒ | ☐ | |
| Attend training sessions as appropriate | | | | | ☐ | ☐ | ☒ | ☐ | |
| Initiated sweep vehicle conference call for team | | | | | ☒ | ☐ | ☐ | ☐ | |
| Increase familiarity of cross-ver responsibilities within the team | | | | | ☐ | ☒ | ☐ | ☐ | |
| Assisted in transfer of Guardianship accounts to another trustee | | | | | ☐ | ☒ | ☐ | ☐ | |
| Monitor account diversification & recommend changes to confirm w/policy | | | | | ☐ | ☒ | ☐ | ☐ | |
| | | | | | ☐ | ☐ | ☐ | ☐ | |

A-321

\* Requires a comment/explanation

**Year-End Overall Assessment for Results-Based Goals:**

- ☐ **Outstanding:** Employee consistently exceeded most expectations set for the year. The employee clearly contributed toward moving the business forward.
- ☐ **Exceeds Target:** Employee consistently met, and occasionally exceeded expectations set for the year.
- ☒ **Meets Target:** Employee performance met expectations set for the year on a regular basis.
- ☐ **Below Target:** Employee performance did not regularly meet expectations for the year.

**Comments on Year-End Assessment (add pages if necessary):**

A-322

Performance Management Exempt form- January 2002

4

## Section II: Shared Values

All Mellon employees are expected to exhibit certain values and behaviors linked to achieving our vision to be the best performing financial services company. Our Shared Values are at the core of everything we do and are considered an integral component of performance management. During the planning process, managers and employees should agree on specific behaviors for the year that would demonstrate these values.

| Definition | Action Plan (Planning Process) | Year-End Assessment | | | |
|---|---|---|---|---|---|
| **Integrity** How we respect and treat with dignity our customers, clients, shareholders, communities and each other. Being honest, fair, active listeners, open communicators, and accountable. | Respects others opinions and encourages communications among teams | ☐ | ☒ | ☐ | ☐ |
| **Teamwork** Working cooperatively and relying on each other for our individual and shared success. Valuing individual differences, encouraging new ideas, sharing information, and always learning and recognizing performance. | Develops contacts in operations areas with the purpose of improving client problem resolution; frequently communicates with fellow employees to accept and generate feedback that contributes to group | ☒ | ☐ | ☐ | ☐ |
| **Excellence** Producing the best results for our customers, clients, shareholders, communities and ourselves. Being creative and innovative, flexible and adaptable. Focusing on quality solutions, continually improving, and being winners. | Listen and address issues as soon as possible; be flexible and adaptable to changing focus of Mellon | ☐ | ☒ | ☐ | ☐ |

* Checkmarks on "Needs Improvement" require a specific goal on the development plan

**Year-End Overall Assessment for Shared Values:**

☐ **Role Model/ Outstanding:** Employee exceedingly demonstrated the behaviors associated with this value. Personal contribution is recognized and emulated by others.

☒ **Highly Effective:** Employee exceedingly demonstrated the behaviors associated with this value.

☐ **Effective:** Employee demonstrated some of the behaviors associated with this value.

☐ **Needs Improvement:** Employee does not regularly demonstrate the behaviors associated with this value.

**Comments on Year-End Assessment (add pages if necessary):**

## Section III: Competencies

All employees at Mellon are expected to exhibit certain behaviors that constitute our core competencies. In addition, there are competencies that are specific to the roles in the organization. Leaders will be assessed on core and leadership competencies. Employees will be assessed on core, people management (those holding managerial responsibilities) and job/role-specific competencies. The Competency Guide in the performance management toolkit provides a behavioral description of each competency.

| Competencies | Year-End Assessment | | | | Comments and Examples (Year-End Assessment) |
|---|---|---|---|---|---|
| **Core Competencies** | | | | | |
| Adaptability | ☐ | ☒ | ☐ | ☐ | |
| Communication | ☐ | ☐ | ☒ | ☐ | |
| Customer Service Orientation | ☒ | ☐ | ☐ | ☐ | |
| Interpersonal Skills | ☐ | ☒ | ☐ | ☐ | |
| Judgement | ☐ | ☐ | ☒ | ☐ | |
| Personal Accountability/Ownership | ☒ | ☐ | ☐ | ☐ | |
| **People Management Competencies** | | | | | |
| Attracting and Retaining Organizational Talent | ☐ | ☐ | ☐ | ☐ | |
| Developing and Coaching Others | ☐ | ☐ | ☐ | ☐ | |
| Managing for Results | ☐ | ☐ | ☐ | ☐ | |
| **Job-Specific Competencies** | | | | | |
| Dependability | ☒ | ☐ | ☐ | ☐ | |
| Initiative/Sense of Urgency/Organizational Skills | ☐ | ☒ | ☐ | ☐ | |
| Product knowledge/work quality | ☐ | ☐ | ☒ | ☐ | |

\* Requires a comment/explanation
\*\* Please use the Competency Guide in the performance management toolkit to review behavioral descriptors

### Year-End Overall Assessment for Competencies:

☐ **Outstanding:** Continually demonstrated extraordinary performance; performs at the highest level on a consistent basis.

☐ **Highly Effective:** Consistently met and often exceeded the standards of performance; often performs at high levels.

☒ **Effective:** Employee met expectations on performance; performs at required levels on a regular basis.

☐ **Needs Improvement:** Employee did not regularly meet the performance expectations set for his/her position; requires improvement.

A-324

Performance Management Exempt form- January 2002    6

**Comments on Year-End Assessment (checkmarks on "Needs Improvement" require a specific goal in the development plan):**

### Competency Development Plan

During the assessment period, managers identify strengths that contribute to job effectiveness and areas that need to be improved, enhanced or developed. As a result, employees and managers establish a development plan (on-the-job assignments, task force committee, coaching, etc.). Each employee must have at least *one* developmental goal for the year.

| Strengths – Identify Areas of Strength | | |
|---|---|---|
| Very service oriented. <br> Works hard on client relationships. <br> Supports Port. Mgr. when dealing with clients. <br> Knows importance of inter-departmental rapport for succes of job. | | |
| **Competency to Be Developed** | **Initiatives** | **Initiated On** |
| 1. Stronger product knowledge | Take classes if available; review investment handbook | Begin 4/1/02 |
| 2. Increase proficiencies in preparing client materials | Standardize format for each client | Immediately |
| 3. Help insure client satisfaction | Set up client meetings & personal tickler for pro-active client phone contact | Immediately |
| 4. | | |

**Comments (add pages if necessary):**

A-325

**Section IV: Summary and Final Performance Rating – To Be Completed During Year-End Assessment**

| | | | | |
|---|---|---|---|---|
| **Results-Based Goals** | ☐ Outstanding | ☐ Exceeds Target | ☒ Meets Target | ☐ Below Target |
| **Shared Values** | ☐ Role Model/ Outstanding | ☒ Highly Effective | ☐ Effective | ☐ Needs Improvement |
| **Competencies** | ☐ Outstanding | ☐ Highly Effective | ☒ Effective | ☐ Needs Improvement |

**Overall Rating (Check One):**

☐ Outstanding Performance    ☐ Strong Performance    ☒ On-Target Performance    ☐ Action Needed*

\* Requires the rater to check one of the boxes below & to provide a comment/explanation

**Outstanding Performance:** Employee exceeded expectations on a consistent basis throughout the year, demonstrating extraordinary performance including achievement of goals. Personal contribution was recognized and applauded by others.

**Strong Performance:** Employee regularly met expectations, going beyond some objectives and/or responsibilities, anticipating issues, and acting proactively.

**On-Target Performance:** Employee performance met expectations for achievement of objectives and/or responsibilities. Employee performed at required levels.

**Action Needed:** Check one of the following boxes.
- ☐ **Too New to Rate:** Employee is new in the organization or unit. Manager and employee need to establish an interim date for assessment.
- ☐ **Needs Improvement:** Employee occasionally, but not regularly, met expectations in selected areas and requires improvement in specific job areas.
- ☐ **Unsatisfactory:** Employee performance did not meet the minimum requirements.

**Manager's Comments** – required if "Action Needed" was selected on final performance rating (add pages if necessary):

**Employee's Comments (add pages if necessary):**

**Signatures and Dates**

| Employee Signature/Date | Employee Signature/Date ☐ No ☐ Yes | Employee Signature/Date *Linda J Bl[...] 2/20/02* |
|---|---|---|
| Manager Signature/Date | Manager Signature/Date | Manager Signature/Date *BM[...] 2/22/02* |
| Next-level Manager Signature/Date | Next-level Manager Signature/Date | Next-level Manager Signature/Date |

A-326

## Section V: Self-Appraisal Questionnaire

The employee initiates the assessment process by conducting a qualitative self-assessment of his/her performance that is given to the manager prior to the performance discussion.

**Results-Based Goals**

1) Describe in qualitative terms how you would assess your performance against the results-based goals that were established during the planning process.

> Throughout the year I have demonstrated the initiative & willingness to accept each challenge and assignment given and to complete the assignment in a timely manner.

2) What are the factors that enabled or hindered your ability to meet expectations?

> Short notice given on some major projects from other depts.; i.e. CIDB project from marketing; Fee Unit project to collect past due bills.

**Shared Values**

3) List specific examples/occasions where you have demonstrated our Shared Values.

| Shared Value | Example/Occasions |
|---|---|
| Integrity | ■ Continue to serve all clients and offer solutions<br>■ Respond to clients' requests despite the fact that account may be terminating. |
| Teamwork | ■ Suggested teleconference when client meeting not possible.<br>■ Helped arranged client meetings on short notice & assist officer in scheduleing process. |
| Excellence | ■ Adaptable to changing corporate policies.<br>■ Accepts accountability |

**Competencies**

4) What are your two strongest areas? Explain.

> Oriented towards client satisfaction.
>
> Flexible team player.

A-327

Performance Management Exempt form- January 2002

9

5) What are your two areas for improvement? Explain.

> Product knowledge - acquire a more fluid understanding of basic Mellon investment principles. Meeting deadlines more accurately and developing communication skills that allow me to meet those deadlines i.e.; alerting teammates when time-locking is necessary.

A-328