# EXHIBIT L

 **Mellon**

*originals*
Interoffice Memo

| | |
|---|---|
| Date: May 19, 2003 | From: Brendan Gilmore |
| To: Linda Blozis | Dept: Private Wealth Management |
| | AIM: |
| | Phone: |
| AIM: | Fax: |

RE: Final Written Warning for Performance

Linda, we have discussed on previous occasions that your performance is not meeting my expectations as a Portfolio Administrator. These concerns were discussed in your most recent Performance Review. Unfortunately, your lack of detail and timeliness continues to need improvement. Specifically, I have concerns in the following areas:

- Failure to determine the importance of finishing projects in a timely manner.

- Lack of ownership of projects without constant monitoring.

- Product Knowledge and Work Quality. Developing a better understanding of investments in general and Mellon's investment policies and procedures, specifically, to ensure that accounts are handled appropriately.

As a result, you are being placed on Final Written Warning. You must demonstrate immediate and sustained improvement in your overall performance with special focus on the issues outlined above. If there are specific areas in which I can provide assistance in your meeting of my expectations, please let me know so that we can discuss and determine an appropriate course of action. However, if your performance continues to not meet my expectations, you may be subject to further corrective action up to and including termination of our employment.

_Linda Blozis_   5/19/03
Copy received – Linda Blozis

DEPOSITION EXHIBIT
Blozis 14
7-26-06 KF

Mellon Financial Corporation
Asset Management
Institutional Asset Management
Mutual Funds
Private Wealth Management

Corporate and Institutional Services
Asset Servicing
Human Resources Services
Treasury Services

For internal use only.

A-351

P042