# EXHIBIT X

**Landis Gregg L**

| | |
|---|---|
| From: | Blozis Linda J |
| Sent: | Thursday, March 13, 2003 11:14 AM |
| To: | Landis Gregg L |
| Subject: | Vacation dates |

As directed, I would like the following dates, please:

Monday, May 5, 2003 thru and including Friday May 16, 2003.

Linda J. Blozis
Mellon Portfolio Administrator
(800) 842-5922
(302) 421-2208
blozis.lj@mellon.com

Brendan advised Linda on 3/18/03 that her request was partially approved. She may take 1 week of vacation at this time. We are short-staffed in the office due to Rill's promotion and the delay in replacing him. Linda had a 2-week vacation in December 2002. It was felt that she should take just 1 week at this time to maintain office coverage.   G—

4/8 - Linda asked for 6 days, and we agreed. She will be out 5/2, 5/5, 5/6, 5/7, 5/8 + 5/9.



EXHIBIT
Blozis '23
ap 1/13/07
PENGAD 800-631-6989