UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : : : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on this 1st day of March 2007, I caused a true and correct copy of *Defendants' Motion for Summary Judgment, Memorandum in Support of Defendants' Motion for Summary Judgment and Appendix of Exhibits to Memorandum in Support of Defendants' Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56* to be served upon the parties listed below in the manner indicated:

| **CM/ECF & VIA HAND DELIVERY** | **CM/ECF & VIA HAND DELIVERY** |
|---|---|
| John M. LaRosa, Esq. (Bar No. 4275) | Thomas S. Neuberger, Esq. (Bar No. 243) |
| Law Office of John M. LaRosa | The Neuberger Firm, P.A. |
| Two East 7th Street, Suite 302 | 2 East 7th Street, Suite 302 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (Attorney for Plaintiff) | (Attorney for Plaintiff) |

- 2 -

By:    /s/ Thad J. Bracegirdle
Thad J. Bracegirdle, Esq. (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302)778-7500
Facsimile: (302) 778-7575
E-mail: tbracegirdle@reedsmith.com

Attorneys for Defendants, Mellon Trust
of Delaware National Association,
Mellon Bank, National Association
And Mellon Financial Corporation

Dated: March 1, 2007