IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, <br><br>    Plaintiff, <br><br>v. <br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION, a Pennsylvania corporation; MELLON BANK, NATIONAL ASSOCIATION, (formerly MELLON BANK (DE) NATIONAL ASSOCIATION), a Pennsylvania corporation; and MELLON FINANCIAL CORPORATION, a Pennsylvania corporation, <br><br>    Defendants. | C.A. NO. 05-891 SLR |

## CERTIFICATE OF SERVICE

I, John M. LaRosa, Esquire, being a member of the Bar of this Court, do hereby certify that on March 12, 2007, I electronically filed this **APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | | |
|---|---|---|
| Thad J. Bracegirdle, Esquire <br> **REED SMITH LLP** <br> 1201 Market Street, Suite 1500 <br> Wilmington, Delaware 19801 | John Unkovic, Esquire <br> **REED SMITH LLP** <br> 435 Sixth Avenue <br> Pittsburgh, PA 15219 | Stephanie Wilson, Esquire <br> Sherri A. Affrunti, Esquire <br> **REED SMITH LLP** <br> Princeton Forrestal Village <br> 136 Main Street, Suite 250 <br> Princeton, NJ 08540 |

/s/ John M. LaRosa
JOHN M. LaROSA, ESQ. (#4275)

cc:   Thomas S. Neuberger, Esquire
       Stephen J. Neuberger, Esquire
       Ms. Linda J. Blozis

Attorney Files/John's Files/Client Files/Blozis/Pleadings/Motions/Summary Judgment/Appendix to Answering Brief