UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF THOMAS C. BORZILLERI |
| Defendants. | : |

TO: John M. LaRosa, Esq.
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

**DEPONENT:** Plaintiff Linda J. Blozis

**PLEASE TAKE NOTICE** that on **Wednesday, March 28, 2007 at 10:00 a.m.** the undersigned counsel for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants", the "Company" or "Mellon") shall proceed at the Law Offices of John M. LaRosa, Two East Seventh Street, Suite 302, Wilmington, DE 19801-3707, before an officer duly authorized to administer oaths in the State of Delaware, to take the testimony of Thomas C. Borzilleri upon oral examination with respect to all matters relevant to the above-captioned matter. Plaintiff is, accordingly, notified to appear for this deposition pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place on the designated date at the designated time and will continue from day to day until completed.

                                                                                    **REED SMITH LLP**

                                         By:   s/Thad Bracegirdle
                                                                Thad Bracegirdle (DE Bar ID No. 3691)
                                                                1201 Market Street - Suite 1500
                                                                Wilmington, DE 19801
                                                                Telephone: (302) 778-7500
                                                                Facsimile: (302) 778-7575
                                                                E-mail: tbracegirdle@reedsmith.com

                                                                John C. Unkovic, Esq. (Admitted PHV)
                                                                435 Sixth Avenue
                                                                Pittsburgh, PA 15219

                                                                Telephone: (412) 288-3131
                                                                Facsimile: (412) 288-3063
                                                                E-mail: junkovic@reedsmith.com

                                                                Stephanie Wilson, Esq. (Admitted PHV)
                                                                Sherri A. Affrunti, Esq. (Admitted PHV)
                                                                Princeton Forrestal Village
                                                                136 Main Street, Suite 250
                                                                Princeton, NJ 08401-7839

                                                                Telephone: (609) 987-0050
                                                                Facsimile: (609) 951-0824
                                                                E-mail: swilson@reedsmith.com
                                                                saffrunti@reedsmith.com

                                                                Attorneys for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation

Dated: March 13, 2007