-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2007, I caused Defendants' Notice to Take Plaintiff's Deposition to be served upon counsel of record for Plaintiff, via facsimile and regular mail addressed as follows:

> John M. LaRosa, Esq.
> Law Office of John M. LaRosa
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707

                                          s/Thad Bracegirdle
                                          Thad Bracegirdle, Esq.