UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on this 22nd day of March 2007, I caused a true and correct copy of *Defendants' Reply Memorandum in Further Support of Their Motion for Summary Judgment* to be served upon the parties listed below in the manner indicated:

| CM/ECF & VIA HAND DELIVERY | CM/ECF & VIA HAND DELIVERY |
|---|---|
| John M. LaRosa, Esq. (Bar No. 4275) | Thomas S. Neuberger, Esq. (Bar No. 243) |
| Law Office of John M. LaRosa | The Neuberger Firm, P.A. |
| Two East 7th Street, Suite 302 | 2 East 7th Street, Suite 302 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (Attorney for Plaintiff) | (Attorney for Plaintiff) |

- 2 -

By: /s/ Thad J. Bracegirdle
Thad J. Bracegirdle, Esq. (No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302)778-7500
Facsimile: (302) 778-7575
E-mail: tbracegirdle@reedsmith.com

Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association And Mellon Financial Corporation.

Dated: March 22, 2007