UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, <br><br>      Plaintiff, <br><br>vs. <br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION <br><br>      Defendants. | : <br> : CIVIL ACTION NO. 05-891 (SLR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Sherri A. Affrunti, Esquire is no longer counsel for Defendants, Mellon Trust of Delaware, National Association, Mellon Bank, National Association and Mellon Financial Corporation, and should hereby be removed as counsel.

PLEASE ENTER the appearance of Paul R. Rooney, Esquire, of Reed Smith LLP, as counsel for Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association and Mellon Financial Corporation in the above-captioned matter.

- 2 -

Dated: April 17, 2007                                  Respectfully submitted,

                                                         REED SMITH LLP

By:   /s/ Thad J. Bracegirdle
      Thad J. Bracegirdle, Esq. (ID No. 3691)
      1201 Market Street - Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: tbracegirdle@reedsmith.com

Attorneys for Defendants
Mellon Trust of Delaware, National
Association, Mellon Bank, National
Association and Mellon Financial Corporation

OF COUNSEL:

John C. Unkovic, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephanie Wilson, Esq.
Reed Smith LLP
136 Main Street
Princeton, NJ 08540

Paul A. Rooney, Esq. (ID No. 3317)
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

WILLIB-53271.1-TJBRACEG