UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S
IRRELEVANT EVIDENCE OF ALLEGED CURSING AND ALLEGED RUDENESS**

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, pursuant to Rules 401 and 403 of the Federal Rules of Evidence, for an Order in the form attached hereto precluding Plaintiff from offering evidence of alleged cursing and alleged rudeness by Defendants' managers, along with such other and further relief the Court deems just, proper, and equitable. The grounds for this motion are set forth fully in the accompanying

memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

          Respectfully submitted,

          REED SMITH LLP

          By: /s/ Thad J. Bracegirdle
              Thad J. Bracegirdle (No. 3691)
              1201 Market Street, Suite 1500
              Wilmington, DE 19801
              (302) 778-7500

              Paul P. Rooney (No. 3317)
              599 Lexington Avenue, 28th Floor
              New York, NY 10022

              John C. Unkovic (admitted *pro hac vice*)
              435 Sixth Avenue
              Pittsburgh, PA 15219

              Stephanie Wilson (admitted *pro hac vice*)
              Princeton Forrestal Village
              136 Main Street, Suite 250
              Princeton, New Jersey 08540
              (609)-987-0050

          Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS<br><br>Plaintiff,<br><br>vs.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION<br><br>Defendant. | CIVIL ACTION NO. 05-891 (SLR)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S IRRELEVANT EVIDENCE OF ALLEGED CURSING AND ALLEGED RUDENESS** to be served by electronic filing with the Court upon the following counsel of record:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

And

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

s/Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)