# EXHIBIT A

| Blozis | v. | Mellon Trust of Delaware, et al. |
|---|---|---|
| Linda J. Blozis, Volume 1 | C.A. # 05-891 (SLR) | July 26, 2006 |

Page 90

1  stunned and shocked that a manager would talk to a
2  woman in that manner.
3    Q.  So, Ms. Blozis, you believe in that closed door
4  meeting that you were referring to that Mr. Gilmore
5  during the course of the discussion used the terms
6  goddamn it and shit?
7    A.  To the best of my recollection, yes.
8    Q.  And I think you testified that you're not
9  certain of the exact exchange?
10   A.  Yes.
11   Q.  Had you heard Mr. Gilmore use profanity before?
12   A.  Regrettably, yes.
13   Q.  The same terms?
14   A.  Yes.
15   Q.  And where had you heard him?
16   A.  As I recall, it may have been behind the closed
17  doors when Bill Becker was the investment officer and
18  Brendan would be in with him, with Martha Fetters when
19  she was an investment officer and perhaps at team
20  meetings, unfortunately.
21   Q.  During the team meetings that he would be
22  holding with the rest of his team?
23   A.  Yes.
24   Q.  He would say goddamn it or shit during the team

Page 91

1  meetings?
2    A.  As I recall, occasionally, yes.
3    Q.  Would he be using it as emphasis?
4    A.  I can't say at this time. I don't recall.
5    Q.  Now, you said that you had overheard him using
6  the same terms with Becker and Fetters?
7    A.  Martha Fetters.
8    Q.  And Becker?
9    A.  Yes.
10   Q.  Now, during the periods that you overheard him
11  using those terms with Becker and Fetters, did you
12  ever go to anybody to complain?
13   A.  I don't understand who you mean by "anybody."
14   Q.  Well, HR, for example?
15   A.  At this time I would say I recall not having a
16  good rapport with HR.
17   Q.  At what point did you feel that you didn't have
18  a good rapport with HR?
19   A.  Linda Squier and I and other Delaware team
20  members wanted to discuss an incident years prior to
21  this regarding the conduct of a sales officer. We
22  understood it to be a confidential meeting. The HR
23  director at that time brought in other officers that
24  were above Linda Squier and I besides herself.

Page 92

1    Q.  Who was the HR director that you're referring
2  to?
3    A.  Rosemary Thomas.
4    Q.  And you said you had gone to her about a sales
5  officer?
6    A.  Yes.
7    Q.  When did you go to her?
8    A.  As I recall, it would have been in the mid to
9  late nineties.
10   Q.  And what was the issue with the sales officer?
11   A.  I don't recall specifically at this time. To
12  my recollection, he was telling clients, he was
13  telling clients Mellon would deliver on different
14  items that were really not Mellon policy.
15   Q.  And --
16   A.  Prospective clients.
17   Q.  Who was the sales officer?
18   A.  Anthony Jasienski.
19   Q.  Was he working out of the Delaware facility?
20   A.  Is he working?
21   Q.  At the time.
22   A.  At the time, yes.
23   Q.  And you said that you and Linda -- I'm sorry --
24  you and Ms. Squier had gone to Rosemary to complain

Page 93

1  about Anthony and you felt that it was in confidence
2  and then I guess there were other people who were
3  aware of it?
4    A.  Yes.
5    Q.  And you felt that she shouldn't have told
6  anybody else about it?
7    A.  Yes.
8    Q.  The people who were aware, were they Anthony's
9  I guess for lack of a better word bosses or
10  supervisors?
11   A.  One of them would have been, yes.
12   Q.  And who was the other one?
13   A.  To the best of my recollection, Brendan Gilmore
14  was there, Brendan's supervisor Douglas Kloppenburg
15  and the regional sales manager of Tony Jasienski at
16  the time. I don't recall his name.
17   Q.  And why did you feel that those individuals
18  shouldn't have been made aware of it?
19   A.  Ms. Squier and I approached HR in confidence.
20  We were assured that it would be a confidential
21  discussion between Rosemary Thomas, Linda Squier and
22  myself and Rosemary Thomas showed up with the three
23  officers, additional three officers.
24   Q.  Did you then tell your sort of story to the

24 (Pages 90 to 93)