UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EVIDENCE OF EMOTIONAL DISTRESS DAMAGES WITH RESPECT TO HER ADEA CASE**

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, pursuant to Rules 401 and 403 of the Federal Rules of Evidence, for an Order in the form attached hereto precluding Plaintiff from offering evidence of alleged emotional distress damages in the event the Court grants summary judgment to Defendants on Plaintiff's Title VII and Delaware state law claims, but allows Plaintiff's claims under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-630 ("ADEA"), to go to trial. Defendants further request that the Court grant such other and further relief as it deems just, proper, and equitable. The

grounds for this motion are set forth fully in the accompanying memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

Respectfully submitted,

REED SMITH LLP

By: /s/ Thad J. Bracegirdle
   Thad J. Bracegirdle (No. 3691)
   1201 Market Street, Suite 1500
   Wilmington, DE 19801
   (302) 778-7500

   Paul P. Rooney (No. 3317)
   599 Lexington Avenue, 28th Floor
   New York, NY 10022

   John C. Unkovic (admitted *pro hac vice*)
   435 Sixth Avenue
   Pittsburgh, PA 15219

   Stephanie Wilson (admitted *pro hac vice*)
   Princeton Forrestal Village
   136 Main Street, Suite 250
   Princeton, New Jersey 08540
   (609)-987-0050

Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : |
| | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| MELLON TRUST OF DELAWARE, | : CERTIFICATE OF SERVICE |
| NATIONAL ASSOCIATION; MELLON | : |
| BANK, NATIONAL ASSOCIATION; | : |
| MELLON FINANCIAL | : |
| CORPORATION | : |
| | : |
| Defendant. | : |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' EVIDENCE OF EMOTIONAL DISTRESS DAMAGES WITH RESPECT TO HER ADEA CASE** to be served by electronic filing with the Court upon the following counsel of record:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

And

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

                                                s/Thad J. Bracegirdle
                                                Thad J. Bracegirdle (No. 3691)