UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

## ORDER

It is hereby ORDERED on this ____ day of June 2007 that the motion of Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") to preclude Plaintiff from offering evidence of emotional distress damages in support of her claims under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-630, in the event the Court grants summary judgment on Plaintiffs' Title VII and Delaware state law claims, is GRANTED.

SUE L. ROBINSON, Chief District Court Judge