## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE  EVIDENCE CONCERNING ALLEGED INTERACTIONS WITH FEMALE EMPLOYEES

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, for an Order in the form attached hereto precluding Plaintiff from offering evidence of alleged interactions between Brendan Gilmore and certain female employees under Rules 401, 402, 403 and 602 of the Federal Rules of Evidence, along with such other and further relief the Court deems just, proper, and equitable.  The grounds for this motion are set forth fully in the

accompanying memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

Respectfully submitted,

REED SMITH LLP

By: /s/ Thad J. Bracegirdle
    Thad J. Bracegirdle (No. 3691)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    (302) 778-7500

    Paul P. Rooney (No. 3317)
    599 Lexington Avenue, 28th Floor
    New York, NY 10022

    John C. Unkovic (admitted *pro hac vice*)
    435 Sixth Avenue
    Pittsburgh, PA 15219

    Stephanie Wilson (admitted *pro hac vice*)
    Princeton Forrestal Village
    136 Main Street, Suite 250
    Princeton, New Jersey 08540
    (609)-987-0050

Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA J. BLOZIS | : | |
| | : | CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MELLON TRUST OF DELAWARE, | : | CERTIFICATE OF SERVICE |
| NATIONAL ASSOCIATION; MELLON | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| MELLON FINANCIAL | : | |
| CORPORATION | : | |
| | : | |
| Defendant. | : | |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING ALLEGED INTERACTIONS WITH FEMALE EMPLOYEES** to be served by electronic filing with the Court upon the following counsel of record:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

And

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

s/Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)