UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

### ORDER

It is hereby ORDERED on this ____ day of June 2007 that the motion of Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") to preclude Plaintiff from offering evidence of: (a) supposed comments by Brendan Gilmore regarding the boots of a female employee named Maria Dunlop; (b) the way Mr. Gilmore allegedly looked at Ms. Dunlop; and (c) any testimony of Mr. Gilmore supposedly flirting with co-workers is GRANTED.

_____
SUE L. ROBINSON, Chief District Court Judge