UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S
IRRELEVANT EVIDENCE OF ALLEGED FRONT PAY DAMAGES**

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, for an Order in the form attached hereto precluding Plaintiff from offering evidence of alleged front pay damages to the jury, along with such other and further relief the Court deems just, proper, and equitable. The grounds for this motion are set forth fully in the accompanying

memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

>Respectfully submitted,
>
>REED SMITH LLP
>
>By: /s/ Thad J. Bracegirdle
>    Thad J. Bracegirdle (No. 3691)
>    1201 Market Street, Suite 1500
>    Wilmington, DE 19801
>    (302) 778-7500
>
>    Paul P. Rooney (No. 3317)
>    599 Lexington Avenue, 28th Floor
>    New York, NY 10022
>
>    John C. Unkovic (admitted *pro hac vice*)
>    435 Sixth Avenue
>    Pittsburgh, PA 15219
>
>    Stephanie Wilson (admitted *pro hac vice*)
>    Princeton Forrestal Village
>    136 Main Street, Suite 250
>    Princeton, New Jersey 08540
>    (609)-987-0050
>
>Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA J. BLOZIS | : | |
| | : | CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MELLON TRUST OF DELAWARE, | : | CERTIFICATE OF SERVICE |
| NATIONAL ASSOCIATION; MELLON | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| MELLON FINANCIAL | : | |
| CORPORATION | : | |
| | : | |
| Defendant. | : | |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' EVIDENCE OF CONCERNING ALLEGED FRONT PAY DAMAGES** to be served by electronic filing with the Court upon the following counsel of record:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

And

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

                                                s/Thad J. Bracegirdle
                                                Thad J. Bracegirdle (No. 3691)