UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

**MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S INCOMPETENT TESTIMONY AS TO MALE CO-WORKER'S PERFORMANCE**

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, pursuant to Rules 401, 402, 403 and 602 of the Federal Rules of Evidence, for an Order in the form attached hereto precluding Plaintiff from offering incompetent and irrelevant testimony concerning her personal opinions about the performance of a male co-worker, along with such other and further relief the Court deems just, proper, and equitable. The grounds for this motion

are set forth fully in the accompanying memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

Respectfully submitted,

REED SMITH LLP


By: /s/ Thad J. Bracegirdle
    Thad J. Bracegirdle (No. 3691)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    (302) 778-7500

    Paul P. Rooney (No. 3317)
    599 Lexington Avenue, 28th Floor
    New York, NY 10022

    John C. Unkovic (admitted *pro hac vice*)
    435 Sixth Avenue
    Pittsburgh, PA 15219

    Stephanie Wilson (admitted *pro hac vice*)
    Princeton Forrestal Village
    136 Main Street, Suite 250
    Princeton, New Jersey 08540
    (609)-987-0050

    Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS<br><br>      Plaintiff,<br><br>vs.<br><br>MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION<br><br>      Defendant. | CIVIL ACTION NO. 05-891 (SLR)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S INCOMPETENT TESTIMONY AS TO MALE CO-WORKER'S PERFORMANCE** to be served by electronic filing with the Court upon the following counsel of record:

> John M. LaRosa, Esq.
> Delaware Bar No. 4275
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707
> Attorneys for Plaintiff
>
> And
>
> Thomas S. Neuberger, Esquire
> Delaware Bar No. 243
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
> Attorneys for Plaintiff

                                            s/Thad J. Bracegirdle
                                            Thad J. Bracegirdle (No. 3691)