UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **LINDA J. BLOZIS,** | : | CIVIL ACTION NO. 05-891 (SLR) |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION,** | : : : : : | |
|  | : |  |
| **Defendants.** | : |  |

## ORDER

It is hereby ORDERED on this ____ day of June 2007 that the motion of Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") to preclude Plaintiff from offering Plaintiff's testimony of her opinion concerning the performance and job knowledge of Dan Merlino, her male-co-worker, into evidence, pursuant to Fed. R. Evid. 401, 402, and 602, is GRANTED.

SUE L. ROBINSON, Chief District Court Judge