UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING TERMINATIONS OF OTHER EMPLOYEES

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, pursuant to Fed. R. Evid. 401, 402 and 403, for an Order in the form attached hereto precluding Plaintiff from presenting evidence concerning the terminations of other employees. The grounds for this motion are set forth fully in the accompanying memorandum of law dated

May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

        Respectfully submitted,

        REED SMITH LLP

        By: /s/ Thad J. Bracegirdle
            Thad J. Bracegirdle (No. 3691)
            1201 Market Street, Suite 1500
            Wilmington, DE 19801
            (302) 778-7500

            Paul P. Rooney (No. 3317)
            599 Lexington Avenue, 28th Floor
            New York, NY 10022

            John C. Unkovic (admitted *pro hac vice*)
            435 Sixth Avenue
            Pittsburgh, PA 15219

            Stephanie Wilson (admitted *pro hac vice*)
            Princeton Forrestal Village
            136 Main Street, Suite 250
            Princeton, New Jersey 08540
            (609)-987-0050

        Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA J. BLOZIS | : | |
| | : | CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MELLON TRUST OF DELAWARE, | : | CERTIFICATE OF SERVICE |
| NATIONAL ASSOCIATION; MELLON | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| MELLON FINANCIAL | : | |
| CORPORATION | : | |
| | : | |
| Defendant. | : | |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING TERMINATIONS OF OTHER EMPLOYEES** to be served by electronic filing with the Court upon the following counsel:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

s/Thad J. Bracegirdle
Thad J. Bracegirdle (No. 3691)