UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA J. BLOZIS,** | : CIVIL ACTION NO. 05-891 (SLR) |
| **Plaintiff,** | : |
| vs. | : |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION,** | : |
| **Defendants.** | : |

### DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT WITNESS FROM TESTIFYING ON THE GROUNDS THAT PLAINTIFF'S EXPERT'S OPINION IS BASED ON UNREALISTIC ASSUMPTIONS, AND PLAINTIFF FAILED TO PROVIDE MANDATORY DISCLOSURES AND RELEVANT DISCOVERY

Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") hereby move this Court, pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 26(a)(2), for an Order in the form attached hereto precluding Plaintiff's expert from testifying in this case. The grounds for this

motion are set forth fully in the accompanying memorandum of law dated May 22, 2006, the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein.

Respectfully submitted,

REED SMITH LLP

By: /s/ Thad J. Bracegirdle
    Thad J. Bracegirdle (No. 3691)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    (302) 778-7500

    Paul P. Rooney (No. 3317)
    599 Lexington Avenue, 28th Floor
    New York, NY 10022

    John C. Unkovic (admitted *pro hac vice*)
    435 Sixth Avenue
    Pittsburgh, PA 15219

    Stephanie Wilson (admitted *pro hac vice*)
    Princeton Forrestal Village
    136 Main Street, Suite 250
    Princeton, New Jersey 08540
    (609)-987-0050

Attorneys for Defendants, Mellon Trust of Delaware National Association, Mellon Bank, National Association, and Mellon Financial Corporation.

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LINDA J. BLOZIS,** | : CIVIL ACTION NO. 05-891 (SLR) |
| **Plaintiff,** | : |
| vs. | : |
| **MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION,** | : |
| **Defendants.** | : |

## ORDER

It is hereby ORDERED on this ____ day of June 2007 that the motion of Defendants Mellon Trust of Delaware, National Association, Mellon Bank, National Association, and Mellon Financial Corporation (collectively, "Defendants") pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 26(a)(2) to preclude Plaintiff's expert witness, Dr. Thomas C. Borzilleri, from testifying in this case is GRANTED.

_____
SUE L. ROBINSON, Chief District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : |
|       Plaintiff, | : CIVIL ACTION NO. 05-891 (SLR) |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION | : **CERTIFICATE OF SERVICE** |
|       Defendant. | : |

I, Thad J. Bracegirdle, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused a true and correct copy of **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT WITNESS FROM TESTIFYING ON THE GROUNDS THAT PLAINTIFF'S EXPERT'S OPINION IS BASED ON UNREALISTIC ASSUMPTIONS, AND PLAINTIFF FAILED TO PROVIDE MANDATORY DISCLOSURES AND RELEVANT DISCOVERY** to be served by electronic filing with the Court upon the following counsel:

John M. LaRosa, Esq.
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
Attorneys for Plaintiff

Thomas S. Neuberger, Esquire
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Attorneys for Plaintiff

                                                    s/Thad J. Bracegirdle
                                                    Thad J. Bracegirdle (No. 3691)