(2)    The constitutional or statutory basis of Federal jurisdiction, together with a brief statement of the facts supporting such jurisdiction.

**Plaintiff's Statement:**

The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343; 42 U.S.C. § 1981a; Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"); and the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA").

The causes of action arise under Title VII, the ADEA, and 19 Del. C. §§ 711(a)(1) and (f).

All conditions precedent to jurisdiction have occurred or have been complied with. Plaintiff filed a timely administrative complaint with the United States Equal Employment Opportunity Commission. All administrative proceedings have been terminated. Plaintiff received a Notice of Right to Sue on or about September 28, 2005.

Blozis/pretrial/(02) jurisdiction-final