(3) The following facts are not disputed or have been agreed to or stipulated to by the parties:

1. Plaintiff is a white female. Complaint and Answer at ¶¶ 8.

2. Plaintiff complained to Rosemary Thomas concerning Mr. Gilmore on May 1, 2003. Complaint and Answer at ¶¶ 27.

3. Plaintiff was asked to return certain items. Complaint and Answer at ¶¶ 33.

4. At the time her employment ended, Plaintiff was over the age of 40. Complaint and Answer at ¶¶ 36.

5. Laura Shannon's date of birth is January 24, 1969. Def. Resp. To Pl. Int. No. 1 at 2-3; B37-38.

(03) Pl. Admitted facts