(7)   The names of all witnesses a party intends to call to testify either in person or by deposition at the trial and the specialties of experts to be called as witnesses.

**Plaintiff's Statement:**

| Fact Witness | Defendants' Objection | Response to Objection |
|---|---|---|
| Linda J. Blozis (W) | | |
| Brendan Gilmore (as on cross) (W) | | |
| Rosemary Thomas (as on cross) (W) | | |
| Bill Becker (as on cross) (W) | | |
| Gregg Landis (as on cross) (W) | | |
| Maria Dunlop (as on cross) (W) | | |
| Thomas C. Borzilleri, Ph.D. (M) | | |

**(W) indicates witness *will* be called in the absence of reasonable notice to opposing counsel to the contrary**

**(M) indicates witness *may* be called as a possibility only**

Plaintiff reserves the right to call any of Defendants' witnesses.