(7) The names and addresses of all witnesses a party intends to call to testify either in person, or by deposition, at the trial and the specialties of experts to be called as witnesses.

**Defendants' Witnesses**

| Witness Name | Address | Live or by Deposition? |
|---|---|---|
| William Becker | Available from Defendants' Counsel | Live |
| Thomas Galante | " " | Live |
| Brendan Gilmore | " " | Live |
| Gregg Landis | " " | Live |
| Rosemary Thomas | " " | Live |
| **DEFENDANTS' EXPERT** | " " | Live |
| Brian Sullivan, Ph.D. Center for Forensic Economic Studies | " " | Live |