(8) A brief statement of what plaintiff intends to prove in support of plaintiff's claims including the details of the damages claimed, or of other relief sought, as of the date of preparation of the draft order.

## LIABILITY

Plaintiff, was a 13 year assistant for the defendants-financial services companies holding the title of Portfolio Administrator. When she complained internally of age discrimination by her team leader, he issued her a "final" written warning for performance two weeks later and then discharged her exactly three months after the written warning. The discipline and discharge occurred because of Plaintiff's protected activity in filing an age discrimination complaint.

Alternatively, defendants discharged Plaintiff because of her age. Plaintiff was a 57 year old female, qualified to perform her job of 13 years. She was discharged and replaced by a substantially younger employee in her 30's. The discharge occurred because of Plaintiff's age.

Additionally, Defendants discriminated against Plaintiff in the terms and conditions of her employment because of her age. Her team leader gave Plaintiff's 23 year old peer training, bonuses, and vacation requests. He denied these same things to Plaintiff.

Finally, Defendants discriminated against Plaintiff in the terms and conditions of her employment because of her sex. Her team leader also showed preferential treatment to the one lone male portfolio administrator who was not required to perform as much work as Plaintiff and his other similarly situated female peers nor disciplined or discharged for his lack of performance.

## DAMAGES

Plaintiff's past wage and benefit loss through trial will come from the testimony of plaintiff and defense management witnesses and Plaintiff's economic expert, and it will include what her actual earnings were.

On the equitable relief issue of front pay, the testimony will include what plaintiff would have been paid had she remained at work or if she is reinstated and when plaintiff would have retired.

Through her own testimony, plaintiff will make a record of the emotional distress she experienced and her humiliation. The injury to her reputation record will be elicited from plaintiff and other employee witnesses.

Plaintiff also will present her own testimony and documentary evidence of medical expenses she would not have had to pay had her employment and medical benefits not been terminated. Finally, Plaintiff will present her own testimony and documentary evidence that the termination of her employment was the proximate cause of her being forced to sell her house and that as a result of the forced sale, she sustained monetary damages.

Blozis/pretrial/(8) what pl intends to prove