(10) Statements by counter claimants or cross-claimants comparable to that required of plaintiff.

This is not applicable because defendants have not brought any counterclaims.

(11) Any amendments to the pleadings desired by any party with a statement whether it is unopposed or objected to, and if objected to, the grounds therefore.

**Plaintiff's Statement:**

None.

**Defendants' Statement:**

None.