(14) **Limitations, Reservations and Other Matters**

## TRIAL TIME ESTIMATES

A.   **Length of Trial.**  The probable length of trial is 5 days.  The case will be listed on the trial calendar to be tried when reached.

    Mark appropriate box:    Jury    X

                                         Non-jury ___

B.   **Number of Jurors.**  There shall be nine jurors and 2 alternate jurors.

C.   **Jury Voir Dire.**  The Court will conduct voir dire.  If voir dire questions are to be tendered, they should be submitted with the final pretrial order.

IT IS ORDERED that this Final Pretrial Order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice or for good cause shown.  Such modification may be made either on application of counsel for the parties or on motion of the Court.

DATED:_____

_____
**SUE L. ROBINSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

APPROVED AS TO FORM AND SUBSTANCE:

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQUIRE** (**#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

        **JOHN M. LaROSA, ESQUIRE (#4275)**

Dated: June 1, 2007        /s/ John M LaRosa
**LAW OFFICE OF JOHN M. LaROSA**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorneys for Plaintiff

**REED SMITH LLP**

Dated: June 1, 2007        /s/ Thad Bracegirdle
 **THAD BRACEGIRDLE, ESQUIRE (#3691)**
1201 Market Street-Suite 1500
Wilmington, DE 19801
(302) 778-7500
tbracegirdle@reedsmith.com

**STEPHANIE WILSON, ESQUIRE (#3691)**
136 Main Street
Princeton, NJ 08540
(609) 987-0050
SWilson@reedsmith.com

Attorneys for Defendants