## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LINDA J. BLOZIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 05-891 SLR** |
| | : | |
| | : | |
| **MELLON TRUST OF DELAWARE,** | : | |
| **NATIONAL ASSOCIATION, a** | : | |
| **Pennsylvania Corporation; MELLON** | : | |
| **BANK, NATIONAL ASSOCIATION** | : | |
| **(formerly, MELLON BANK (DE)** | : | |
| **NATIONAL ASSOCIATION), a** | : | |
| **Pennsylvania Corporation; and MELLON** | : | |
| **FINANCIAL CORPORATION, a** | : | |
| **Pennsylvania Corporation,** | : | |
| | : | |
| **Defendants.** | : | |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT

We, the jury, unanimously find as follows:

## Retaliation (ADEA and 19 Del. C. § 711(f))

1.    Do you find that Plaintiff has proven by a preponderance of the evidence that her

ADEA protected activity was a motivating or determinative factor in Defendants'

decision to terminate her employment?

Yes _____          No _____

[Go to question 2.]

**Age Discrimination (ADEA and  19 Del. C. § 711(a)(1))**

2.      Do you find that Plaintiff has proven by a preponderance of the evidence that her

        age was a motivating or determinative factor in Defendants' decision to terminate

        her employment?

        Yes  _____              No  _____

[If you answered "Yes", go to question 3; if you answered "No", go to question 4.]

3.      Do you find that Plaintiff has proven by a preponderance of the evidence that

        Defendants' decision to terminate her employment because of her age was willful?

        Yes  _____              No  _____

[Go to question 4.]

4.      Do you find that Plaintiff has proven by a preponderance of the evidence that

        Defendants discriminated against her in the terms and conditions of her

        employment and that her age was a motivating or determinative factor in such

        discrimination?

        Yes  _____              No  _____

[If you answered "Yes", go to question 5; if you answered "No", go to question 6.]

5.      Do you find that Plaintiff has proven by a preponderance of the evidence that

        Defendants discrimination against her in the terms and conditions of employment

        because of her age was willful?

        Yes  _____              No  _____

[Go to question 6.]

**Sex Discrimination (Title VII and  19 Del. C. § 711(a)(1))**

2

6.      Do you find that Plaintiff has proven by a preponderance of the evidence that

Defendants discriminated against her in the terms and conditions of her

employment and that her sex was a motivating or determinative factor in such

discrimination?

Yes _____            No _____

[If you answered "Yes" to question 1, 2, 4, or 6, go to question 7. If you answered "No" to

questions 1, 2, 3, 4, 5, and 6, please skip the rest of the questions, have all jurors sign at the

bottom, and notify the Court Officer.]

### Economic Damages

7.      What dollar amount will fairly compensate plaintiff for all lost wages and salary

suffered by her through the present date?

$ _____

[Go to question 8.]

8.      What dollar amount will fairly compensate plaintiff for all lost pension suffered

by her?

$ _____

[Go to question 9.]

9.      What dollar amount will fairly compensate plaintiff for all lost 401(k) benefits

suffered by her?

$ _____

 [Go to question 10.]

### Out-of-Pocket Losses (ADEA)

10.     What dollar amount will fairly compensate Plaintiff for any out-of-pocket

expenses incurred by her as a result of the violation of her rights, including, but not limited to

medical bills and receipts suffered by her through the present date and monetary damages

suffered from selling her home as a proximate result of Defendants' termination of her

employment?

$ _____

[Go to question 11.]

### Liquidated Damages (ADEA)

11.     If you answered "Yes" to question 3 or 5 above, and you wish to exercise

your discretion to award liquidated damages, enter below an amount of liquidated damages (not

exceeding the sum of the amounts you entered in response to questions 7, 8, 9, and 10) which

you believe is appropriate to punish and deter Defendants' illegal conduct.

$ _____

[Go to question 12.]

### Compensatory Damages (Title VII and 19 Del. C. § 715(1)c)

12.     If you have found that Plaintiff proved by a preponderance of the evidence that

Defendants discriminated against her based on retaliation or age or sex and that

she experienced pain and suffering, emotional distress, humiliation,

embarrassment, or injury to reputation because of the retaliation or

discrimination, state the dollar amount that will fairly compensate her for

such injuries.

$ _____

[Go to question 13.]

### **Punitive Damages (Title VII and 19 Del. C. § 715(1)c)**

13.   Has Plaintiff proven by a preponderance of the evidence that Defendants'

managers acted intentionally, maliciously, or with reckless indifference to

Plaintiff's right not to be retaliated against or discriminated against because

of her age or sex?

Yes _____          No _____

[If you answered "Yes" and you wish to exercise your discretion to award punitive

damages, enter below the amount of punitive damages which you believe is

appropriate.]

$ _____

[Your deliberations now have ended.  Have all jurors sign on the last page, and notify

the Court      Officer.]

6

## THE FOREGOING IS THE VERDICT OF THE JURY
## EACH JUROR MUST SIGN BELOW

_____        _____
           Foreperson                                     Juror

_____        _____
              Juror                                     Juror

_____        _____
              Juror                                     Juror

_____        _____
              Juror                                     Juror

Dated: _____

7