**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LINDA J. BLOZIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 05-891 SLR** |
| | : | |
| | : | |
| **MELLON TRUST OF DELAWARE,** | : | |
| **NATIONAL ASSOCIATION, a** | : | |
| **Pennsylvania Corporation; MELLON** | : | |
| **BANK, NATIONAL ASSOCIATION** | : | |
| **(formerly, MELLON BANK (DE)** | : | |
| **NATIONAL ASSOCIATION), a** | : | |
| **Pennsylvania Corporation; and MELLON** | : | |
| **FINANCIAL CORPORATION, a** | : | |
| **Pennsylvania Corporation,** | : | |
| | : | |
| **Defendants.** | | |

**<u>PLAINTIFF'S AMENDED PROPOSED VOIR DIRE QUESTIONS</u>**

1.     Are you or any of your close friends or relatives currently or formerly employed by

Mellon Trust of Delaware, National Association; Mellon Bank, National Association; Mellon Bank

(DE), National Association; or Mellon Financial Corporation, or any subsidiary, parent, or affiliated

company of Mellon Trust of Delaware, National Association; Mellon Bank, National Association;

Mellon Bank (DE), National Association; or Mellon Financial Corporation?

                    Yes _____          No _____

2.     Are you, or a family member or close friend related to or personally acquainted with

the plaintiff Linda J. Blozis?

                    Yes _____          No _____

3.  Are you acquainted with the judge in this case?

Yes _____          No _____

4.  Do you have any reason to favor or disfavor attorneys who represent plaintiffs?

Yes _____          No _____

5.  Do you have any reason to favor or disfavor attorneys who represent defendants?

Yes _____          No _____

6.  Have you or any of your close friends or relatives ever been a plaintiff or a defendant or any other party in a criminal or civil court proceeding?

Yes _____          No _____

7.  Do you have any personal knowledge of this case, or have your read about it or heard it discussed or have any opinion regarding it?

Yes _____          No _____

8.  Do you feel you can be a fair and impartial juror?

Yes _____          No _____

9.  Do you have any strong feelings about lawsuits in general?

Yes _____          No _____

10.  Do you believe a person who brings a lawsuit should win or lose it?

Yes _____          No _____

11.  Do you believe a person who defends a lawsuit should win or lose it?

Yes _____          No _____

12.  Do you believe that a lawsuit is not the proper method for resolving disputes?

Yes _____          No _____

2

13.     Do you know of any other matter which you believe should be called to the Court's attention as having some bearing on your qualifications or ability to serve as a juror, which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions as to the law?

Yes _____        No _____

14.     Have you or any member of your family ever been a party to any other type of civil lawsuit as a plaintiff or a defendant, including a small claims suit?

Yes _____        No _____

15.     Do you have any strong feelings about the justice system?

Yes _____        No _____

16.     Would that experience or feeling affect your ability to fairly and impartially serve as a juror in this case?

Yes _____        No _____

17.     Do you have a special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

Yes _____        No _____

18.     Do you believe that you have been treated unfairly by an employer because of your age or sex, or that a spouse, close friend, or relative has been treated unfairly by an employer because of age or sex?

Yes_____        No_____

19.     Do you believe that you have been treated unfairly by an employer because you complained of age discrimination, or that a spouse, close friend, or relative has been treated unfairly by an employer because he or she complained of age discrimination?

Yes_____          No_____

20.     Does any member of the jury believe that he or she could not be fair in deciding a claim that an employer took adverse employment action against an employee because of the employee's age or sex?

Yes_____          No_____

21.     Does any member of the jury believe that he or she could not be fair in deciding a claim that an employer took adverse employment action against an employee because the employee complained of age discrimination?

Yes_____          No_____

22.     Are you, a family member, or close friend related to or personally acquainted with any of the attorneys in this case: Thomas S. Neuberger, Esquire; John M. LaRosa, Esquire; Stephen J. Neuberger, Esquire; Stephanie Wilson, Esquire; or Thad Bracegirdle, Esquire?

Yes_____          No_____

23.    Does any member of the jury know any of the following witnesses:

    A.    Brendan Gilmore,

    B.    Rosemary Thomas,

    C.    Bill Becker,

    D.    Gregg Landis,

    E.    Maria Dunlop, or

    F.    Linda Blozis?

            Yes_____          No_____

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com


**LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE (#4275)**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorneys for Plaintiff

Dated: June 4, 2007