## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LINDA J. BLOZIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 05-891 SLR** |
| | : | |
| | : | |
| **MELLON TRUST OF DELAWARE,** | : | |
| **NATIONAL ASSOCIATION, a** | : | |
| **Pennsylvania Corporation; MELLON** | : | |
| **BANK, NATIONAL ASSOCIATION** | : | |
| **(formerly, MELLON BANK (DE)** | : | |
| **NATIONAL ASSOCIATION), a** | : | |
| **Pennsylvania Corporation; and MELLON** | : | |
| **FINANCIAL CORPORATION, a** | : | |
| **Pennsylvania Corporation,** | : | |
| | : | |
| **Defendants.** | : | |

### PLAINTIFF'S AMENDED PROPOSED SPECIAL VERDICT

We, the jury, unanimously find as follows:

### Retaliation (ADEA and 19 Del. C. § 711(f))

1.      Do you find that Plaintiff has proven by a preponderance of the evidence that her

ADEA protected activity was a motivating or determinative factor in Defendants'

decision to terminate her employment?

Yes _____          No _____

[Go to question 2.]

**Age Discrimination (ADEA and  19 Del. C. § 711(a)(1))**

2.      Do you find that Plaintiff has proven by a preponderance of the evidence that her

age was a motivating or determinative factor in Defendants' decision to terminate

her employment?

Yes _____                    No _____

[If you answered "Yes", go to question 3; if you answered "No", go to question 4.]

3.      Do you find that Plaintiff has proven by a preponderance of the evidence that

Defendants' decision to terminate her employment because of her age was

willful?

Yes _____                    No _____

[Go to question 4.]

4.      Do you find that Plaintiff has proven by a preponderance of the evidence that

Defendants discriminated against her in the terms and conditions of her

employment and that her age was a motivating or determinative factor in such

discrimination?

Yes _____                    No _____

[If you answered "Yes", go to question 5; if you answered "No", go to question 6.]

5.      Do you find that Plaintiff has proven by a preponderance of the evidence that

Defendants discrimination against her in the terms and conditions of employment

because of her age was willful?

Yes _____                    No _____

[Go to question 6.]

**Sex Discrimination (Title VII and  19 Del. C. § 711(a)(1))**

6.      Do you find that Plaintiff has proven by a preponderance of the evidence that

Defendants discriminated against her in the terms and conditions of her

employment and that her sex was a motivating or determinative factor in such

discrimination?

Yes _____                    No _____

[If you answered "Yes" to question 1, 2, 4, or 6, go to question 7.  If you answered "No" to

questions 1, 2, 3, 4, 5, and 6, please skip the rest of the questions, have all jurors sign at the

bottom, and notify the Court Officer.]

**Economic Damages**

7.      What dollar amount will fairly compensate plaintiff for all lost wages and salary

suffered by her through the present date?

$ _____

[Go to question 8.]

8.      What dollar amount will fairly compensate plaintiff for all lost pension suffered

by her?

$ _____

[Go to question 9.]

9.      What dollar amount will fairly compensate plaintiff for all lost 401(k) benefits

suffered by her?

$ _____

[Go to question 10.]

**Out-of-Pocket Losses (ADEA)**

10.    What dollar amount will fairly compensate Plaintiff for any out-of-pocket

expenses incurred by her as a result of the violation of her rights, including, but not limited to

medical bills and receipts suffered by her through the present date and monetary damages

suffered from selling her home as a proximate result of Defendants' termination of her

employment?

$ _____

[Go to question 11.]

**Liquidated Damages  (ADEA)**

11.    If you answered "Yes" to question 3 or 5 above, and you wish to exercise

your discretion to award liquidated damages, enter below an amount of liquidated damages (not

exceeding the sum of the amounts you entered in response to questions 7, 8, 9, and 10) which

you believe is appropriate to punish and deter Defendants' illegal conduct.

$ _____

[Go to question 12.]

**Compensatory Damages (Title VII and 19 Del. C. § 715(1)c)**

12.    If you have found that Plaintiff proved by a preponderance of the evidence that

Defendants discriminated against her based on retaliation or age or sex and that

she experienced pain and suffering, emotional distress, humiliation,

embarrassment, or injury to reputation because of the retaliation or discrimination,

state the dollar amount that will fairly compensate her for such injuries.

$ _____

4

[Go to question 13.]

## Punitive Damages (Title VII and 19 Del. C. § 715(1)c)

13.    Has Plaintiff proven by a preponderance of the evidence that Defendants' managers acted intentionally, maliciously, or with reckless indifference to Plaintiff's right not to be retaliated against or discriminated against because of her age or sex?

Yes _____        No _____

[If you answered "Yes" and you wish to exercise your discretion to award punitive damages, enter below the amount of punitive damages which you believe is appropriate.]

$ _____

[Your deliberations now have ended. Have all jurors sign on the last page, and notify the Court Officer.]

**THE FOREGOING IS THE VERDICT OF THE JURY
EACH JUROR MUST SIGN BELOW**


_____
Foreperson

_____
Juror


_____
Juror

_____
Juror


_____
Juror

_____
Juror


_____
Juror

_____
Juror


Dated: _____

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com


**LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE (#4275)**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorneys for Plaintiff

Dated: June 4, 2007