IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-891-SLR |
| | ) |
| MELLON TRUST OF DELAWARE NATIONAL ASSOCIATION, MELLON BANK NATIONAL ASSOCIATION, and MELLON FINANCIAL CORPORATION, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of June, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 42) is granted in part and denied in part.

_____
United States District Judge