UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA J. BLOZIS | : CIVIL ACTION NO. 05-891 (SLR) |
| Plaintiff, | : |
| vs. | : |
| MELLON TRUST OF DELAWARE, NATIONAL ASSOCIATION; MELLON BANK, NATIONAL ASSOCIATION; MELLON FINANCIAL CORPORATION, | : |
| Defendants. | : |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATION AND AGREED** by the parties hereto that the above-captioned action is dismissed with prejudice. Each party is to bear their own fees and costs.

| LAW OFFICE OF JOHN M. LAROSA | REED SMITH LLP |
|---|---|
| By: /s/ John M. LaRosa<br>John M. LaRosa (No. 4275)<br>Two East Seventh Street,<br>Suite 302<br>Wilmington, DE 19801-3707<br>302-888-1290<br><br>Attorneys for Plaintiff | By: /s/ Thad J. Bracegirdle<br>Thad J. Bracegirdle (No. 3691)<br>1201 Market Street - Suite 1500<br>Wilmington, DE 19801<br>302-778-7571<br><br>Stephanie Wilson, Esq.<br>(Admitted PHV)<br>Princeton Forrestal Village<br>136 Main Street, Suite 250<br>Princeton, NJ 08401-7839<br><br>Attorneys for Defendants |
| Dated: August 13, 2007 | Dated: August 13, 2007 |

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
Judge Sue L. Robinson, U.S.D.J.